1  DOUGLAS A. PLAZAK, State Bar No. 181709
   MEEGHAN H. TIRTASAPUTRA, State Bar No. 325572
2  **REID & HELLYER**
   3880 Lemon Street, Fifth Floor
3  Riverside, CA 92502-1300
   Telephone: (951) 682-1771
4  Facsimile: (951) 686-2415
   Email: dplazak@rhlaw.com
5
6  Attorneys for Debtors
7
8                UNITED STATES BANKRUPTCY COURT

9        CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

10                                    | CASE NO. 6:18-bk-14772-WJ
11  In re                             | Chapter 13
12  David Wayne Hillyer and
    Kathleen Annette Clelland         | **BRIEF IN SUPPORT OF PLAN
13                                     | CONFIRMATION; DECLARATION OF
            Debtors.                   | KATHLEEN ANNETTE CLELLAND;
14                                     | DECLARATION OF DOUGLAS A.
                                       | PLAZAK**
15
16                                     | Confirmation Hearing Date:
                                       | Date:        October 4, 2019
17                                     | Time:         2:00 p.m.
                                       | Courtroom:   #304, Third Floor
18                                     |              3420 Twelfth Street
                                       |              Riverside, CA 92501
19

20  **TO THE HONORABLE WAYNE JOHNSON, UNITED STATES BANKRUPTCY JUDGE;**

21  **ROD DANIELSON, CHAPTER 13 TRUSTEE; CREDITORS; AND OTHER PARTIES IN**

22  **INTEREST:**

23        The above-captioned debtors, David Wayne Hillyer ("David") and Kathleen Annette

24  Clelland ("Kathleen," and collectively with David, the "Debtors"), respectfully submit this brief

25  (the "Brief") in support of the first amended plan confirmation as follows:

26  \\\

27  \\\

REID & HELLYER APC
3880 LEMON STREET, FIFTH FLOOR
RIVERSIDE, CALIFORNIA 92502-1300
TELEPHONE (951) 682-1771

**REID & HELLYER APC**
3880 LEMON STREET, FIFTH FLOOR
RIVERSIDE, CALIFORNIA 92502-1300
TELEPHONE (951) 682-1771

## INTRODUCTION

On June 5, 2018, the Debtors filed a chapter 13 bankruptcy case. On June 15, 2018, the Debtors filed their first chapter 13 plan (the "First Plan"). On February 22, 2019, the Court denied confirmation of the First Plan. On March 6, 2019, the Debtors filed a Motion for Reconsideration with regard to the First Plan, which was subsequently denied on May 9, 2019.

The issue raised by the Court, and which is the sole barrier between the Debtors and confirmation of a chapter 13 plan, pertains to section 1325 of the Bankruptcy Code, which sets forth the criteria for confirmation of a chapter 13 plan. Specifically, the Court takes issue with the satisfaction of section 1325(a)(6), which requires the Debtors to demonstrate that they "will be able to make all payments under the plan and to comply with the plan," *i.e.*, the plan must be "feasible." In its memorandum of decision denying confirmation of the First Plan, the Court asks the Debtors to explain how their current financial circumstances are different from the circumstances that have occurred over the last seven years during which the Debtors could not make their payments and resulted in needing to file a chapter 13 bankruptcy case. As such, the Court asks the Debtors to show (1) what financial burdens have disappeared, (2) what new sources of funding exist, and (3) why the Debtors want to pursue an apparently economically irrational plan.

The Debtors have since presented to the Court an amended chapter 13 plan (the "Amended Plan"), which was filed on June 4, 2019 and followed by multiple declarations in support of confirming the Amended Plan. The Debtors believe the Amended Plan, the declarations in support of confirming the Amended Plan, and this Brief sufficiently explain how the Debtors' circumstances have changed in such a way that make the Amended Plan feasible and thus satisfies section 1325(a)(6).

## STATEMENT OF FACTS

Beginning in 2012, the Debtors began to fall behind on their mortgage and ultimately the arrearages were approximately $100,000.00, as a result of David's deployment in the U.S. Army combined with the loss of Kathleen's employment. Declaration of Douglas A. Plazak, Exhibit 1 at

¶¶ 4, 11. Upon David's deployment in 2003, his employer of over 20 years, Waste Management, suspended David's employment and ceased compensation payments. *Id.* at ¶ 4. As a result, Kathleen's full-time employment became the primary source of income for the Debtors. *Id.* In 2009, Kathleen was laid off, thus reducing the Debtors' household income to approximately $3,333.33. *Id.* This shortage of income resulted in the Debtors falling behind on their financial obligations, most significantly their loan with JP Morgan Chase ("Chase"). *Id.* at ¶ 11. The Debtors defaulted on their mortgage with Chase during David's deployment, but the Soldiers' and Sailors' Civil Relief Act prevented Chase from foreclosing. *Id.* at ¶ 6.

In 2013, David retired from the U.S. Army and resumed working for Waste Management as a full-time employee, which significantly increased the Debtors' income. *Id.* at ¶ 11. Additionally, David started receiving military retirement pay and veteran's benefits. *Id.* These new sources of income amounted to a monthly household gross income of $12,940.42, which still holds true to the date of this Brief. *Id.* at ¶ 9.

Upon David's retirement, the Debtors attempted to resume making their mortgage payments to Chase. *Id.* at ¶ 6. However, because the Debtors were in default, Chase was unwilling to accept any payments unless the Debtors could immediately bring their mortgage current, which was an impossible feat for the Debtors at the time, even with their newly increased income. *Id.* At the recommendation of Chase, the Debtors attempted to modify their Chase loan, but they were denied. *Id.* at ¶ 7. The Debtors' subsequent appeal of the denial was denied, as well. *Id.* Notwithstanding the Debtors' ability to make their mortgage payments and pay down some of the arrearages, Chase commenced foreclosure proceedings on February 5, 2018 and the Debtors' home was scheduled for a sale on June 6, 2018. *Id.* This chapter 13 bankruptcy resulted.

The First Plan proposed a monthly payment of $4,885.00, which included conduit payments to Chase and Southland Credit Union for the Debtors' first and second mortgages. Although the First Plan was denied, the Debtors continue to make the First Plan's monthly payments to the U.S. Trustee.

The Amended Plan proposes a monthly payment of $5,200.00, which again includes

REID & HELLYER APC
3880 LEMON STREET, FIFTH FLOOR
RIVERSIDE, CALIFORNIA 92502-1300
TELEPHONE (951) 682-1771

---

1   conduit payments to Chase, Southland Credit Union, and One Main. Plazak Decl., Ex.1 at ¶ 10.

2   The Amended Plan also proposes direct payments totaling $600.00 from the Debtors to Alaska

3   Federal Credit Union, which will be paid off during the pendency of the chapter 13. *Id.* As such,

4   the Amended Plan proposes a total monthly plan of $5,883.06. However, upon the Court's order

5   from July of 2019, the Debtors continue to pay the same monthly amount they have been paying

6   of $5,446, which amounts to less than half of the Debtors' new gross monthly income of

7   $12,940.42. The Debtors have the ability to make the payments and would have done so

8   previously had Chase not prevented them from doing so.

9                           **ARGUMENT**

10      **I.      Legal Standard**

11          Section 1325(a)(6) of the Bankruptcy Code requires a plan to be one in which "the debtor

12   will be able to make all payments under the plan and to comply with the plan," *i.e.*, the plan must

13   be feasible. *Till v. SCS Credit Corp.*, 541 U.S. 465, 480 (2004).

14          To be feasible, "Chapter 13 debtors have to show that their plan has a reasonable chance of

15   success." *In re Mycek*, No. 5:12-CV-00369-JGB, 2013 WL 9994332, at *3 (C.D. Cal. Oct. 22,

16   2013). "While the feasibility requirement is not rigorous, the plan proponent must, at minimum,

17   demonstrate that the Debtor's income exceeds expenses by an amount sufficient to make the

18   payments proposed by the plan." *In re Olsen*, No. 18-14255-13, 2019 WL 3294745, at *2–3

19   (Bankr. W.D. Wis. July 22, 2019). Further, because chapter 13 plans are based on projections of

20   future income, such projections "must be based on concrete evidence of financial progress and

21   must not be speculative, conjectural or unrealistic." *In re Cherry*, 84 B.R. 134, 139 (Bankr. N.D.

22   Ill. 1988); *see also In re Mercer*, No. 2:14-BK-31175-TD, 2015 WL 5735810, at *3 (Bankr. C.D.

23   Cal. Sept. 29, 2015) (where the court required evidence of commitment or payment histories to

24   show that the debtors have a stable, regular, and reliable source of financial support to support

25   their proposed plan).

26          Even when a plan may *seem* infeasible because of an excessive debt-to-income ratio, a

27   history of successful payments up until the date of the plan confirmation "provides a reasonable

**REID & HELLYER APC**
3880 LEMON STREET, FIFTH FLOOR
RIVERSIDE, CALIFORNIA 92502-1300
TELEPHONE (951) 682-1771

**REID & HELLYER APC**
3880 LEMON STREET, FIFTH FLOOR
RIVERSIDE, CALIFORNIA 92502-1300
TELEPHONE (951) 682-1771

1    basis for the Bankruptcy Court to conclude that [the debtors] will be able to continue doing so."

2    *U.S. Bank, N.A. v. Boardman*, No. C 11-04788 JW, 2012 WL 3778868, at *4 (N.D. Cal. Aug. 30,

3    2012) (where the court confirmed a chapter 13 plan, even though the debtors' projected expenses

4    exceeded their projected income, because the debtors had been successful in making their

5    payments up until the date of confirmation in spite of their income-to-expense ratio).

6        Further, "the debtor in a Chapter 13 bankruptcy case need not prove that the plan is

7    guaranteed to be successful." *In re Mycek*, 2013 WL 9994332 at *4; *see Boardman*, 2012 WL

8    3778868 at *3 ("The feasibility requirement does not demand certainty that a debtor will be able to

9    comply with the plan, but rather means that the plan must have a 'reasonable probability of

10   success.'").

11       In determining whether a chapter 13 plan is feasible, the court "must judge the feasibility

12   of the debtor's proposal as the facts appear at the time of confirmation" and not based on

13   hypothetical scenarios. *In re Mycek*, 2013 WL 9994332 at *4.

14       **II.    The Debtors Will Be Able to Make All Payments Under the Amended Plan**

15   **and Comply with the Amended Plan**

16       As explained below, the Debtors have the ability to comply with the Amended Plan and

17   will in fact do so.

18               **A.    The Debtors' Financial Burdens Have Decreased**

19       In its memorandum of decision denying confirmation of the First Plan, which was based in

20   part on David's declaration filed over a year ago on July 11, 2018 (*see* Plazak Decl., Ex. 1), the

21   Court specifically identified David's health issues and the presence of a terminally ill parent as

22   financial burdens that have not disappeared. (Docket #58, p. 3, lns. 11-12.)

23       David is now receiving veteran's benefits as a result of his disabilities in the amount of

24   $2,098.62 per month. Plazak Decl., Ex. 1 at ¶ 5. These payments commenced sometime after

25   David retired from the U.S. Army. *Id.* at ¶ 4.

26       Additionally, the Debtors no longer care for a terminally ill parent. Declaration of Kathleen

27   Annette Clelland at ¶ 5.

REID & HELLYER APC
3880 LEMON STREET, FIFTH FLOOR
RIVERSIDE, CALIFORNIA 92502-1300
TELEPHONE (951) 682-1771

1   Further, the Debtors are committed to limiting their lifestyle expenses to only include

2   necessities until they have completed the Amended Plan. *Id.* at ¶ 4. This includes moving their

3   daughter from private school to public school, cancelling their cable subscription, not eating out at

4   restaurants, limiting their use of utilities at home, and only purchasing necessary items and

5   groceries. *Id.*

6   As such, the Debtors' financial burdens have decreased.

7   **B.     The Debtors Have New Sources of Funding from David's Employment**

8   The Debtors are in a significantly better financial position now than they were in 2012

9   when they fell behind on their financial obligations. Unlike the debtors in *Boardman*, whose

10  projected expenses exceeded their projected income, the monthly payments under the Amended

11  Plan make up *less than half* of the Debtors' monthly income.

12  Since his retirement from the U.S. Army, David has resumed his full-time position at

13  Waste Management, a stable job which he has held for over 20 years and for which he sees no risk

14  in losing. Plazak Decl., Ex. 1 at ¶ 4. David's job alone provides the Debtors a monthly income of

15  $8,067.80. *Id.* at ¶ 5. Further, David has been receiving military retirement funds of $2,774.00 per

16  month and veteran's benefits of $2,098.62 per month. *Id.* These are new sources of funding which

17  David did not have prior to his military retirement. *Id.*

18  While the Debtors have had enough income to continue making their monthly mortgage

19  payments, particularly in 2017 and 2018, they were prevented by Chase from doing so because

20  they were already in default on their loan. *See id.* at ¶ 6. From 2014 to 2017, the Debtors were in

21  constant communication with Chase in an effort to find a method in which the Debtors could

22  resume their mortgage payments and not lose their home. Kathleen Decl. at ¶ 3. It was during this

23  time that the Debtors started setting aside funds to make a future lump sum payment, which they

24  ultimately did not do based on representations by Chase that they would likely succeed on their

25  application to modify their loan. *Id.* However, the Debtors' modification application was later

26  denied and their subsequent appeal of the same was also denied. Plazak Decl., Ex. 1 at ¶ 7. As

27  such, the Debtors were precluded from making their mortgage payments until they filed for

REID & HELLYER APC
3880 LEMON STREET, FIFTH FLOOR
RIVERSIDE, CALIFORNIA 92502-1300
TELEPHONE (951) 682-1771

1   chapter 13.

