Douglas A. Plazak, State Bar No. 181709
dplazak@rhlaw.com
REID & HELLYER APC
3685 Main Street, Suite 300
P.O. Box 1300
Riverside, California 92502-1300
Telephone: (951) 682-1771
Facsimile: (951) 686-2415

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>David Wayne Hillyer and Kathleen Annette Clelland<br><br>Debtors. | Case No. 6:18-bk-14772-WJ<br><br>Chapter 7<br><br>**SUPPLEMENTAL DECLARATION OF KATHLEEN ANNETTE CLELLAND IN OPPOSITION TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS AND OBJECTION TO PLAN CONFIRMATION**<br><br>Date: 01/11/2021<br>Time: 4:00 p.m.<br>Courtroom: #304, Third Floor<br>3420 Twelfth Street<br>Riverside, CA 92501 |

////

////

////

////

////

////

I, Kathleen Annette Clelland declare as follows:

1. I am one of the Debtors.

2. I have personal knowledge of the facts set forth herein, and if called upon as a witness to testify thereto, I could competently and truthfully do so.

3. On December 30, 2020, our attorney filed an Opposition to Chapter 13 Trustee's Motion to Dismiss and Objection to Plan Confirmation; Declaration of Kathleen Annette Clelland; Declaration of Douglas A. Plazak and Declaration of Wendy M. Patrick [Doc. #121].

4. Pursuant to paragraph 14 of my declaration, I advised the Court that the January 2021 payment would be made on December 31, 2020 and that a supplemental declaration would be filed reflecting the payment. Attached hereto as Exhibit 4 is a copy of the cashier's check, the receipt for an expected priority mail delivery for January 4, 2021 and a copy of the tracking receipt showing delivery on January 2, 2021.

5. As of the date of this declaration, all payments due as of December 2020 have been received and posted to our account. Attached hereto as Exhibit 5 is a copy of the Payment Summary as of December 30, 2020, downloaded from the Trustee's official website.

///

///

///

1  I declare under penalty of perjury under the laws of the United States of
2  America, that the foregoing is true and correct
3
4  Executed on January 4, 2021, at Lake Elsinore, California.
5
6  *Kathleen Annette Clelland*
   Kathleen Annette Clelland

# EXHIBIT 4



**Terms and Conditions (Remitter and Payee):**

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned" if the Cashier's Check is not cashed by a certain time
    - Please cash/deposit this Cashier's Check as soon as possible to prevent this from occurring
    - In most cases, the funds will be considered "abandoned" before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
    - Stop Payment can only be placed if the Cashier's Check is lost, stolen, or destroyed
    - We may not re-issue or refund the funds after the stop payment has been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY
**CASHIER'S CHECK**

Customer Copy
1143641905

12/31/2020
Void after 7 years

Remitter: DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

$** 5,446.00 **

Pay To The Order Of: CHAPTER 13 TRUSTEE

Memo: January 2021 Payment

Drawer: JPMORGAN CHASE BANK, N.A.
**NON NEGOTIABLE**

Note: For information only. Comment has no effect on bank's payment.

---

282111107 NEW 01/08 8810004306

**CASHIER'S CHECK**
HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

1143641905    91-2
               1221

Date 12/31/2020    Void after 7 years

**CHASE**
Remitter: DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

Pay To The Order Of: CHAPTER 13 TRUSTEE

Pay: FIVE THOUSAND FOUR HUNDRED FORTY SIX DOLLARS AND 00 CENTS    $** 5,446.00 **

Do not write outside this box
Memo: Case #6:18-bk-14772-WJ
Note: For information only. Comment has no effect on bank's payment.

Drawer: JPMORGAN CHASE BANK, N.A.

Reginald Chambers, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑈1143641905⑈ ⑆122100024⑆ 806002234⑈



**UNITED STATES POSTAL SERVICE.**

LAKE ELSINORE
500 W GRAHAM AVE
LAKE ELSINORE, CA 92530-9998
(800)275-8777

12/31/2020

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Rate Inquiries | 1 | | $0.00 |
| Priority Mail® 1-Day | 1 | | $7.75 |

Window FR Env
  Los Angeles, CA 90009
  Flat Rate
  Expected Delivery Date
    Mon 01/04/2021
  Tracking #:
    9505 5162 1836 0366 3707 25
  Insurance                          $0.00
    Up to $50.00 included

Total                                            $7.75

| CMAS SPCL PENQUIN | 1 | $2.00 | $2.00 |

Grand Total:                          $9.75

Debit Card Remitted              $9.75
  Card Name: VISA
  Account #: XXXXXXXXXXXX0084
  Approval #:
  Transaction #: 329
  Receipt #: 024655
  Debit Card Purchase: $9.75
  AID: A0000000980840      Chip
  AL: US DEBIT
  PIN: Verified

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
USPS is experiencing unprecedented volume
increases and limited employee
availability due to the impacts of
COVID-19. We appreciate your patience and
remain committed to delivering the
holidays to you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



# USPS Tracking®

FAQs >

Track Another Package +

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 9505516218360366370725

Remove ✕

Your item has been delivered and is available at a PO Box at 12:09 pm on January 2, 2021 in LOS ANGELES, CA 90009.