2   **C.    The Debtors Are Committed to Keep Their Family Home to Which**

3   **They Hold a Personal Connection**

4   The Debtors acknowledge and understand that filing for a chapter 13 bankruptcy in an

5   effort to keep their house may be superficially an economically irrational act. Kathleen Decl. at ¶

6   2. However, this house is where the Debtors have made their home and where many significant

7   memories were made, including all of those of their young daughter growing up. *Id.*

8   The Debtors hold a special connection to their home and are committed to keeping it,

9   which is evidenced from their conduct over the prior month. *Id.* The Debtors have consistently

10  made their monthly payments under the First Plan. Plazak Decl., Ex. 1 at ¶ 9. Further, the Debtors

11  have completed a finance-management course entitled the "Financial Peace" program and have

12  established an emergency fund. *Id.* at ¶ 8.

13  <u>**CONCLUSION**</u>

14  The Amended Plan is more than merely feasible and has more than a reasonable

15  probability of success, which can be seen from the more than 15 months of successful payments

16  the Debtors have made. As set forth above, the Debtors have eliminated expenses and increased

17  their income. Moreover, as illustrated, the Debtors previously had the ability to make their

18  payments but were prevented from doing so by their lender. As such, the Debtors and their

19  Amended Plan satisfy section 1325(a)(6)'s feasibility requirement, and the Amended Plan should

20  be confirmed.

21  Based on the foregoing, the Debtors respectfully request that the Court confirm the

22  Amended Plan and for such other and further relief the Court deems appropriate.

23  Date: September 11, 2019                    REID & HELLYER, APC

24

25                                             DOUGLAS A. PLAZAK
                                               MEEGHAN H. TIRTASAPUTRA
26                                             Attorneys for Debtors

27

1

**DECLARATION OF KATHLEEN ANNETTE CLELLAND**

2     I Kathleen Annette Clelland, hereby declare as follows:

3     1.     I am one of the Debtors in the referenced chapter 13. I have personal knowledge of

4  the facts set forth in this declaration and, if called as a witness, could and would testify

5  competently to such facts under oath.

6     2.     My husband and co-debtor, David Wayne Hillyer ("David"), and I understand that

7  it may be economically irrational to pursue this chapter 13 in an effort to save our house.

8  However, David and I have made this house our home. It is where our only daughter has grown up

9  and where we have hosted many significant family occasions. The house has a sentimental value

10  to our family, and we are committed to keeping it.

11     3.     Our commitment can be seen through our enduring efforts to make mortgage

12  payments to JP Morgan Chase ("Chase"). This includes our efforts from 2014 to 2017, during

13  which time we were in constant communication with Chase in an effort to find a method in which

14  we could resume our mortgage payments and not lose our home. While we were in talks with

15  Chase, we also started setting aside funds to make a future lump sum payment, which we

16  ultimately did not do based on representations by Chase that we would likely succeed on our

17  application to modify our loan. Additionally, since the denial of the first chapter 13 plan we

18  proposed, we have been making our monthly payments to the U.S. Trustee with our newly

19  increased household income.

20     4.     As the family member who controls and manages the family's financials, I have

21  taken steps to limit the family's expenses to only what is necessary. These steps include moving

22  my daughter from private school to public school, cancelling our cable subscription, not eating out

23  at restaurants, limiting our use of utilities at home, and only purchasing necessary items and

24  groceries.

25  \\\

26  \\\

27  \\\

**REID & HELLYER APC**
3880 LEMON STREET, FIFTH FLOOR
RIVERSIDE, CALIFORNIA 92502-1300
TELEPHONE (951) 682-1771

5.      Additionally, we are no longer caring for a terminally ill parent.

I declare under penalty of perjury that the foregoing is true and accurate and that this declaration was executed on September 12, 2019 at Lake Elsinore, California.

Kathleen Annette Clelland

**REID & HELLYER APC**
3880 LEMON STREET, FIFTH FLOOR
RIVERSIDE, CALIFORNIA 92502-1300
TELEPHONE (951) 682-1771

## DECLARATION OF DOUGLAS A. PLAZAK

I, Douglas A. Plazak, hereby declare as follows:

1.  I am an attorney duly licensed to practice law before all the courts of the State of California and am a shareholder at Reid & Hellyer, A Professional Corporation, attorneys of record for debtors David Wayne Hillyer and Kathleen Annette Clelland (collectively, the "Debtors"). I have personal knowledge of the facts stated herein and could and would competently testify thereto if called as a witness in this matter.

2.  On or about June 4, 2019, I caused a document entitled "Supplemental Declarations of Debtors in Support of Plan Confirmation and In Opposition to Motion to Dismiss" to be filed in this action. It is filed in the docket for this action as document #80. A copy of the declarations is attached hereto as Exhibit 1. The Debtors hereby request judicial notice of this exhibit.

I declare under penalty of perjury that the foregoing is true and accurate and that this declaration was executed on September 11, 2019 at Riverside, California.

_____
Douglas A. Plazak

REID & HELLYER APC
3880 LEMON STREET, FIFTH FLOOR
RIVERSIDE, CALIFORNIA 92502-1300
TELEPHONE (951) 682-1771

# EXHIBIT 1

1  DOUGLAS A. PLAZAK, State Bar No. 264676
   **REID & HELLYER**
2  3880 Lemon Street, Fifth Floor
   Riverside, CA 92502-1300
3  Telephone: (951) 682-1771
   Facsimile: (951) 686-2415
4  Email: dplazak@rhlaw.com

5

6  Attorneys for Debtors

7

8              UNITED STATES BANKRUPTCY COURT

9        **CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

10                                          CASE NO. 6:18-bk-14772-WJ

11  In re                                   Chapter 13

12  David Wayne Hillyer and
    Kathleen Annette Clelland               **SUPPLEMENTAL DECLARATIONS OF**
13                                          **DEBTORS IN SUPPORT OF PLAN**
          Debtors.                          **CONFIRMATION AND IN OPPOSITION**
14                                          **TO MOTION TO DISMISS**

15                                          Hearing Date:
                                            Date:      June 12, 2019
16                                          Time:      2:15 p.m.
                                            Courtroom: #304, Third Floor
17                                                     3420 Twelfth Street
18                                                     Riverside, CA 92501

19

20  **TO THE HONORABLE WAYNE JOHNSON, UNITED STATES BANKRUPTCY JUDGE,**

21  **ROD DANIELSON, CHAPTER 13 TRUSTEE, CREDITORS AND OTHER PARTIES IN**

22  **INTEREST:**

23         Debtors, David Wayne Hillyer and Kathleen Annette Clelland ("Debtors"), submit these

24  Supplemental Declarations in Support of Plan Confirmation and Opposition to Motion to Dismiss,

25  as follows:

26  ////

27  ////

1

REID & HELLYER APC
3880 LEMON STREET, FIFTH FLOOR
RIVERSIDE, CALIFORNIA 92502-1300
TELEPHONE (951) 682-1771

REID & HELLYER APC
3880 LEMON STREET, FIFTH FLOOR
RIVERSIDE, CALIFORNIA 92502-1300
TELEPHONE (951) 682-1771

## DECLARATION OF DAVID WAYNE HILLYER

I, David Wayne Hillyer, declare as follows:

1.      I am one of the Debtors in the referenced Chapter 13.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      On June 5, 2018, my wife and co-debtor, Kathleen Annette Clelland ("Kathleen") and I filed a chapter 13 proceeding after having exhausted all options available to us to save our family home.

### EMPLOYMENT AND INCOME HISTORY

3.      In 2003, my U.S. Army reserve unit was activated and I was deployed to Iraq. I served three fifteen month tours and then remained on active duty as an instructor at Camp Roberts in Paso Robles, California and in 2011, I was ordered to report to Ft. Lewis, Washington and remained there until my retirement in September 2013.  Due to family commitments, our daughter and Kathleen stayed in our family residence in California and we maintained two households until 2013.

4.      While deployed, Waste Management held my job and continued to pay my family benefits.  They did not pay any compensation during that time.  Kathleen was employed full time until 2009 when she was laid off.  Up until that time, although our income had been drastically reduced because of my deployment, we managed to stay afloat.  As a result of Kathleen's employment situation, our monthly income dropped to approximately $3,333.33.  It became increasingly difficult to maintain our house payment and other expenses. Since retirement in 2013, I have returned to Waste Management and continue to be employed by Waste Management.  I have been employed by Waste Management for twenty (20) plus years and there is no reason to expect that my employment will not continue.  In addition, I started to receive retirement pay from the U.S. Army and at some point began receiving Veteran's Benefits, both of which I am entitled to receive for my lifetime. Kathleen received minimum income in 2017 and 2018 working for a local youth sports league.  She no longer has that employment.

2

5.    My current monthly income consists of the following:

Waste Management          $ 8,067.80

Military Retirement         $ 2,774.00

Veterans' Benefits          $ 2,098.62

**Total Monthly Income      $12,940.42**

I am entitled to an annual bonus from Waste Management, however that is not guaranteed. There is no estimate of bonus included in my gross monthly income.

Attached as Exhibit 1 are pay stubs for all sources of income for January through June 2019.

### MORTGAGE DEFAULT HISTORY

6.    In 2012, we started to fall behind with our mortgage payments.  We communicated with our mortgage company, JP Morgan Chase ("Chase") to try and work out a resolution.  While I was deployed, Chase did not proceed to file for foreclosure due to the Soldiers' and Sailors' Civil Relief Act ("SSCRA").   After my retirement, we continued to work with Chase, however we were no longer protected by the SSCRA.  At some point during our contacts with Chase, Chase recommended we start the formal loan modification process.  Even though our income had stabilized, we did not have the funds necessary to bring the loan current.  Because of the status of the loan and no longer being protected by the SSCRA, Chase was not accepting payments from us.

7.    When we started the modification process, our loan specialist provided information and requirements for the process. We submitted documents numerous times.  We were led to believe that because we had not used any of our military resources available to us, there should not be a problem.  When our loan modification was denied, our loan specialist suggested we appeal the decision.  We did appeal and after another long process, we were denied.  The foreclosure that commenced February 5, 2018, was noticed for a sale on June 6, 2018.

### FEASIBILITY

8.    We understand the Court's concern about our ability to maintain payments in a Chapter 13 as well as pay our current monthly expenses.  We have taken steps to keep from repeating the mistakes of the past, which include reducing our expenses, completing the Financial Peace

REID & HELLYER APC
3880 LEMON STREET, FIFTH FLOOR
RIVERSIDE, CALIFORNIA 92502-1300
TELEPHONE (951) 682-1771

3

REID & HELLYER APC
3880 LEMON STREET, FIFTH FLOOR
RIVERSIDE, CALIFORNIA 92502-1300
TELEPHONE (951) 682-1771

program, establishing an emergency fund and consistently making our monthly chapter 13 plan payments since our filing in June 2018.

9.    Our current monthly gross income is $12,940.42. Our current plan payment is $5,729.06, which includes conduit payments to Chase and Southland Credit Union, our first and second mortgages, and One Main, a title loan.  Since this Court denied our Plan, we have been depositing our monthly payments with our attorneys Reid & Hellyer, APC and the funds are being held in their firm trust account pending resolution of this matter.  Upon confirmation of our plan, Reid & Hellyer, APC will forward those funds to the Chapter 13 Trustee payment center.  The Chapter 13 Trustee has continued to make the conduit payments to Chase and Southland Credit Union as well as One Main.

10.    Concurrently with the filing of this declaration, we are filing and serving an amended Plan which provides for a monthly plan payment of $5,200.00 based on actual claims filed, with conduit payments to Chase and Southland Credit Union. We have also proposed direct payments to both Alaska Federal Credit Union and One Main.  Both of these loans will pay off during the pendency of the Plan.  The total of these two payments is $683.06.  Should the Court order us to increase our plan payment when these loans pay off, we will do so.

11.    The Memorandum of Decision Denying Confirmation of Chapter 13 Plan [Doc. #58], entered February 22, 2019, raises the following questions:

(a)    On p. 3:17 - 21, the Court expressed concerns that:

(1)    we did not identify any new funding sources or other new developments; and

(2)    we did not explain how our current financial circumstances are different that the circumstances that have occurred over the last seven years.

Regarding both of these issues, beginning in 2013, my family's financial circumstance changed dramatically in a positive direction because I retired from the U.S. Army, and resumed my employment with Waste Management.  That increased my income approximately 50%.  (See, infra, p. 2:11 - 3:5), wherein we explain the drastic pay cuts occurring in 2003 and 2009, and my return to full time employment at Waste Management in 2013.  Further, in 2013, I began receiving my U.S. Army retirement and subsequently was awarded Veteran's Benefits.  Our income,

therefore, increased from approximately $3,333.33 monthly in 2009 to $12,940.42 monthly in 2019.

    (b)    On p. 5:2 - 6:7, the Court expressed concerns that:

        (1)    we did not address the pre-petition arrearage of nearly $100,000; and

        (2)    we did not explain why we defaulted seven years ago; and

        (3)    we provided no explanation regarding why we will be able to make five years of payments in the future when we could not do so in the past.