**USPS Premium Tracking™ Available** ∨

 **Delivered**

January 2, 2021 at 12:09 pm
Delivered, PO Box
LOS ANGELES, CA 90009

Get Updates ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

**January 2, 2021, 12:09 pm**
Delivered, PO Box
LOS ANGELES, CA 90009
Your item has been delivered and is available at a PO Box at 12:09 pm on January 2, 2021 in LOS ANGELES, CA 90009.

**January 2, 2021, 6:24 am**
Arrived at Post Office
LOS ANGELES, CA 90009

# EXHIBIT 5

# FINANCIAL SUMMARY - CASE 18-14772

DAVID WAYNE HILLYER paying **$4,885.00** MONTHLY

Receipts | Rcpts/Deb Refunds | Disbursements | Trustee Disb | Show All

Limits: Select Start Date ˅   Select Claim ID ˅   Select Payee Name ˅

| Date | Payee | Payee Name | Source / Check | Description | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|---|---|
| 12/30/2020 | | | 1143641868 | CASHIER'S CHECK FROM DEBTOR | $2,000.00 | | |
| 12/30/2020 | | | 1143641867 | CASHIER'S CHECK FROM DEBTOR | $5,446.00 | | |
| 11/9/2020 | | | 1143641468 | CASHIER'S CHECK FROM DEBTOR | $5,446.00 | | |
| 9/10/2020 | | | 1143641038 | CASHIER'S CHECK FROM DEBTOR | $5,446.00 | | |
| 7/27/2020 | | | 1143640687 | CASHIER'S CHECK FROM DEBTOR | $5,446.00 | | |
| 7/7/2020 | | | 1143640550 | CASHIER'S CHECK FROM DEBTOR | $5,446.00 | | |
| 6/30/2020 | | | 1143640471 | CASHIER'S CHECK FROM DEBTOR | $5,446.00 | | |
| 5/11/2020 | | | 1143640006 | CASHIER'S CHECK FROM DEBTOR | $5,446.00 | | |
| 4/8/2020 | | | 1143639764 | CASHIER'S CHECK FROM DEBTOR | $5,446.00 | | |
| 3/4/2020 | | | 1143639473 | CASHIER'S CHECK FROM DEBTOR | $5,446.00 | | |
| 2/11/2020 | | | 1143639267 | CASHIER'S CHECK FROM DEBTOR | $5,446.00 | | |
| 1/13/2020 | | | 1143639059 | CASHIER'S CHECK FROM DEBTOR | $5,446.00 | | |
| 12/11/2019 | | | 1143638837 | CASHIER'S CHECK FROM DEBTOR | $5,446.00 | | |
| 11/13/2019 | | | 1143638649 | CASHIER'S CHECK FROM DEBTOR | $5,446.00 | | |
| 10/15/2019 | | | 1143638404 | CASHIER'S CHECK FROM DEBTOR | $5,446.00 | | |
| 9/12/2019 | | | 1143638229 | CASHIER'S CHECK FROM DEBTOR | $5,446.00 | | |
| 8/8/2019 | | | 1143637951 | CASHIER'S CHECK FROM DEBTOR | $5,446.00 | | |
| 7/10/2019 | | | 10059389 | CASHIER'S CHECK FROM DEBTOR | $5,729.06 | | |
| 6/20/2019 | | | 10057804 | CASHIER'S CHECK FROM DEBTOR | $23,216.24 | | |
| 2/7/2019 | | | 1143636456 | CASHIER'S CHECK FROM DEBTOR | $5,446.00 | | |
| 1/7/2019 | | | 1143636177 | CASHIER'S CHECK FROM DEBTOR | $5,446.00 | | |
| 12/28/2018 | | | 076911466 | CHECK (SEE NOTES) | $1,815.00 | | |
| 12/11/2018 | | | 1143635883 | CASHIER'S CHECK FROM DEBTOR | $5,446.00 | | |
| 11/13/2018 | | | 9538722866 | CASHIER'S CHECK FROM DEBTOR | $5,446.00 | | |
| 10/11/2018 | | | 1143635423 | CASHIER'S CHECK FROM DEBTOR | $5,446.00 | | |
| 9/11/2018 | | | 1143635131 | CASHIER'S CHECK FROM DEBTOR | $5,446.00 | | |
| 8/9/2018 | | | 1143634866 | CASHIER'S CHECK FROM DEBTOR | $2,800.00 | | |
| 7/23/2018 | | | 0863106484 | CASHIER'S CHECK FROM DEBTOR | $2,800.00 | | |
| | | | | Totals: | $158,172.30 | $0.00 | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3685 Main Street, Suite 300, Riverside, CA 92501
Mailing: P.O. Box 1300, Riverside, CA 92502-1300

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENTAL DECLARATION OF KATHLEEN ANNETTE CLELLAND IN OPPOSITION TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS AND OBJECTION TO PLAN CONFIRMATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/30/2020 following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Rod Danielson (TR)**    notice-efile@rodan13.com
- **Nancy L Lee**    bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
- **Douglas A Plazak**    dplazak@rhlaw.com
- **Manuel Quiogue**    mq@lundquistconsulting.com
- **Valerie Smith**    claims@recoverycorp.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.** <u>**SERVED BY UNITED STATES MAIL**</u>:
On (*date*) 01/04/2021 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Wayne Johnson, United States Bankruptcy Judge, 3420 Twelfth Street, Riverside, CA 92501

☐ Service information continued on attached page

**3.** <u>**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)</u>: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/04/2021 | Wendy M. Patrick | /s/ Wendy M. Patrick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**