As set forth infra, we fell into $100,000 arrearages starting in 2012, because between 2003 and 2009 our income dropped by approximately 50%. We managed to maintain the account until 2012. Chase did not proceed to file for foreclosure due to the SSCRA. By the time I returned to my job with Waste Management in 2013, and started receiving my U.S. Army retirement and Veteran's Benefits, the arrears were more than we could bring current. We continued to communicate with Chase. Chase recommended that we try to request a modification of our loan. The process was long and the documents required were provided numerous times. When we were declined, Chase recommended we appeal the decision which we did. By the time our appeal was declined we had not made any payments since 2012.

We will be able to make the payments for the next five years because our income has increased substantially since 2013. (See, infra, p. 2:11 - 3:5 and p.3:26 - 4:17).

12.    We also did an analysis of the claims filed and based our proposed amended plan payment on actual claims filed and amounts due. Based on our calculations, the plan payment necessary to pay all creditors who filed claims 100% of their claim is $5,200.00. Taking out the payment to One Main and allowing for direct payments to One Main, the proposed plan payment is approximately $500.00 less than the current scheduled plan payment.

13.    Based on the foregoing, we believe that we have demonstrated not only the ability to pay all filed claims 100% of their claims, but also demonstrated a commitment to do so in order to save our family home.

REID & HELLYER APC
3880 LEMON STREET, FIFTH FLOOR
RIVERSIDE, CALIFORNIA 92502-1300
TELEPHONE (951) 682-1771

### EXTENDED FAMILY COMMITMENTS

13.     The five years prior to our chapter 13 filing, were very difficult emotionally, physically and to some extent financial for us. We provided physical and some financial assistance to my father and Kathleen's two sisters whose husbands were very ill.  Given our personal family and financial challenges during this time, these events added to our difficulties. Those family members have all passed.

14.     At the time of the filing of our chapter 13 filing, Kathleen was helping her dad care for her elderly mother.  During that time, her father became ill and Kathleen was caring for both of them.  Her father passed in late 2018.  She still continues to care physically for her mother, but not financially.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___4___ day of June, 2019, at Lake Elsinore, California.

_____
David Wayne Hillyer

REID & HELLYER APC
3880 LEMON STREET, FIFTH FLOOR
RIVERSIDE, CALIFORNIA 92502-1300
TELEPHONE (951) 682-1771

6

## DECLARATION OF KATHLEEN ANNETTE CLELLAND

I, Kathleen Annette Clelland, declare as follows:

1.      I am one of the Debtors in the referenced Chapter 13.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      On June 5, 2018, my husband and co-debtor, David Wayne Hillyer ("David") and I filed a chapter 13 proceeding after having exhausted all options available to us to save our family home.

### EMPLOYMENT AND INCOME HISTORY

3.      In 2003, David's U.S. Army reserve unit was activated and he was deployed to Iraq and served three fifteen month tours and then remained on active duty as an instructor at Camp Roberts in Paso Robles, California and in 2011, he was ordered to report to Ft. Lewis, Washington and remained there until his retirement in September 2013.  Due to family commitments, our daughter and I stayed in our family residence in California and we maintained two households until 2013.

4.      While deployed, Waste Management held David's job and continued to pay our family benefits.  They did not pay any compensation during that time.  I was employed full time until 2009 when I was laid off.  Up until that time, although our income had been drastically reduced because of David's deployment, we managed to stay afloat.  As a result of my employment situation, our monthly income dropped to approximately $3,333.33.  It became increasingly difficult to maintain our house payment and other expenses. When David retired in 2013, he returned to Waste Management and continues to be employed by Waste Management. He has been employed by Waste Management for twenty (20) plus years and there is no reason to expect that his employment will not continue.  In addition, he started to receive retirement pay from the U.S. Army and at some point began receiving Veteran's Benefits, both of which he is entitled to receive for his lifetime.  I received minimum income in 2017 and 2018 working for a local youth sports league.  I no longer have that employment.

REID & HELLYER APC
3880 LEMON STREET, FIFTH FLOOR
RIVERSIDE, CALIFORNIA 92502-1300
TELEPHONE (951) 682-1771

7

**REID & HELLYER APC**
3880 LEMON STREET, FIFTH FLOOR
RIVERSIDE, CALIFORNIA 92502-1300
TELEPHONE (951) 682-1771

5.    Our current monthly income consists of the following:

Waste Management          $ 8,067.80

Military Retirement          $ 2,774.00

Veterans' Benefits          $ 2,098.62

**Total Monthly Income      $12,940.42**

David is entitled to an annual bonus from Waste Management, however that is not guaranteed.  There is no estimate of bonus included in our gross monthly income.

Attached as Exhibit 1 are pay stubs for all sources of income for January through June 2019.

## MORTGAGE DEFAULT HISTORY

6.    In 2012, we started to fall behind with our mortgage payments.  We communicated with our mortgage company, JP Morgan Chase ("Chase") to try and work out a resolution.  While David was deployed, Chase did not proceed to file for foreclosure due to the Soldiers' and Sailors' Civil Relief Act ("SSCRA").   After David's retirement, we continued to work with Chase, however we were no longer protected by the SSCRA.  At some point during our contacts with Chase, Chase recommended we start the formal loan modification process.  Even though our income had stabilized, we did not have the funds necessary to bring the loan current.  Because of the status of the loan and no longer being protected by the SSCRA, Chase was not accepting payments from us.

7.    When we started the modification process, our loan specialist provided information and requirements for the process. We submitted documents numerous times.  We were led to believe that because we had not used any of our military resources available to us, there should not be a problem.  When our loan modification was denied, our loan specialist suggested we appeal the decision.  We did appeal and after another long process, we were denied.  The foreclosure that commenced February 5, 2018, was noticed for a sale on June 6, 2018.

## FEASIBILITY

8.    We understand the Court's concern about our ability to maintain payments in a Chapter 13 as well as pay our current monthly expenses.  We have taken steps to keep from

8

repeating the mistakes of the past, which include reducing our expenses, completing the Financial Peace program, establishing an emergency fund and consistently making our monthly chapter 13 plan payments since our filing in June 2018.

9.      Our current monthly gross income is $12,940.42. Our current plan payment is $5,729.06, which includes conduit payments to Chase and Southland Credit Union, our first and second mortgages, and One Main, a title loan.  Since this Court denied our Plan, we have been depositing our monthly payments with our attorneys Reid & Hellyer, APC and the funds are being held in their firm trust account pending resolution of this matter.  Upon confirmation of our plan, Reid & Hellyer, APC will forward those funds to the Chapter 13 Trustee payment center.  The Chapter 13 Trustee has continued to make the conduit payments to Chase and Southland Credit Union as well as One Main.

10.     Concurrently with the filing of this declaration, we are filing and serving an amended Plan which provides for a monthly plan payment of $5,200.00 based on actual claims filed, with conduit payments to Chase and Southland Credit Union. We have also proposed direct payments to both Alaska Federal Credit Union and One Main.  Both of these loans will pay off during the pendency of the Plan.  The total of these two payments is $683.06.  Should the Court order us to increase our plan payment when these loans pay off, we will do so.

11.     The Memorandum of Decision Denying Confirmation of Chapter 13 Plan [Doc. #58], entered February 22, 2019, raises the following questions:

(a)     On p. 3:17 - 21, the Court expressed concerns that:

(1)  we did not identify any new funding sources or other new developments; and

(2)  we did not explain how our current financial circumstances are different that the circumstances that have occurred over the last seven years.

Regarding both of these issues, beginning in 2013, our family's financial circumstance changed dramatically in a positive direction because David retired from the U.S. Army, and resumed his employment with Waste Management.  That increased our family income approximately 50%.  (See, infra, p. 7:11 - 8:5), wherein we explain the drastic pay cuts occurring in 2003 and 2009, and David's return to full time employment at Waste Management in 2013.

REID & HELLYER APC
3880 LEMON STREET, FIFTH FLOOR
RIVERSIDE, CALIFORNIA 92502-1300
TELEPHONE (951) 682-1771

9

Further, in 2013, David began receiving my U.S. Army retirement and subsequently was awarded

Veteran's Benefits.  Our income, therefore, increased from approximately \$3,333.33 monthly in

2009 to \$12,940.42 monthly in 2019.

      (b)     On p. 5:2 - 6:7, the Court expressed concerns that:

          (1)     we did not address the pre-petition arrearage of nearly \$100,000; and

          (2)     we did not explain why we defaulted seven years ago; and

          (3)     we provided no explanation regarding why we will be able to make five

years of payments in the future when we could not do so in the past.

      As set forth infra, we fell into \$100,000 arrearages starting in 2012, because between

2003 and 2009 our income dropped by approximately 50%.  We managed to maintain the account

until 2012.  Chase did not proceed to file for foreclosure due to the SSCRA.  By the time David

returned to his job with Waste Management in 2013, and started receiving his U.S. Army

retirement and Veteran's Benefits, the arrears were more than we could bring current.  We

continued to communicate with Chase.  Chase recommended that we try to request a modification

of our loan.  The process was long and the documents required were provided numerous times.

When we were declined, Chase recommended we appeal the decision which we did. By the time

our appeal was declined we had not made any payments since 2012.

     We will be able to make the payments for the next five years because our income has

increased substantially since 2013.   (See, infra, p. 7:11 - 8:5 and p.8:26 - 9:17).

     12.     We also did an analysis of the claims filed and based our proposed amended plan

payment on actual claims filed and amounts due.  Based on our calculations, the plan payment

necessary to pay all creditors who filed claims 100% of their claim is \$5,200.00. Taking out the

payment to One Main and allowing for direct payments to One Main, the proposed plan payment

is approximately \$500.00 less than the current scheduled plan payment.

     13.     Based on the foregoing, we believe that we have demonstrated not only the ability

to pay all filed claims 100% of their claims, but also demonstrated a commitment to do so in order

to save our family home.

REID & HELLYER APC
3880 LEMON STREET, FIFTH FLOOR
RIVERSIDE, CALIFORNIA 92502-1300
TELEPHONE (951) 682-1771

**EXTENDED FAMILY COMMITMENTS**

14.    The five years prior to our chapter 13 filing, were very difficult emotionally, physically and to some extent financial for us. We provided physical and some financial assistance to my father-in-law and my two sisters whose husbands were very ill.  Given our personal family and financial challenges during this time, these events added to our difficulties. Those family members have all passed.

15.    At the time of the filing of our chapter 13 filing, I was helping my dad care for my elderly mother.  During that time, my father became ill and I was caring for both of them.  My father passed in late 2018. I still continue to care physically for my mother, but not financially.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 4th day of June, 2019, at Lake Elsinore, California.

Kathleen Annette Clelland

REID & HELLYER APC
3880 LEMON STREET, FIFTH FLOOR
RIVERSIDE, CALIFORNIA 92502-1300
TELEPHONE (951) 682-1771

11

# EXHIBIT 1



## Earnings Statement

1001 Fannin Street, Suite 4000
Houston, TX 77002
1-800-964-3373

| Pay Period: | 12/30/2018 - 01/12/2019 |
| Advice Date: | 01/11/2019 |
| Advice #: | 42856564 |
| Company Name: | USA Waste of California, Inc. |
| Pay Group: | WH4 |

| Employee ID: | 097479 |
| Taxable Marital Status: | Single |
| Social Security Number: | XXX-XX-1706 |
| Federal Allow: | 0 |
| CA State Allow: | 1 |
| Bus Unit: | 00166 |
| Loc: | 02969 |
| Dept: | 401210 |
| Employee Type: | Exempt |

David W Hillyer
15149 Chaumont St
Lake Elsinore CA   92530

**Waste Management is transforming to know customers, extract value, innovate and optimize.**

| EARNINGS | | | | |
|---|---|---|---|---|
| Regular Earnings/Salary | | 3,599.95 | 80.00 | 3,599.95 |
| ESPP Fractional Shares payout | | 18.14 | | 18.14 |
| **Total Gross Pay:** | 0.00 | 3,618.09 | 80.00 | 3,618.09 |

| TAX DEDUCTIONS | | | |
|---|---|---|---|
| Fed Withholdng | | 512.47 | 512.47 |
| Fed MED/EE | | 50.19 | 50.19 |
| Fed OASDI/EE | | 214.60 | 214.60 |
| CA Withholdng | | 99.40 | 99.40 |
| CA OASDI/EE | | 34.61 | 34.61 |
| **Total Tax Deductions:** | | 911.27 | 911.27 |

| BEFORE-TAX DEDUCTIONS | | | |
|---|---|---|---|
| 401K Employee Contribution | | 252.00 | 252.00 |
| Dental | | 21.64 | 21.64 |
| Medical | | 119.01 | 119.01 |
| Vision | | 7.71 | 7.71 |
| **Total Before-Tax Deductions:** | | 400.36 | 400.36 |

| AFTER-TAX DEDUCTIONS | | | |
|---|---|---|---|
| 401K Loan 1 | | 229.69 | 229.69 |
| Critical Illness | | 11.89 | 11.89 |
| ESPP | | 360.00 | 360.00 |
| Child Opt Life | | 0.90 | 0.90 |
| Employee Opt Life | | 82.61 | 82.61 |
| Spouse Opt Life | | 5.27 | 5.27 |
| PAC | | 10.00 | 10.00 |
| **Total After-Tax Deductions:** | | 700.36 | 700.36 |

| NET PAY | | |
|---|---|---|
| **Total Net Pay:** | 1,606.10 | 1,606.10 |

**OTHER BENEFITS**

| Life Imp Income* | 9.78 | 9.78 |
|---|---|---|

* = TAXABLE

| Personal Balance | 283.10 |
|---|---|

**DIRECT DEPOSIT INFORMATION**

| ACCOUNT TYPE | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| Checking | XXXXXX6985 | $1,606.10 |

**Earnings Statement**

1001 Fannin Street, Suite 4000
Houston, TX 77002
1-800-964-3373

| Pay Period: | 01/13/2019 - 01/26/2019 |
| Advice Date: | 01/25/2019 |
| Advice #: | 42922945 |
| Company Name: | USA Waste of California, Inc. |
| Pay Group: | WH4 |

| Employee ID: | 097479 |
| Taxable Marital Status: | Single |
| Social Security Number: | XXX-XX-1706 |
| Federal Allow: | 0 |
| CA State Allow: | 1 |
| Bus Unit: | 00166 |
| Loc: | 02969 |
| Dept: | 401210 |
| Employee Type: | Exempt |

David W Hillyer
15149 Chaumont St
Lake Elsinore CA  92530

Waste Management is transforming to
know customers, extract value,
innovate and optimize.

### EARNINGS

| | | | | |
|---|---|---|---|---|
| Regular Earnings/Salary | | 3,599.95 | 160.00 | 7,199.90 |
| ESPP Fractional Shares payout | | 0.00 | | 18.14 |
| **Total Gross Pay:** | 0.00 | 3,599.95 | 160.00 | 7,218.04 |

### TAX DEDUCTIONS

| | | |
|---|---|---|
| Fed Withholdng | 512.47 | 1,024.94 |
| Fed MED/EE | 50.19 | 100.38 |
| Fed OASDI/EE | 214.61 | 429.21 |
| CA Withholdng | 99.40 | 198.80 |
| CA OASDI/EE | 34.62 | 69.23 |
| **Total Tax Deductions:** | 911.29 | 1,822.56 |

### BEFORE-TAX DEDUCTIONS

| | | |
|---|---|---|
| 401K Employee Contribution | 252.00 | 504.00 |
| Dental | 21.64 | 43.28 |
| Medical | 119.01 | 238.02 |
| Vision | 7.71 | 15.42 |
| **Total Before-Tax Deductions:** | 400.36 | 800.72 |

### AFTER-TAX DEDUCTIONS

| | | |
|---|---|---|
| 401K Loan 1 | 229.69 | 459.38 |
| Critical Illness | 11.89 | 23.78 |
| ESPP | 360.00 | 720.00 |
| Child Opt Life | 0.90 | 1.80 |
| Employee Opt Life | 82.61 | 165.22 |
| Spouse Opt Life | 5.27 | 10.54 |
| PAC | 10.00 | 20.00 |
| **Total After-Tax Deductions:** | 700.36 | 1,400.72 |

### NET PAY

| | | |
|---|---|---|
| **Total Net Pay:** | 1,587.94 | 3,194.04 |

**OTHER BENEFITS**

| | | |
|---|---|---|
| Life Imp Income* | 9.78 | 19.56 |
| * = TAXABLE | | |
| Personal Balance | 251.10 | |

**DIRECT DEPOSIT INFORMATION**

| ACCOUNT TYPE | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| Checking | XXXXXX6985 | $1,587.94 |

# Earnings Statement

1001 Fannin Street, Suite 4000
Houston, TX 77002
1-800-964-3373



Waste Management is transforming to
know customers, extract value,
innovate and optimize.

| | |
|---|---|
| Pay Period: | 01/27/2019 - 02/09/2019 |
| Advice Date: | 02/08/2019 |
| Advice #: | 42989245 |
| Company Name: | USA Waste of California, Inc. |
| Pay Group: | WH4 |

| | |
|---|---|
| Employee ID: | 097479 |
| Taxable Marital Status: | Single |
| Social Security Number: | XXX-XX-1706 |
| Federal Allow: | 0 |
| CA State Allow: | 1 |
| Bus Unit: | 00166 |
| Loc: | 02969 |
| Dept: | 401210 |
| Employee Type: | Exempt |

David W Hillyer
15149 Chaumont St
Lake Elsinore CA  92530

## EARNINGS

| | | | | |
|---|---|---|---|---|
| Regular Earnings/Salary | | 3,599.95 | 240.00 | 10,799.85 |
| ESPP Fractional Shares payout | | 0.00 | | 18.14 |
| **Total Gross Pay:** | 0.00 | 3,599.95 | 240.00 | 10,817.99 |

## TAX DEDUCTIONS

| | | |
|---|---|---|
| Fed Withholdng | 512.47 | 1,537.41 |
| Fed MED/EE | 50.19 | 150.57 |
| Fed OASDI/EE | 214.60 | 643.81 |
| CA Withholdng | 99.40 | 298.20 |
| CA OASDI/EE | 34.61 | 103.84 |
| **Total Tax Deductions:** | 911.27 | 2,733.83 |

## BEFORE-TAX DEDUCTIONS

| | | |
|---|---|---|
| 401K Employee Contribution | 252.00 | 756.00 |
| Dental | 21.64 | 64.92 |
| Medical | 119.01 | 357.03 |
| Vision | 7.71 | 23.13 |
| **Total Before-Tax Deductions:** | 400.36 | 1,201.08 |

## AFTER-TAX DEDUCTIONS

| | | |
|---|---|---|
| 401K Loan 1 | 229.69 | 689.07 |
| Critical Illness | 11.89 | 35.67 |
| ESPP | 360.00 | 1,080.00 |
| Child Opt Life | 0.90 | 2.70 |
| Employee Opt Life | 82.61 | 247.83 |
| Spouse Opt Life | 5.27 | 15.81 |
| PAC | 10.00 | 30.00 |
| **Total After-Tax Deductions:** | 700.36 | 2,101.08 |

## NET PAY

| | | |
|---|---|---|
| **Total Net Pay:** | 1,587.96 | 4,782.00 |

**OTHER BENEFITS**

| | | |
|---|---|---|
| Life Imp Income* | 9.78 | 29.34 |
| * = TAXABLE | | |
| Personal Balance | 258.20 | |

**DIRECT DEPOSIT INFORMATION**

| ACCOUNT TYPE | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| Checking | XXXXXX6985 | $1,587.96 |

# Earnings Statement



1001 Fannin Street, Suite 4000
Houston, TX 77002
1-800-964-3373

| | |
|---|---|
| Employee ID: | 097479 |
| Taxable Marital Status: | Single |
| Social Security Number: | XXX-XX-1706 |
| Federal Allow: | 0 |
| CA State Allow: | 1 |
| Bus Unit: | 00166 |
| Loc: | 02969 |
| Dept: | 401210 |
| Employee Type: | Exempt |

Waste Management is transforming to
know customers, extract value,
innovate and optimize.

| | |
|---|---|
| Pay Period: | 02/10/2019 - 02/23/2019 |
| Advice Date: | 02/22/2019 |
| Advice #: | 43055684 |
| Company Name: | USA Waste of California, Inc. |
| Pay Group: | WH4 |

David W Hillyer
15149 Chaumont St
Lake Elsinore CA  92530

## EARNINGS

| | | | | |
|---|---|---|---|---|
| Regular Earnings/Salary | | 3,599.95 | 320.00 | 14,399.80 |
| ESPP Fractional Shares payout | | 0.00 | | 18.14 |
| **Total Gross Pay:** | 0.00 | 3,599.95 | 320.00 | 14,417.94 |

## TAX DEDUCTIONS

| | | |
|---|---|---|
| Fed Withholdng | 512.47 | 2,049.88 |
| Fed MED/EE | 50.19 | 200.76 |
| Fed OASDI/EE | 214.61 | 858.42 |
| CA Withholdng | 99.40 | 397.60 |
| CA OASDI/EE | 34.61 | 138.45 |
| **Total Tax Deductions:** | 911.28 | 3,645.11 |

## BEFORE-TAX DEDUCTIONS

| | | |
|---|---|---|
| 401K Employee Contribution | 252.00 | 1,008.00 |
| Dental | 21.64 | 86.56 |
| Medical | 119.01 | 476.04 |
| Vision | 7.71 | 30.84 |
| **Total Before-Tax Deductions:** | 400.36 | 1,601.44 |

## AFTER-TAX DEDUCTIONS

| | | |
|---|---|---|
| 401K Loan 1 | 229.69 | 918.76 |
| Critical Illness | 11.89 | 47.56 |
| ESPP | 360.00 | 1,440.00 |
| Child Opt Life | 0.90 | 3.60 |
| Employee Opt Life | 82.61 | 330.44 |
| Spouse Opt Life | 5.27 | 21.08 |
| PAC | 10.00 | 40.00 |
| **Total After-Tax Deductions:** | 700.36 | 2,801.44 |

## NET PAY

| | | |
|---|---|---|
| **Total Net Pay:** | 1,587.95 | 6,369.95 |

**OTHER BENEFITS**

| | | |
|---|---|---|
| Life Imp Income* | 9.78 | 39.12 |
| * = TAXABLE | | |
| Personal Balance | 265.30 | |

**DIRECT DEPOSIT INFORMATION**

| ACCOUNT TYPE | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| Checking | XXXXXX6985 | $1,587.95 |

## Earnings Statement

1001 Fannin Street, Suite 4000
Houston, TX 77002
1-800-964-3373

| Pay Period: | 02/24/2019 - 03/09/2019 |
| Advice Date: | 03/08/2019 |
| Advice #: | 43122319 |
| Company Name: | USA Waste of California, Inc. |
| Pay Group: | WH4 |

| Employee ID: | 097479 |
| Taxable Marital Status: | Single |
| Social Security Number: | XXX-XX-1706 |
| Federal Allow: | 0 |
| CA State Allow: | 1 |
| Bus Unit: | 00166 |
| Loc: | 02969 |
| Dept: | 401210 |
| Employee Type: | Exempt |

David W Hillyer
15149 Chaumont St
Lake Elsinore CA  92530

Waste Management is transforming to
know customers, extract value,
innovate and optimize.

| EARNINGS | | | | |
|---|---|---|---|---|
| Regular Earnings/Salary | | 3,599.95 | 400.00 | 17,999.75 |
| ESPP Fractional Shares payout | | 0.00 | | 18.14 |
| **Total Gross Pay:** | 0.00 | 3,599.95 | 400.00 | 18,017.89 |

| TAX DEDUCTIONS | | |
|---|---|---|
| Fed Withholdng | 512.47 | 2,562.35 |
| Fed MED/EE | 50.19 | 250.95 |
| Fed OASDI/EE | 214.60 | 1,073.02 |
| CA Withholdng | 99.40 | 497.00 |
| CA OASDI/EE | 34.62 | 173.07 |
| **Total Tax Deductions:** | 911.28 | 4,556.39 |

| BEFORE-TAX DEDUCTIONS | | |
|---|---|---|
| 401K Employee Contribution | 252.00 | 1,260.00 |
| Dental | 21.64 | 108.20 |
| Medical | 119.01 | 595.05 |
| Vision | 7.71 | 38.55 |
| **Total Before-Tax Deductions:** | 400.36 | 2,001.80 |

| AFTER-TAX DEDUCTIONS | | |
|---|---|---|
| 401K Loan 1 | 229.69 | 1,148.45 |
| Critical Illness | 11.89 | 59.45 |
| ESPP | 360.00 | 1,800.00 |
| Child Opt Life | 0.90 | 4.50 |
| Employee Opt Life | 82.61 | 413.05 |
| Spouse Opt Life | 5.27 | 26.35 |
| PAC | 10.00 | 50.00 |
| **Total After-Tax Deductions:** | 700.36 | 3,501.80 |

| NET PAY | | |
|---|---|---|
| **Total Net Pay:** | 1,587.95 | 7,957.90 |

**OTHER BENEFITS**

| | | |
|---|---|---|
| Life Imp Income* | 9.78 | 48.90 |
| * = TAXABLE | | |
| Personal Balance | 272.40 | |

**DIRECT DEPOSIT INFORMATION**

| ACCOUNT TYPE | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| Checking | XXXXXX6985 | $1,587.95 |

## Earnings Statement



1001 Fannin Street, Suite 4000
Houston, TX 77002
1-800-964-3373

| | |
|---|---|
| Employee ID: | 097479 |
| Taxable Marital Status: | Single |
| Social Security Number: | XXX-XX-1706 |
| Federal Allow: | 0 |
| CA State Allow: | 1 |
| Bus Unit: | 00166 |
| Loc: | 02969 |
| Dept: | 401210 |
| Employee Type: | Exempt |

| | |
|---|---|
| Pay Period: | 03/10/2019 - 03/23/2019 |
| Advice Date: | 03/22/2019 |
| Advice #: | 43193907 |
| Company Name: | USA Waste of California, Inc. |
| Pay Group: | WH4 |

David W Hillyer
15149 Chaumont St
Lake Elsinore CA  92530

Waste Management is transforming to know customers, extract value, innovate and optimize.

### EARNINGS

| | | | | |
|---|---|---|---|---|
| Regular Earnings/Salary | | 3,599.95 | 480.00 | 21,599.70 |
| Annual AIP Bonus | | 0.00 | | 14,144.01 |
| ESPP Fractional Shares payout | | 0.00 | | 18.14 |
| **Total Gross Pay:** | 0.00 | 3,599.95 | 480.00 | 35,761.85 |

### TAX DEDUCTIONS

| | | |
|---|---|---|
| Fed Withholdng | 512.47 | 5,968.68 |
| Fed MED/EE | 50.19 | 506.23 |
| Fed OASDI/EE | 214.61 | 2,164.56 |
| CA Withholdng | 99.40 | 1,942.05 |
| CA OASDI/EE | 34.61 | 349.12 |
| **Total Tax Deductions:** | 911.28 | 10,930.64 |

### BEFORE-TAX DEDUCTIONS

| | | |
|---|---|---|
| 401K Employee Contribution | 252.00 | 1,512.00 |
| Dental | 21.64 | 129.84 |
| Medical | 119.01 | 714.06 |
| Vision | 7.71 | 46.26 |
| AIP 401K EE contribution | 0.00 | 990.08 |
| **Total Before-Tax Deductions:** | 400.36 | 3,392.24 |

### AFTER-TAX DEDUCTIONS

| | | |
|---|---|---|
| 401K Loan 1 | 229.69 | 1,378.14 |
| Critical Illness | 11.89 | 71.34 |
| ESPP | 360.00 | 2,160.00 |
| Child Opt Life | 0.90 | 5.40 |
| Employee Opt Life | 82.61 | 495.66 |
| Spouse Opt Life | 5.27 | 31.62 |
| PAC | 10.00 | 60.00 |
| **Total After-Tax Deductions:** | 700.36 | 4,202.16 |

### NET PAY

| | | |
|---|---|---|
| **Total Net Pay:** | 1,587.95 | 17,236.81 |

**OTHER BENEFITS**

| | | |
|---|---|---|
| Life Imp Income* | 9.78 | 58.68 |
| * = TAXABLE | | |
| Personal Balance | 279.50 | |

**DIRECT DEPOSIT INFORMATION**

| ACCOUNT TYPE | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| Checking | XXXXXX6985 | $1,587.95 |

# Earnings Statement

1001 Fannin Street, Suite 4000
Houston, TX 77002
1-800-964-3373

| | |
|---|---|
| **Pay Period:** | 03/24/2019 - 04/06/2019 |
| **Advice Date:** | 04/05/2019 |
| **Advice #:** | 43260731 |
| **Company Name:** | USA Waste of California, Inc. |
| **Pay Group:** | WH4 |

**Know Customers**
**Extract Value**
**Innovate & Optimize**

Waste Management is transforming to know customers, extract value, innovate and optimize.

| | |
|---|---|
| **Employee ID:** | 097479 |
| **Taxable Marital Status:** | Single |
| **Social Security Number:** | XXX-XX-1706 |
| **Federal Allow:** | 0 |
| **CA State Allow:** | 1 |
| **Bus Unit:** | 00166 |
| **Loc:** | 02969 |
| **Dept:** | 401210 |
| **Employee Type:** | Exempt |

David W Hillyer
15149 Chaumont St
Lake Elsinore CA  92530

## EARNINGS

| | | | | |
|---|---|---|---|---|
| Regular Earnings/Salary | | 3,723.60 | 560.00 | 25,323.30 |
| Annual AIP Bonus | | 0.00 | | 14,144.01 |
| ESPP Fractional Shares payout | | 0.00 | | 18.14 |
| **Total Gross Pay:** | 0.00 | 3,723.60 | 560.00 | 39,485.45 |

## TAX DEDUCTIONS

| | | |
|---|---|---|
| Fed Withholdng | 537.77 | 6,506.45 |
| Fed MED/EE | 51.98 | 558.21 |
| Fed OASDI/EE | 222.27 | 2,386.83 |
| CA Withholdng | 106.99 | 2,049.04 |
| CA OASDI/EE | 35.85 | 384.97 |
| **Total Tax Deductions:** | 954.86 | 11,885.50 |

## BEFORE-TAX DEDUCTIONS

| | | |
|---|---|---|
| 401K Employee Contribution | 260.65 | 1,772.65 |
| Dental | 21.64 | 151.48 |
| Medical | 119.01 | 833.07 |
| Vision | 7.71 | 53.97 |
| AIP 401K EE contribution | 0.00 | 990.08 |
| **Total Before-Tax Deductions:** | 409.01 | 3,801.25 |

## AFTER-TAX DEDUCTIONS

| | | |
|---|---|---|
| 401K Loan 1 | 229.69 | 1,607.83 |
| Critical Illness | 11.89 | 83.23 |
| ESPP | 372.36 | 2,532.36 |
| Child Opt Life | 0.90 | 6.30 |
| Employee Opt Life | 82.61 | 578.27 |
| Spouse Opt Life | 5.27 | 36.89 |
| PAC | 10.00 | 70.00 |
| **Total After-Tax Deductions:** | 712.72 | 4,914.88 |

## NET PAY

| | | |
|---|---|---|
| **Total Net Pay:** | 1,647.01 | 18,883.82 |

**OTHER BENEFITS**

| | | |
|---|---|---|
| Life Imp Income* | 9.78 | 68.46 |
| * = TAXABLE | | |
| Personal Balance | 283.10 | |

**DIRECT DEPOSIT INFORMATION**

| ACCOUNT TYPE | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| Checking | XXXXXX6985 | $1,647.01 |

## Earnings Statement

1001 Fannin Street, Suite 4000
Houston, TX 77002
1-800-964-3373

**Know Customers**
**Extract Value**
**WM**
**Innovate & Optimize**

Waste Management is transforming to
know customers, extract value,
innovate and optimize.

| Pay Period: | 04/07/2019 - 04/20/2019 |
|---|---|
| Advice Date: | 04/19/2019 |
| Advice #: | 43327702 |
| Company Name: | USA Waste of California, Inc. |
| Pay Group: | WH4 |

| Employee ID: | 097479 |
|---|---|
| Taxable Marital Status: | Single |
| Social Security Number: | XXX-XX-1706 |
| Federal Allow: | 0 |
| CA State Allow: | 1 |
| Bus Unit: | 00166 |
| Loc: | 02969 |
| Dept: | 401210 |
| Employee Type: | Exempt |

David W Hillyer
15149 Chaumont St
Lake Elsinore CA  92530

### EARNINGS

| | | | | |
|---|---|---|---|---|
| Regular Earnings/Salary | | 3,723.60 | 640.00 | 29,046.90 |
| Annual AIP Bonus | | 0.00 | | 14,144.01 |
| ESPP Fractional Shares payout | | 0.00 | | 18.14 |
| **Total Gross Pay:** | 0.00 | 3,723.60 | 640.00 | 43,209.05 |

### TAX DEDUCTIONS

| | | |
|---|---|---|
| Fed Withholdng | 537.77 | 7,044.22 |
| Fed MED/EE | 51.98 | 610.19 |
| Fed OASDI/EE | 222.27 | 2,609.10 |
| CA Withholdng | 106.99 | 2,156.03 |
| CA OASDI/EE | 35.85 | 420.82 |
| **Total Tax Deductions:** | 954.86 | 12,840.36 |

### BEFORE-TAX DEDUCTIONS

| | | |
|---|---|---|
| 401K Employee Contribution | 260.65 | 2,033.30 |
| Dental | 21.64 | 173.12 |
| Medical | 119.01 | 952.08 |
| Vision | 7.71 | 61.68 |
| AIP 401K EE contribution | 0.00 | 990.08 |
| **Total Before-Tax Deductions:** | 409.01 | 4,210.26 |

### AFTER-TAX DEDUCTIONS

| | | |
|---|---|---|
| 401K Loan 1 | 229.69 | 1,837.52 |
| Critical Illness | 11.89 | 95.12 |
| ESPP | 372.36 | 2,904.72 |
| Child Opt Life | 0.90 | 7.20 |
| Employee Opt Life | 82.61 | 660.88 |
| Spouse Opt Life | 5.27 | 42.16 |
| PAC | 10.00 | 80.00 |
| **Total After-Tax Deductions:** | 712.72 | 5,627.60 |

### NET PAY

| | | |
|---|---|---|
| **Total Net Pay:** | 1,647.01 | 20,530.83 |

**OTHER BENEFITS**

| | | |
|---|---|---|
| Life Imp Income* | 9.78 | 78.24 |
| * = TAXABLE | | |
| Personal Balance | 283.10 | |

**DIRECT DEPOSIT INFORMATION**

| ACCOUNT TYPE | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| Checking | XXXXXX6985 | $1,647.01 |



## Earnings Statement

1001 Fannin Street, Suite 4000
Houston, TX 77002
1-800-964-3373

| Pay Period: | 04/21/2019 - 05/04/2019 |
|---|---|
| Advice Date: | 05/03/2019 |
| Advice #: | 43394711 |
| Company Name: | USA Waste of California, Inc. |
| Pay Group: | WH4 |

| | |
|---|---|
| Employee ID: | 097479 |
| Taxable Marital Status: | Single |
| Social Security Number: | XXX-XX-1706 |
| Federal Allow: | 0 |
| CA State Allow: | 1 |
| Bus Unit: | 00166 |
| Loc: | 02969 |
| Dept: | 401210 |
| Employee Type: | Exempt |

David W Hillyer
15149 Chaumont St
Lake Elsinore CA  92530

Waste Management is transforming to
know customers, extract value,
innovate and optimize.

| Description | Rate | Hours | This Period | Hours(YTD) | YTD(Dol) |
|---|---|---|---|---|---|
| **EARNINGS** | | | | | |
| Regular Earnings/Salary | | | 3,723.60 | 720.00 | 32,770.50 |
| Annual AIP Bonus | | | 0.00 | | 14,144.01 |
| ESPP Fractional Shares payout | | | 0.00 | | 18.14 |
| **Total Gross Pay:** | | 0.00 | 3,723.60 | 720.00 | 46,932.65 |
| **TAX DEDUCTIONS** | | | | | |
| Fed Withholdng | | | 537.77 | | 7,581.99 |
| Fed MED/EE | | | 51.99 | | 662.18 |
| Fed OASDI/EE | | | 222.27 | | 2,831.37 |
| CA Withholdng | | | 106.99 | | 2,263.02 |
| CA OASDI/EE | | | 35.85 | | 456.67 |
| **Total Tax Deductions:** | | | 954.87 | | 13,795.23 |
| **BEFORE-TAX DEDUCTIONS** | | | | | |
| 401K Employee Contribution | | | 260.65 | | 2,293.95 |
| Dental | | | 21.64 | | 194.76 |
| Medical | | | 119.01 | | 1,071.09 |
| Vision | | | 7.71 | | 69.39 |
| AIP 401K EE contribution | | | 0.00 | | 990.08 |
| **Total Before-Tax Deductions:** | | | 409.01 | | 4,619.27 |
| **AFTER-TAX DEDUCTIONS** | | | | | |
| 401K Loan 1 | | | 229.69 | | 2,067.21 |
| Critical Illness | | | 11.89 | | 107.01 |
| ESPP | | | 372.36 | | 3,277.08 |
| Child Opt Life | | | 0.90 | | 8.10 |
| Employee Opt Life | | | 82.61 | | 743.49 |
| Spouse Opt Life | | | 5.27 | | 47.43 |
| PAC | | | 10.00 | | 90.00 |
| **Total After-Tax Deductions:** | | | 712.72 | | 6,340.32 |
| **NET PAY** | | | | | |
| **Total Net Pay:** | | | 1,647.00 | | 22,177.83 |

**OTHER BENEFITS**

| | | |
|---|---|---|
| Life Imp Income* | 9.78 | 88.02 |
| * = TAXABLE | | |
| Personal Balance | 283.10 | |

**DIRECT DEPOSIT INFORMATION**

| ACCOUNT TYPE | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| Checking | XXXXXX6985 | $1,647.00 |

## Earnings Statement



1001 Fannin Street, Suite 4000
Houston, TX 77002
1-800-964-3373

| Pay Period: | 05/05/2019 - 05/18/2019 |
| Advice Date: | 05/17/2019 |
| Advice #: | 43471841 |
| Company Name: | USA Waste of California, Inc. |
| Pay Group: | WH4 |

| Employee ID: | 097479 |
| Taxable Marital Status: | Single |
| Social Security Number: | XXX-XX-1706 |
| Federal Allow: | 0 |
| CA State Allow: | 1 |
| Bus Unit: | 00166 |
| Loc: | 02969 |
| Dept: | 401210 |
| Employee Type: | Exempt |

David W Hillyer
15149 Chaumont St
Lake Elsinore CA  92530

**Waste Management is transforming to know customers, extract value, innovate and optimize.**

| EARNINGS | | | | |
|---|---|---|---|---|
| Regular Earnings/Salary | | 3,723.60 | 800.00 | 36,494.10 |
| Annual AIP Bonus | | 0.00 | | 14,144.01 |
| ESPP Fractional Shares payout | | 0.00 | | 18.14 |
| **Total Gross Pay:** | 0.00 | 3,723.60 | 800.00 | 50,656.25 |

| TAX DEDUCTIONS | | |
|---|---|---|
| Fed Withholdng | 537.77 | 8,119.76 |
| Fed MED/EE | 51.98 | 714.16 |
| Fed OASDI/EE | 222.27 | 3,053.64 |
| CA Withholdng | 106.99 | 2,370.01 |
| CA OASDI/EE | 35.85 | 492.52 |
| **Total Tax Deductions:** | 954.86 | 14,750.09 |

| BEFORE-TAX DEDUCTIONS | | |
|---|---|---|
| 401K Employee Contribution | 260.65 | 2,554.60 |
| Dental | 21.64 | 216.40 |
| Medical | 119.01 | 1,190.10 |
| Vision | 7.71 | 77.10 |
| AIP 401K EE contribution | 0.00 | 990.08 |
| **Total Before-Tax Deductions:** | 409.01 | 5,028.28 |

| AFTER-TAX DEDUCTIONS | | |
|---|---|---|
| 401K Loan 1 | 229.69 | 2,296.90 |
| Critical Illness | 11.89 | 118.90 |
| ESPP | 372.36 | 3,649.44 |
| Child Opt Life | 0.90 | 9.00 |
| Employee Opt Life | 82.61 | 826.10 |
| Spouse Opt Life | 5.27 | 52.70 |
| PAC | 10.00 | 100.00 |
| **Total After-Tax Deductions:** | 712.72 | 7,053.04 |

| NET PAY | | |
|---|---|---|
| **Total Net Pay:** | 1,647.01 | 23,824.84 |

**OTHER BENEFITS**

| | | |
|---|---|---|
| Life Imp Income* | 9.78 | 97.80 |
| * = TAXABLE | | |
| Personal Balance | 283.10 | |

**DIRECT DEPOSIT INFORMATION**

| ACCOUNT TYPE | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| Checking | XXXXXX6985 | $1,647.01 |

## Earnings Statement

1001 Fannin Street, Suite 4000
Houston, TX 77002
1-800-964-3373

| Employee ID: | 097479 |
| Taxable Marital Status: | Single |
| Social Security Number: | XXX-XX-1706 |
| Federal Allow: | 0 |
| CA State Allow: | 1 |
| Bus Unit: | 00166 |
| Loc: | 02969 |
| Dept: | 401210 |
| Employee Type: | Exempt |



Waste Management is transforming to
know customers, extract value,
innovate and optimize.

| Pay Period: | 05/19/2019 - 06/01/2019 |
| Advice Date: | 05/31/2019 |
| Advice #: | 43539367 |
| Company Name: | USA Waste of California, Inc. |
| Pay Group: | WH4 |

David W Hillyer
15149 Chaumont St
Lake Elsinore CA  92530

| EARNINGS | | | | |
|---|---|---|---|---|
| Regular Earnings/Salary | | 3,723.60 | 880.00 | 40,217.70 |
| Annual AIP Bonus | | 0.00 | | 14,144.01 |
| ESPP Fractional Shares payout | | 0.00 | | 18.14 |
| **Total Gross Pay:** | 0.00 | 3,723.60 | 880.00 | 54,379.85 |

| TAX DEDUCTIONS | | |
|---|---|---|
| Fed Withholdng | 537.77 | 8,657.53 |
| Fed MED/EE | 51.98 | 766.14 |
| Fed OASDI/EE | 222.27 | 3,275.91 |
| CA Withholdng | 106.99 | 2,477.00 |
| CA OASDI/EE | 35.85 | 528.37 |
| **Total Tax Deductions:** | 954.86 | 15,704.95 |

| BEFORE-TAX DEDUCTIONS | | |
|---|---|---|
| 401K Employee Contribution | 260.65 | 2,815.25 |
| Dental | 21.64 | 238.04 |
| Medical | 119.01 | 1,309.11 |
| Vision | 7.71 | 84.81 |
| AIP 401K EE contribution | 0.00 | 990.08 |
| **Total Before-Tax Deductions:** | 409.01 | 5,437.29 |

| AFTER-TAX DEDUCTIONS | | |
|---|---|---|
| 401K Loan 1 | 229.69 | 2,526.59 |
| Critical Illness | 11.89 | 130.79 |
| ESPP | 372.36 | 4,021.80 |
| Child Opt Life | 0.90 | 9.90 |
| Employee Opt Life | 82.61 | 908.71 |
| Spouse Opt Life | 5.27 | 57.97 |
| PAC | 10.00 | 110.00 |
| **Total After-Tax Deductions:** | 712.72 | 7,765.76 |

| NET PAY | | |
|---|---|---|
| **Total Net Pay:** | 1,647.01 | 25,471.85 |

**OTHER BENEFITS**

| | | |
|---|---|---|
| Life Imp Income* | 9.78 | 107.58 |
| * = TAXABLE | | |
| Personal Balance | 283.10 | |

**DIRECT DEPOSIT INFORMATION**

| ACCOUNT TYPE | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| Checking | XXXXXX6985 | $1,647.01 |

# myPay

## Monthly RAS

Main | Exit

View other RAS    DEC 15, 2018 ⇕   Go

## RETIREE ACCOUNT STATEMENT

| STATEMENT EFFECTIVE DATE DEC 15, 2018 | NEW PAY DUE AS OF DEC 31, 2018 | SSN *****1706 |
|---|---|---|

**PLEASE REMEMBER TO NOTIFY DFAS IF YOUR ADDRESS CHANGES**

MSG DAVID W HILLYER USA RET
15149 CHAUMONT ST
LAKE ELSINORE CA 92530-7326

**DFAS-CL POINTS OF CONTACT**

Defense Finance and Accounting Service
US Military Retirement Pay
8899 E 56TH Street
Indianapolis, IN 46249-1200

COMMERCIAL (216) 522-5955
TOLL FREE 1-800-321-1080
TOLL FREE FAX 1-800-469-6559

myPay
https://myPay.dfas.mil

## PAY ITEM DESCRIPTION

| ITEM | OLD | NEW | ITEM | OLD | NEW |
|---|---|---|---|---|---|
| GROSS PAY | .00 | 2,774.00 | FITW | .00 | 163.78 |
| SBP COSTS | .00 | 181.70 | ALLOTMENTS | .00 | 600.00 |
| TAXABLE INCOME | .00 | 2,592.30 | | | |
| | | | NET PAY | .00 | 1,828.52 |

## PAYMENT ADDRESS

DIRECT DEPOSIT

## YEAR TO DATE SUMMARY ( FOR INFORMATION ONLY)

| | |
|---|---|
| TAXABLE INCOME: | 30,336.94 |
| FEDERAL INCOME TAX WITHHELD: | 1,878.90 |

## TAXES

| | |
|---|---|
| FEDERAL WITHHOLDING STATUS: | MARRIED |
| TOTAL EXEMPTIONS: | 00 |
| FEDERAL INCOME TAX WITHHELD: | 163.78 |

## SURVIVOR BENEFIT PLAN (SBP) COVERAGE

| SBP COVERAGE TYPE: | SPOUSE AND CHILD(REN) | ANNUITY BASE AMOUNT: | 2,776.64 |
|---|---|---|---|
| SPOUSE COST: | 180.48 | SPOUSE DOB: | MAR 22, 1962 |
| CHILD COST: | 1.22 | CHILD DOB: | FEB 06, 2007 |

THE ANNUITY PAYABLE IS 55% OF YOUR RC/SBP BASE AMOUNT WHICH IS 1,527.15
YOU HAVE PAID 63 MONTHS TOWARD YOUR 360 MONTHS OF PAID UP RC/SBP COVERAGE. ONCE YOU
HAVE PAID AT LEAST 360 MONTHS TOWARD YOUR COVERAGE AND TURN AGE 70, YOUR COSTS WILL BE
TERMINATED BUT YOUR COVERAGE WILL REMAIN ACTIVE.

DFAS-CL 7220/148 (Rev 03-01)

## ALLOTMENTS AND BONDS

| ALLOTMENT TYPE | PAYEE | AMOUNT |
|---|---|---|
| MISC DISCRETIONARY | ALASKA USA FCU | 600.00 |

## ARREARS OF PAY BENEFICIARY INFORMATION

THE FOLLOWING BENEFICIARIES ARE ON RECORD:

| NAME | SHARE | RELATIONSHIP |
|---|---|---|
| CLELLAND KATHLEEN A | 100.00 | WIFE |
| HILLYER MADELEINE G | 100.00 | DAUGHTER |

## MESSAGE SECTION

TRICARE RETIREE DENTAL PROGRAM ENDS 31 DEC. YOU'RE ELIGIBLE TO ENROLL IN FEDERAL
EMPLOYEE DENTAL AND VISION INSURANCE PROGRAM AT TRICARE.BENEFEDS.COM.

YOU MUST ENROLL DURING OPEN SEASON, 12 NOV-10 DEC TO HAVE DENTAL AND/OR VISION INSURANCE
BEGINNING 1 JAN 2019.

BASED ON THE COMPENSATION AMOUNT YOU RECEIVE FROM THE DEPARTMENT OF VETERANS
AFFAIRS(VA)
AND YOUR RETIRED PAY, YOUR CONCURRENT RETIREMENT DISABILITY PAY(CRDP) AMOUNT IS
$2,098.62. PLEASE SEE www.dfas.mil/retiredmilitary.html FOR MORE INFORMATION ABOUT THE
CRDP ENTITLEMENT.

Beneficiaries now have access to a more complete health record! TRICARE Online Patient
Portal (www.TRICAREOnline.com) has a new look and recently added two features.

Encounter (Open) Notes and Documents allows you to view provider notes from clinic
visits and scanned documents from external consults. You can also manage MTF appoint-
ments, request refills, view/download Health Records and receive appointment reminders.

THIS IS YOUR MONTHLY RETIREE ACCOUNT STATEMENT. IT SUMMARIZES THE STATE OF YOUR ACCOUNT
AS OF THE DATE SHOWN. PLEASE REVIEW YOUR ADDRESS, BANKING, BENEFICIARY, PAY AND

DFAS-CL 7220/148 (Rev 03-01)

Choose from the buttons below to Print your RAS

Printer Friendly Version    RAS Front Page    RAS Back Page    Text Version



- We recommend that you select the Printer Friendly Version of your RAS if you desire to print or save your
  RAS. It requires Adobe Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you
  don't have Adobe Reader and applicable security policies allow you to install it, it can be downloaded at
  http://www.adobe.com/products/acrobat/readermain.html. If you prefer the html version, click the
  appropriate button(s). You may have to make adjustments to your margins in your browser Page Setup for
  optimal printing of the html version.

- The "View Other RAS" option will allow you to view and/or print other monthly RAS statements. Click on the down arrow; click on a RAS date, then click on Go.

- Select Main at any time to make Pay Changes. To Stop or Start Annual RAS Hard Copy delivery, select "Main" and then choose "Turn on/off Hard Copy of Annual RAS" on the Main Menu.

- If you need help using myPay, contact the Centralized Customer Support Unit at 1-888-DFAS411 or 1-888-332-7411, commercial (216) 522-5096, Defense Switching Network (DSN) 580-5096 (see FAQs for hours of operation).

- If you have specific pay account-related questions, contact your Customer Service Representative.

Top

# myPay

## Monthly RAS

Main  | Exit

View other RAS    JAN 23, 2019 ⌄    Go

| RETIREE ACCOUNT STATEMENT | | |
|---|---|---|
| STATEMENT EFFECTIVE DATE JAN 23, 2019 | NEW PAY DUE AS OF FEB 01, 2019 | SSN *****1706 |

PLEASE REMEMBER TO NOTIFY DFAS IF YOUR ADDRESS CHANGES

MSG DAVID W HILLYER USA RET
15149 CHAUMONT ST
LAKE ELSINORE CA 92530-7326

**DFAS-CL POINTS OF CONTACT**

Defense Finance and Accounting Service
US Military Retirement Pay
8899 E 56TH Street
Indianapolis, IN 46249-1200

COMMERCIAL (216) 522-5955
TOLL FREE 1-800-321-1080
TOLL FREE FAX 1-800-469-6559

myPay
https://myPay.dfas.mil

## PAY ITEM DESCRIPTION

| ITEM | OLD | NEW | ITEM | OLD | NEW |
|---|---|---|---|---|---|
| GROSS PAY | .00 | 2,774.00 | FITW | .00 | 160.93 |
| SBP COSTS | .00 | 181.70 | ALLOTMENTS | .00 | 600.00 |
| TAXABLE INCOME | .00 | 2,592.30 | | | |
| | | | NET PAY | .00 | 1,831.37 |

| PAYMENT ADDRESS | YEAR TO DATE SUMMARY ( FOR INFORMATION ONLY) | |
|---|---|---|
| DIRECT DEPOSIT | TAXABLE INCOME: | 2,592.30 |
| | FEDERAL INCOME TAX WITHHELD: | 160.93 |

## TAXES

| | | |
|---|---|---|
| FEDERAL WITHHOLDING STATUS: | MARRIED | |
| TOTAL EXEMPTIONS: | 00 | |
| FEDERAL INCOME TAX WITHHELD: | 160.93 | |

## SURVIVOR BENEFIT PLAN (SBP) COVERAGE

| SBP COVERAGE TYPE: | SPOUSE AND CHILD(REN) | ANNUITY BASE AMOUNT: | 2,776.64 |
|---|---|---|---|
| SPOUSE COST: | 180.48 | SPOUSE DOB: | MAR 22, 1962 |
| CHILD COST: | 1.22 | CHILD DOB: | FEB 06, 2007 |

THE ANNUITY PAYABLE IS 55% OF YOUR ANNUITY BASE AMOUNT WHICH IS 1,527.15
YOU HAVE PAID 64 MONTHS TOWARD YOUR 360 MONTHS OF PAID UP RC/SBP COVERAGE. ONCE YOU
HAVE PAID AT LEAST 360 MONTHS TOWARD YOUR COVERAGE AND TURN AGE 70, YOUR COSTS WILL BE
TERMINATED BUT YOUR COVERAGE WILL REMAIN ACTIVE.

DFAS-CL 7220/148 (Rev 03-01)

## ALLOTMENTS AND BONDS

| ALLOTMENT TYPE | PAYEE | AMOUNT |
|---|---|---|
| MISC DISCRETIONARY | ALASKA USA FCU | 600.00 |

## ARREARS OF PAY BENEFICIARY INFORMATION

THE FOLLOWING BENEFICIARIES ARE ON RECORD:

| NAME | SHARE | RELATIONSHIP |
|---|---|---|
| CLELLAND KATHLEEN A | 100.00 | WIFE |
| HILLYER MADELEINE G | 100.00 | DAUGHTER |

## MESSAGE SECTION

TRICARE RETIREE DENTAL PROGRAM ENDS 31 DEC. YOU'RE ELIGIBLE TO ENROLL IN FEDERAL
EMPLOYEE DENTAL AND VISION INSURANCE PROGRAM AT TRICARE.BENEFEDS.COM.

YOU MUST ENROLL DURING OPEN SEASON, 12 NOV-10 DEC TO HAVE DENTAL AND/OR VISION INSURANCE
BEGINNING 1 JAN 2019.

BASED ON THE COMPENSATION AMOUNT YOU RECEIVE FROM THE DEPARTMENT OF VETERANS
AFFAIRS(VA)
AND YOUR RETIRED PAY, YOUR CONCURRENT RETIREMENT DISABILITY PAY(CRDP) AMOUNT IS
$2,098.62. PLEASE SEE www.dfas.mil/retiredmilitary.html FOR MORE INFORMATION ABOUT THE
CRDP ENTITLEMENT.

Beneficiaries now have access to a more complete health record! TRICARE Online Patient
Portal (www.TRICAREOnline.com) has a new look and recently added two features.

Encounter (Open) Notes and Documents allows you to view provider notes from clinic
visits and scanned documents from external consults. You can also manage MTF appoint-
ments, request refills, view/download Health Records and receive appointment reminders.

THIS IS YOUR MONTHLY RETIREE ACCOUNT STATEMENT. IT SUMMARIZES THE STATE OF YOUR ACCOUNT
AS OF THE DATE SHOWN. PLEASE REVIEW YOUR ADDRESS, BANKING, BENEFICIARY, PAY AND
ALLOTMENT INFORMATION REGULARLY. FOR MORE INFORMATION ABOUT RETIRED PAY GO TO
http://www.dfas.mil/dfas/retiredmilitary.htm

DFAS-CL 7220/148 (Rev 03-01)

Choose from the buttons below to Print your **RAS**

Printer Friendly Version      RAS Front Page      RAS Back Page      Text Version



- We recommend that you select the Printer Friendly Version of your RAS if you desire to print or save your
  RAS. It requires Adobe Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you
  don't have Adobe Reader and applicable security policies allow you to install it, it can be downloaded at
  http://www.adobe.com/products/acrobat/readermain.html. If you prefer the html version, click the
  appropriate button(s). You may have to make adjustments to your margins in your browser Page Setup for

- The "View Other RAS" option will allow you to view and/or print other monthly RAS statements. Click on the down arrow; click on a RAS date, then click on Go.

- Select Main at any time to make Pay Changes. To Stop or Start Annual RAS Hard Copy delivery, select "Main" and then choose "Turn on/off Hard Copy of Annual RAS" on the Main Menu.

- If you need help using myPay, contact the Centralized Customer Support Unit at 1-888-DFAS411 or 1-888-332-7411, commercial (216) 522-5096, Defense Switching Network (DSN) 580-5096 (see FAQs for hours of operation).

- If you have specific pay account-related questions, contact your Customer Service Representative.

Top

# myPay

**Monthly RAS**

Main | Exit

View other RAS    FEB 20, 2019 ↕   Go

## RETIREE ACCOUNT STATEMENT

| STATEMENT EFFECTIVE DATE FEB 20, 2019 | NEW PAY DUE AS OF MAR 01, 2019 | SSN *****1706 |
|---|---|---|

**PLEASE REMEMBER TO NOTIFY DFAS IF YOUR ADDRESS CHANGES**

MSG DAVID W HILLYER USA RET
15149 CHAUMONT ST
LAKE ELSINORE CA 92530-7326

### DFAS-CL POINTS OF CONTACT

Defense Finance and Accounting Service
US Military Retirement Pay
8899 E 56TH Street
Indianapolis, IN 46249-1200

COMMERCIAL (216) 522-5955
TOLL FREE 1-800-321-1080
TOLL FREE FAX 1-800-469-6559

myPay
https://myPay.dfas.mil

## PAY ITEM DESCRIPTION

| ITEM | OLD | NEW | ITEM | OLD | NEW |
|---|---|---|---|---|---|
| GROSS PAY | .00 | 2,774.00 | FITW | .00 | 160.93 |
| SBP COSTS | .00 | 181.70 | ALLOTMENTS | .00 | 600.00 |
| TAXABLE INCOME | .00 | 2,592.30 | | | |
| | | | NET PAY | .00 | 1,831.37 |

| PAYMENT ADDRESS | YEAR TO DATE SUMMARY ( FOR INFORMATION ONLY) |
|---|---|
| DIRECT DEPOSIT | TAXABLE INCOME: 5,184.60 <br> FEDERAL INCOME TAX WITHHELD: 321.86 |

## TAXES

| FEDERAL WITHHOLDING STATUS: | MARRIED |
|---|---|
| TOTAL EXEMPTIONS: | 00 |
| FEDERAL INCOME TAX WITHHELD: | 160.93 |

## SURVIVOR BENEFIT PLAN (SBP) COVERAGE

| SBP COVERAGE TYPE: | SPOUSE AND CHILD(REN) | ANNUITY BASE AMOUNT: | 2,776.64 |
|---|---|---|---|
| SPOUSE COST: | 180.48 | SPOUSE DOB: | MAR 22, 1962 |
| CHILD COST: | 1.22 | CHILD DOB: | FEB 06, 2007 |

THE ANNUITY PAYABLE IS 55% OF YOUR ANNUITY BASE AMOUNT WHICH IS 1,527.15
YOU HAVE PAID 65 MONTHS TOWARD YOUR 360 MONTHS OF PAID UP RC/SBP COVERAGE. ONCE YOU
HAVE PAID AT LEAST 360 MONTHS TOWARD YOUR COVERAGE AND TURN AGE 70, YOUR COSTS WILL BE
TERMINATED BUT YOUR COVERAGE WILL REMAIN ACTIVE.

DFAS-CL 7220/148 (Rev 03-01)

---

**ALLOTMENTS AND BONDS**

| ALLOTMENT TYPE | PAYEE | AMOUNT |
|---|---|---|
| MISC DISCRETIONARY | ALASKA USA FCU | 600.00 |

---

**ARREARS OF PAY BENEFICIARY INFORMATION**

THE FOLLOWING BENEFICIARIES ARE ON RECORD:

| NAME | SHARE | RELATIONSHIP |
|---|---|---|
| CLELLAND KATHLEEN A | 100.00 | WIFE |
| HILLYER MADELEINE G | 100.00 | DAUGHTER |

---

**MESSAGE SECTION**

TRICARE RETIREE DENTAL PROGRAM ENDS 31 DEC. YOU'RE ELIGIBLE TO ENROLL IN FEDERAL
EMPLOYEE DENTAL AND VISION INSURANCE PROGRAM AT TRICARE.BENEFEDS.COM.

YOU MUST ENROLL DURING OPEN SEASON, 12 NOV-10 DEC TO HAVE DENTAL AND/OR VISION INSURANCE
BEGINNING 1 JAN 2019.

BASED ON THE COMPENSATION AMOUNT YOU RECEIVE FROM THE DEPARTMENT OF VETERANS
AFFAIRS(VA)
AND YOUR RETIRED PAY, YOUR CONCURRENT RETIREMENT DISABILITY PAY(CRDP) AMOUNT IS
$2,098.62. PLEASE SEE www.dfas.mil/retiredmilitary.html FOR MORE INFORMATION ABOUT THE
CRDP ENTITLEMENT.

Beneficiaries now have access to a more complete health record! TRICARE Online Patient
Portal (www.TRICAREOnline.com) has a new look and recently added two features.

Encounter (Open) Notes and Documents allows you to view provider notes from clinic
visits and scanned documents from external consults. You can also manage MTF appoint-
ments, request refills, view/download Health Records and receive appointment reminders.

THIS IS YOUR MONTHLY RETIREE ACCOUNT STATEMENT. IT SUMMARIZES THE STATE OF YOUR ACCOUNT
AS OF THE DATE SHOWN. PLEASE REVIEW YOUR ADDRESS, BANKING, BENEFICIARY, PAY AND
ALLOTMENT INFORMATION REGULARLY. FOR MORE INFORMATION ABOUT RETIRED PAY GO TO
http://www.dfas.mil/dfas/retiredmilitary.htm

DFAS-CL 7220/148 (Rev 03-01)

Choose from the buttons below to Print your RAS

Printer Friendly Version     RAS Front Page     RAS Back Page     Text Version

---



- We recommend that you select the Printer Friendly Version of your RAS if you desire to print or save your
  RAS. It requires Adobe Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you
  don't have Adobe Reader and applicable security policies allow you to install it, it can be downloaded at
  http://www.adobe.com/products/acrobat/readermain.html. If you prefer the html version, click the
  appropriate button(s). You may have to make adjustments to your margins in your browser Page Setup for
  optimal printing of the html version.

- The "View Other RAS" option allows you to view and print other monthly RAS statements. Click on the down arrow; click on a RAS date, then click on Go.

- Select Main at any time to make Pay Changes. To Stop or Start Annual RAS Hard Copy delivery, select "Main" and then choose "Turn on/off Hard Copy of Annual RAS" on the Main Menu.

- If you need help using myPay, contact the Centralized Customer Support Unit at 1-888-DFAS411 or 1-888-332-7411, commercial (216) 522-5096, Defense Switching Network (DSN) 580-5096 (see FAQs for hours of operation).

- If you have specific pay account-related questions, contact your Customer Service Representative.

Top

# RETIREE ACCOUNT STATEMENT

| STATEMENT EFFECTIVE DATE | NEW PAY DUE AS OF | SSN |
|---|---|---|
| Mar 21, 2019 | APR 01, 2019 | ***-**-1706 |

PLEASE REMEMBER TO NOTIFY DFAS IF YOUR ADDRESS CHANGES

MSG DAVID W HILLYER USA RET
15149 CHAUMONT ST
LAKE ELSINORE CA 92530-7326

### DFAS-CL POINTS OF CONTACT

**Defense Finance and Accounting Service**
**US Military Retirement Pay**
8899 E 56th Street
Indianapolis, IN 46249-1200

COMMERCIAL (216) 522-5955
TOLL FREE 1-800-321-1080
TOLL FREE FAX 1-800-469-6559

myPay
https://mypay.dfas.mil

## PAY ITEM DESCRIPTION

| ITEM | OLD | NEW | ITEM | OLD | NEW |
|---|---|---|---|---|---|
| GROSS PAY | .00 | 2,774.00 | FITW | .00 | 160.93 |
| SBP COSTS | .00 | 181.70 | ALLOTMENTS | .00 | 600.00 |
| TAXABLE INCOME | .00 | 2,592.30 | | | |
| | | | NET PAY | | 1,831.37 |

## PAYMENT ADDRESS

DIRECT DEPOSIT

## YEAR TO DATE SUMMARY (FOR INFORMATION ONLY)

| | |
|---|---|
| TAXABLE INCOME: | 7,776.90 |
| FEDERAL INCOME TAX WITHHELD: | 482.79 |

## TAXES

| | |
|---|---|
| FEDERAL WITHHOLDING STATUS: | MARRIED |
| TOTAL EXEMPTIONS: | 00 |
| FEDERAL INCOME TAX WITHHELD: | 160.93 |

## SURVIVOR BENEFIT PLAN (SBP) COVERAGE

| | | | |
|---|---|---|---|
| SBP COVERAGE TYPE: | SPOUSE AND CHILD(REN) | ANNUITY BASE AMOUNT: | 2,776.64 |
| SPOUSE COST: | 180.48 | | |
| CHILD COST: | 1.22 | | |
| | | SPOUSE DOB: | MAR 22, 1962 |
| | | CHILD DOB: | FEB 06, 2007 |

THE ANNUITY PAYABLE IS 55% OF YOUR ANNUITY BASE AMOUNT WHICH IS 1,527.15
YOU HAVE PAID 66 MONTHS TOWARD YOUR 360 MONTHS OF PAID UP RC/SBP COVERAGE. ONCE YOU
HAVE PAID AT LEAST 360 MONTHS TOWARD YOUR COVERAGE AND TURN AGE 70, YOUR COSTS WILL BE
TERMINATED BUT YOUR COVERAGE WILL REMAIN ACTIVE.

## ALLOTMENTS AND BONDS

| ALLOTMENT TYPE | Payee | Amount |
|---|---|---|
| MISC DISCRETIONARY | ALASKA USA FCU | 600.00 |

## ARREARS OF PAY BENEFICIARY INFORMATION

THE FOLLOWING BENEFICIARIES ARE ON RECORD:

| NAME | SHARE | RELATIONSHIP |
|---|---|---|
| CLELLAND KATHLEEN A | 100.00 | WIFE |
| HILLYER MADELEINE G | 100.00 | DAUGHTER |

## MESSAGE SECTION

TRICARE RETIREE DENTAL PROGRAM ENDS 31 DEC. YOU'RE ELIGIBLE TO ENROLL IN FEDERAL
EMPLOYEE DENTAL AND VISION INSURANCE PROGRAM AT TRICARE.BENEFEDS.COM.
***
YOU MUST ENROLL DURING OPEN SEASON, 12 NOV-10 DEC TO HAVE DENTAL AND/OR VISION INSURANCE
BEGINNING 1 JAN 2019.
***
BASED ON THE COMPENSATION AMOUNT YOU RECEIVE FROM THE DEPARTMENT OF VETERANS AFFAIRS(VA)
AND YOUR RETIRED PAY, YOUR CONCURRENT RETIREMENT DISABILITY PAY(CRDP) AMOUNT IS
$2,098.62. PLEASE SEE www.dfas.mil/retiredmilitary.html FOR MORE INFORMATION ABOUT THE
CRDP ENTITLEMENT.
***
Beneficiaries now have access to a more complete health record! TRICARE Online Patient
Portal (www.TRICAREOnline.com) has a new look and recently added two features.
***
Encounter (Open) Notes and Documents allows you to view provider notes from clinic
visits and scanned documents from external consults. You can also manage MTF appoint-
ments, request refills, view/download Health Records and receive appointment reminders.
***
THIS IS YOUR MONTHLY RETIREE ACCOUNT STATEMENT. IT SUMMARIZES THE STATE OF YOUR ACCOUNT
AS OF THE DATE SHOWN. PLEASE REVIEW YOUR ADDRESS, BANKING, BENEFICIARY, PAY AND
ALLOTMENT INFORMATION REGULARLY. FOR MORE INFORMATION ABOUT RETIRED PAY GO TO
http://www.dfas.mil/dfas/retiredmilitary.htm

# RETIREE ACCOUNT STATEMENT

| STATEMENT EFFECTIVE DATE | NEW PAY DUE AS OF | | SSN |
|---|---|---|---|
| Apr 22, 2019 | MAY 01, 2019 | | ***-**-1706 |

| PLEASE REMEMBER TO NOTIFY DFAS IF YOUR ADDRESS CHANGES | DFAS-CL POINTS OF CONTACT |
|---|---|
| MSG DAVID W HILLYER USA  RET<br>15149 CHAUMONT ST<br>LAKE ELSINORE CA  92530-7326 | Defense Finance and Accounting Service<br>US Military Retirement Pay<br>8899 E 56th Street<br>Indianapolis, IN 46249-1200<br><br>COMMERCIAL (216) 522-5955<br>TOLL FREE 1-800-321-1080<br>TOLL FREE FAX 1-800-469-6559<br><br>myPay<br>https://myPay.dfas.mil |

## PAY ITEM DESCRIPTION

| ITEM | OLD | NEW | ITEM | OLD | NEW |
|---|---|---|---|---|---|
| GROSS PAY | .00 | 2,774.00 | FITW | .00 | 160.93 |
| SBP COSTS | .00 | 181.70 | ALLOTMENTS | .00 | 600.00 |
| TAXABLE INCOME | .00 | 2,592.30 | | | |
| | | | NET PAY | | 1,831.37 |

## PAYMENT ADDRESS

| PAYMENT ADDRESS | YEAR TO DATE SUMMARY (FOR INFORMATION ONLY) | |
|---|---|---|
| DIRECT DEPOSIT | TAXABLE INCOME:<br>FEDERAL INCOME TAX WITHHELD: | 10,369.20<br>643.72 |

## TAXES

| FEDERAL WITHHOLDING STATUS: | MARRIED |
|---|---|
| TOTAL EXEMPTIONS: | 00 |
| FEDERAL INCOME TAX WITHHELD: | 160.93 |

## SURVIVOR BENEFIT PLAN (SBP) COVERAGE

| SBP COVERAGE TYPE: | SPOUSE AND CHILD(REN) | ANNUITY BASE AMOUNT: | 2,776.64 |
|---|---|---|---|
| SPOUSE COST: | 180.48 | | |
| CHILD COST: | 1.22 | | |
| | | SPOUSE DOB: | MAR 22, 1962 |
| | | CHILD DOB: | FEB 06, 2007 |

THE ANNUITY PAYABLE IS 55% OF YOUR ANNUITY BASE AMOUNT WHICH IS  1,527.15
YOU HAVE PAID  67 MONTHS TOWARD YOUR 360 MONTHS OF PAID UP RC/SBP COVERAGE. ONCE YOU
HAVE PAID AT LEAST 360 MONTHS TOWARD YOUR COVERAGE AND TURN AGE 70, YOUR COSTS WILL BE
TERMINATED BUT YOUR COVERAGE WILL REMAIN ACTIVE.

## ALLOTMENTS AND BONDS

| ALLOTMENT TYPE | Payee | Amount |
|---|---|---|
| MISC DISCRETIONARY | ALASKA USA FCU | 600.00 |

## ARREARS OF PAY BENEFICIARY INFORMATION

THE FOLLOWING BENEFICIARIES ARE ON RECORD:

| NAME | SHARE | RELATIONSHIP |
|---|---|---|
| CLELLAND KATHLEEN A | 100.00 | WIFE |
| HILLYER MADELEINE G | 100.00 | DAUGHTER |

## MESSAGE SECTION

TRICARE RETIREE DENTAL PROGRAM ENDS 31 DEC. YOU'RE ELIGIBLE TO ENROLL IN FEDERAL
EMPLOYEE DENTAL AND VISION INSURANCE PROGRAM AT TRICARE.BENEFEDS.COM.
***

YOU MUST ENROLL DURING OPEN SEASON, 12 NOV-10 DEC TO HAVE DENTAL AND/OR VISION INSURANCE
BEGINNING 1 JAN 2019.
***

BASED ON THE COMPENSATION AMOUNT YOU RECEIVE FROM THE DEPARTMENT OF VETERANS AFFAIRS(VA)
AND YOUR RETIRED PAY, YOUR CONCURRENT RETIREMENT DISABILITY PAY(CRDP) AMOUNT IS
$2,098.62. PLEASE SEE www.dfas.mil/retiredmilitary.html FOR MORE INFORMATION ABOUT THE
CRDP ENTITLEMENT.
***

Beneficiaries now have access to a more complete health record!  TRICARE Online Patient
Portal (www.TRICAREOnline.com) has a new look and recently added two features.
***

Encounter (Open) Notes and Documents allows you to view provider notes from clinic
visits and scanned documents from external consults.  You can also manage MTF appoint-
ments, request refills, view/download Health Records and receive appointment reminders.
***

THIS IS YOUR MONTHLY RETIREE ACCOUNT STATEMENT. IT SUMMARIZES THE STATE OF YOUR ACCOUNT
AS OF THE DATE SHOWN. PLEASE REVIEW YOUR ADDRESS, BANKING, BENEFICIARY, PAY AND
ALLOTMENT INFORMATION REGULARLY. FOR MORE INFORMATION ABOUT RETIRED PAY GO TO
http://www.dfas.mil/dfas/retiredmilitary.htm

# RETIREE ACCOUNT STATEMENT

| STATEMENT EFFECTIVE DATE | NEW PAY DUE AS OF | | SSN |
|---|---|---|---|
| May 21, 2019 | MAY 31, 2019 | | ***-**-1706 |

| PLEASE REMEMBER TO NOTIFY DFAS IF YOUR ADDRESS CHANGES | DFAS-CL POINTS OF CONTACT |
|---|---|
| MSG DAVID W HILLYER USA  RET<br>15149 CHAUMONT ST<br>LAKE ELSINORE CA  92530-7326 | Defense Finance and Accounting Service<br>US Military Retirement Pay<br>8899 E 56th Street<br>Indianapolis, IN 46249-1200<br><br>COMMERCIAL (216) 522-5955<br>TOLL FREE 1-800-321-1080<br>TOLL FREE FAX 1-800-469-6559<br><br>myPay<br>https://myPay.dfas.mil |

## PAY ITEM DESCRIPTION

| ITEM | OLD | NEW | ITEM | OLD | NEW |
|---|---|---|---|---|---|
| GROSS PAY | .00 | 2,774.00 | FITW | .00 | 160.93 |
| SBP COSTS | .00 | 181.70 | ALLOTMENTS | .00 | 600.00 |
| TAXABLE INCOME | .00 | 2,592.30 | | | |
| | | | NET PAY | | 1,831.37 |

## PAYMENT ADDRESS

DIRECT DEPOSIT

## YEAR TO DATE SUMMARY (FOR INFORMATION ONLY)

| | |
|---|---|
| TAXABLE INCOME: | 12,961.50 |
| FEDERAL INCOME TAX WITHHELD: | 804.65 |

## TAXES

| | |
|---|---|
| FEDERAL WITHHOLDING STATUS: | MARRIED |
| TOTAL EXEMPTIONS: | 00 |
| FEDERAL INCOME TAX WITHHELD: | 160.93 |

## SURVIVOR BENEFIT PLAN (SBP) COVERAGE

| SBP COVERAGE TYPE: | SPOUSE AND CHILD(REN) | ANNUITY BASE AMOUNT: | 2,776.64 |
|---|---|---|---|
| SPOUSE COST: | 180.48 | | |
| CHILD COST: | 1.22 | | |
| | | SPOUSE DOB: | MAR 22, 1962 |
| | | CHILD DOB: | FEB 06, 2007 |

THE ANNUITY PAYABLE IS 55% OF YOUR ANNUITY BASE AMOUNT WHICH IS  1,527.15
YOU HAVE PAID  68 MONTHS TOWARD YOUR 360 MONTHS OF PAID UP RC/SBP COVERAGE. ONCE YOU
HAVE PAID AT LEAST 360 MONTHS TOWARD YOUR COVERAGE AND TURN AGE 70, YOUR COSTS WILL BE
TERMINATED BUT YOUR COVERAGE WILL REMAIN ACTIVE.

## ALLOTMENTS AND BONDS

| ALLOTMENT TYPE | Payee | Amount |
|---|---|---|
| MISC DISCRETIONARY | ALASKA USA FCU | 600.00 |

## ARREARS OF PAY BENEFICIARY INFORMATION

THE FOLLOWING BENEFICIARIES ARE ON RECORD:

| NAME | SHARE | RELATIONSHIP |
|---|---|---|
| CLELLAND KATHLEEN A | 100.00 | WIFE |
| HILLYER MADELEINE G | 100.00 | DAUGHTER |

## MESSAGE SECTION

BASED ON THE COMPENSATION AMOUNT YOU RECEIVE FROM THE DEPARTMENT OF VETERANS AFFAIRS(VA)
AND YOUR RETIRED PAY, YOUR CONCURRENT RETIREMENT DISABILITY PAY(CRDP) AMOUNT IS
$2,098.62. PLEASE SEE www.dfas.mil/retiredmilitary.html FOR MORE INFORMATION ABOUT THE
CRDP ENTITLEMENT.
***
Beneficiaries now have access to a more complete health record! TRICARE Online Patient
Portal (www.TRICAREOnline.com) has a new look and recently added two features.
***
Encounter (Open) Notes and Documents allows you to view provider notes from clinic
visits and scanned documents from external consults.  You can also manage MTF appoint-
ments, request refills, view/download Health Records and receive appointment reminders.
***
THIS IS YOUR MONTHLY RETIREE ACCOUNT STATEMENT. IT SUMMARIZES THE STATE OF YOUR ACCOUNT
AS OF THE DATE SHOWN. PLEASE REVIEW YOUR ADDRESS, BANKING, BENEFICIARY, PAY AND
ALLOTMENT INFORMATION REGULARLY. FOR MORE INFORMATION ABOUT RETIRED PAY GO TO
http://www.dfas.mil/dfas/retiredmilitary.htm

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
3880 Lemon Street, 5th Floor, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*):  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/03/2019 following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Rod Danielson (TR)    notice-efile@rodan13.com
- Nancy L Lee    bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
- Douglas A Plazak    dplazak@rhlaw.com
- Valerie Smith    claims@recoverycorp.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On  I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)06/04/2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Wayne Johnson, United States Bankruptcy Judge, 3420 Twelfth Street, Riverside, CA 92501 - Hand Delivered

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/04/2019 | Wendy M. Patrick | /s/ Wendy M. Patrick |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
3880 Lemon Street, 5th Floor, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*): **BRIEF IN SUPPORT OF PLAN CONFIRMATION; DECLARATION OF KATHLEEN ANNETTE CLELLAND; DECLARATION OF DOUGLAS A. PLAZAK** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/12/2019 following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Rod Danielson (TR)**    notice-efile@rodan13.com
- **Nancy L Lee**    bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
- **Douglas A Plazak**    dplazak@rhlaw.com
- **Valerie Smith**    claims@recoverycorp.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)09/13/2019 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Wayne Johnson, United States Bankruptcy Judge, 3420 Twelfth Street, Riverside, CA 92501

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/13/2019 | Wendy M. Patrick | /s/ Wendy M. Patrick |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                **F 9013-3.1.PROOF.SERVICE**