1  Douglas A. Plazak, State Bar No. 181709
   dplazak@rhlaw.com
2  REID & HELLYER APC
   3685 Main Street, Suite 300
3  P.O. Box 1300
   Riverside, California 92502-1300
4  Telephone: (951) 682-1771
   Facsimile: (951) 686-2415
5
   Attorneys for Debtors
6

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                   **RIVERSIDE DIVISION**

11  In re:                               Case No. 6:18-bk-14772-WJ

12  David Wayne Hillyer and Kathleen     Chapter 7
    Annette Clelland
13                                        **DECLARATION OF KATHLEEN
                                         ANNETTE CLELLAND IN SUPPORT
14                                        OF CONFIRMATION OF PLAN**

15                                        Date:       08/16/2021
                                          Time:       10:30 a.m.
16                                        Courtroom:  #304, Third Floor
                                                      3420 Twelfth Street
17                                                    Riverside, CA 92501

18

19  ////

20  ////

21
    ////
22

23  ////

24  ////

25
    ////
26

27  ////

28  ////

**TO THE HONORABLE WAYNE JOHNSON, UNITED STATES BANKRUPTCY JUDGE, ROD DANIELSON, CHAPTER 13 TRUSTEE AND OTHER PARTIES IN INTEREST:**

I, Kathleen Annette Clelland, declare as follows:

1.    I am one of the Debtors.

2.    I have personal knowledge of the facts set forth herein, and if called upon as a witness to testify thereto, I could competently and truthfully do so.

3.    On June 5, 2018, my husband, David Wayne Hillyer and I, filed a Chapter 13 proceeding. The hearing on plan confirmation has been continued numerous times and the hearing on plan confirmation is on calendar for August 16, 2021, at 10:30 a.m.

4.    Pursuant to a Scheduling Order entered January 8, 2021 [Doc. #126], paragraph 1, page 6, I submit this declaration setting forth the status of plan payments since the date of the filing of our Chapter 13 proceedings.

5.    Our first plan payment was due July 5, 2018. The procedure for making the first plan payment was to hand deliver to the Chapter 13 Trustee at the scheduled meeting of creditors. The meeting was scheduled for July 18, 2018, at 9:00 a.m. The Chapter 13 Trustee ("Trustee"), our attorney and we agreed on an amount to pay monthly in order to pay the arrearages on the first and second mortgages and all other creditors who file a proof of claim 100% of their claimed amount.

6.    From July 2018 through and including January 2021, all payments scheduled to be paid to the Trustee have been paid. All payments after the creditor meeting in July 2018 through and including February 2020, were delivered to our attorney's office who then forwarded the payments to the Trustee.    In March 2020, we began making the payments directly to the Trustee by overnight mail (no signature required). Attached hereto as Exhibit 1 is a summary of the payments

due, the date of the cashier's check and the method of transmittal to the Trustee. I request that the Court take Judicial Notice of Doc. #121, Opposition to Chapter 13 Trustee's Motion to Dismiss and Objection to Plan Confirmation; Declaration of Kathleen Annette Clelland; Declaration of Douglas A. Plazak and Declaration of Wendy M. Patrick as it relates to the method of payment transmittal.

7.      Commencing February 2021 through and including July 2021, all payments have been made. The due date, date of payment, method of payment, date posted and back up for all payments is attached as Exhibit 2.

8.      In March 2021, I was able to get the TFS payment system set up and scheduled the April 2021 payment for withdrawal on April 1, 2021. I was notified by my bank that the ACH Debit occurred on April 2, 2021 instead of April 1, 2021 as scheduled. I then checked the "tfsbillpay" support site and learned that the payment had cleared the system and was on its way to the Trustee. The information is part of Exhibit 2.

9.      My attorney's office contacted the Trustee to discuss the delay. There were discussions regarding other methods of making the payment, i.e. continuing to pay as I had been doing, or possibly looking into Moneygram as an option. Following the conversation my attorneys sent an email to the Trustee's legal counsel to discuss the issue. See Exhibit 3 attached to the Declaration of Wendy M. Patrick in Support of Confirmation of Plan.

10.     As a result of the complications with the TFS system, I returned to purchasing a cashier's check and sending to the Trustee by overnight mail (no signature required).

11.     All payments due from the date of filing through July 2021 have been made and posted to the Trustee's website.

12.     As of the date of this declaration, the following percentages of mortgage and automobile arrears and taxes have been paid:

J.P. Morgan Chase - mortgage arrears - 55.96%

1   Southland C.U. - second mortgage arrears - 100%
    One Main - vehicle arrears - 100%
2   Franchise Tax Board - taxes due - 100%
    IRS - taxes due - 100%
3

4   In addition, the Trustee has continued to make the monthly conduit payments to J.P.

5   Morgan Chase and Southland C.U.

6   13.   Based on the foregoing, my husband and I respectfully request that this Court

7   confirm the plan.

8   I declare under penalty of perjury under the laws of the United States of America, that the

9   foregoing is true and correct

10

11  Executed on July 12, 2021, at Lake Elsinore, California.

12                                    _____
                                      Kathleen Annelle Clelland
13

# EXHIBIT 1

**David Wayne Hillyer and Kathleen Annette Clelland,**
**6:18-14772-WJ - Case Filed: June 5, 2018**

| MONTHLY PAYMENT DUE DATE | DATE AND METHOD OF PAYMENT | DELIVERY METHOD |
|---|---|---|
| July 5, 2018 | 07/18/2018/cashier's check | Hand delivered to Trustee at first meeting |
| August 1, 2018 | 08/01/2018/cashier's check - adjustment to plan payment after first meeting | Payment sent by Reid & Hellyer, APC |
| September 5, 2018 | 09/01/2018/cashier's check | Payment sent by Reid & Hellyer, APC |
| October 5, 2018 | 10/05/2018/cashier's check | Payment sent by Reid & Hellyer, APC |
| November 5, 2018 | 11/02/2018/cashier's check | Payment sent by Reid & Hellyer, APC |
| December 5, 2018 | 11/30/2018/cashier's check | Payment sent by Reid & Hellyer, APC |
| January 5, 2019 | 12/29/2018/cashier's check | Payment sent by Reid & Hellyer, APC |
| February 5, 2019 | 02/01/2019/cashier's check | Payment sent by Reid & Hellyer, APC |
| March 5, 2019 | Motion to Dismiss and Motion for Reconsideration pending - Hold on Payments | |
| April 5, 2019 | Motion to Dismiss and Motion for Reconsideration pending - 3/27/2019/cashier's check sent to R&H to hold pending resolution of Motion for Reconsideration | |
| May 5, 2019 | 05/06/2019/cashier's check sent to R&H to hold pending resolution of Motion for Reconsideration | |
| | | |

| MONTHLY PAYMENT DUE DATE | DATE AND METHOD OF PAYMENT | DELIVERY METHOD |
|---|---|---|
| June 5, 2019 | 06/13/2019/cashier's check from R&H - funds held in Trust; turned over pursuant to Court Order | Payment sent by Reid & Hellyer, APC |
| July 5, 2019 | 07/03/2019/cashier's check from R&H - funds held in Trust; turned over pursuant to Court Order | Payment sent by Reid & Hellyer, APC |
| August 5, 2019 | 08/02/2019/cashier's check | Payment sent by Reid & Hellyer, APC |
| September 5, 2019 | 09/05/2019/cashier's check | Payment sent by Reid & Hellyer, APC |
| October 5, 2019 | 10/03/2019/cashier's check | Payment sent by Reid & Hellyer, APC |
| November 5, 2019 | 11/01/2019/cashier's check | Payment sent by Reid & Hellyer, APC |
| December 5, 2019 | 11/30/2019/cashier's check | Payment sent by Reid & Hellyer, APC |
| January 5, 2020 | 01/03/2020/cashier's check | Payment sent by Reid & Hellyer, APC |
| February 5, 2020 | 02/03/2020/cashier's check | Payment sent by Reid & Hellyer, APC |
| March 5, 2020 | 02/28/2020/cashier's check | Due to Covid and limited office hours of Reid & Hellyer, APC, sent by Debtors by overnight mail (no signature required) |
| April 5, 2020 | 04/01/2020/cashier's check | Due to Covid and limited office hours of Reid & Hellyer, APC, sent by Debtors by overnight mail (no signature required) |
| | | |

| MONTHLY PAYMENT DUE DATE | DATE AND METHOD OF PAYMENT | DELIVERY METHOD |
|---|---|---|
| May 5, 2020 | 05/01/2020/cashier's check | Due to Covid and limited office hours of Reid & Hellyer, APC, sent by Debtors by overnight mail (no signature required) |
| June 5, 2020 | 06/24/2020/cashier's check | Due to Covid and limited office hours of Reid & Hellyer, APC, sent by Debtors by overnight mail (no signature required) |
| July 5, 2020 | 07/01/2020/cashier's check | Due to Covid and limited office hours of Reid & Hellyer, APC, sent by Debtors by overnight mail (no signature required) |
| August 5, 2020 | 07/20/2020/cashier's check | Due to Covid and limited office hours of Reid & Hellyer, APC, sent by Debtors by overnight mail (no signature required) |
| September 5, 2020 | 08/28/2020/cashier's check | Due to Covid and limited office hours of Reid & Hellyer, APC, sent by Debtors by overnight mail (no signature required) |
| October 5, 2020 | 10/03/2020/cashier's check | Check lost - claim filed with bank issuing cashier's check. |
| November 5, 2020 | 11/02/2020/cashier's check | Due to Covid and limited office hours of Reid & Hellyer, APC, sent by Debtors by overnight mail (no signature required) |
| December 5, 2020 | 12/23/2020/cashier's check 12/24/2020/cashier's check | Due to Covid and limited office hours of Reid & |

| MONTHLY PAYMENT DUE DATE | DATE AND METHOD OF PAYMENT | DELIVERY METHOD |
|---|---|---|
| | | Hellyer, APC, sent by Debtors by overnight mail (no signature required) |
| January 5, 2021 | 12/31/2020/cashier's check | Due to Covid and limited office hours of Reid & Hellyer, APC, sent by Debtors by overnight mail (no signature required) |

# EXHIBIT 2

**David Wayne Hillyer and Kathleen Annette Clelland,**
**6:18-14772-WJ - Case Filed:  June 5, 2018**

| MONTHLY PAYMENT DUE DATE | DATE AND METHOD OF PAYMENT | DATE POSTED |
|---|---|---|
| February 5. 2021 | 01/23/2021/cashier's check - attached | 02/01/2021* |
| March 5, 2021 | 02/23/2021/cashier's check - attached | 03/01/2021* |
| April 5, 2021 | 04/02/2021/TFS - attached | 04/08/2021* * |
| May 5, 2021 | 04/30/2021/cashier's check - attached | 05/05/2021* |
| June 5, 2021 | 05/27/2021/cashier's check - attached | 06/02/2021* |
| July 5, 2021 | 06/21/2021/cashier's check - attached | 06/29/2021* |
|  |  |  |

*Pursuant to Chapter 13 Trustee's Website.

** See explanation in Declaration.



### Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
    - Please cash/deposit this Cashier's Check as soon as possible to
      prevent this from occurring
    - In most cases, the funds will be considered "abandoned"
      before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
    - Stop Payment can only be placed if the Cashier's Check
      is lost, stolen, or destroyed
    - We may not re-issue or refund the funds after the stop payment has
      been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY          Customer Copy
CASHIER'S CHECK                              1143642065

01/23/2021
Void after 7 years

Remitter:   DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

$** 5,446.00 **

Pay To The   CHAPTER 13 TRUSTEE
Order Of:

Memo: February 2021 Payment          Drawer: JPMORGAN CHASE BANK, N.A.
Note: For information only. Comment has no effect on bank's payment.   NON NEGOTIABLE

CASHIER'S CHECK          1143642065
HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK          Date  01/23/2021  Void after 7 years   1221

CHASE
Remitter:   DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

Pay To The   CHAPTER 13 TRUSTEE
Order Of:

Pay:  FIVE THOUSAND FOUR HUNDRED FORTY SIX DOLLARS AND 00 CENTS          $** 5,446.00 **

Drawer: JPMORGAN CHASE BANK, N.A.

Memo: Case # 6:18-bk-14772-WJ          Reginald Chambers, Chief Administrative Officer
Note: For information only. Comment has no effect on bank's payment.   JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑈1143642065⑈ ⑆122100024⑆ 806002234⑈



**UNITED STATES POSTAL SERVICE.**

LAKE ELSINORE
500 W GRAHAM AVE
LAKE ELSINORE, CA 92530-9998
(800)275-8777

01/25/2021                      02:14 PM

---

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| Priority Mail® 1-Day 1 Window FR Env | | | $7.95 |

    Los Angeles, CA  90009
    Flat Rate
    Expected Delivery Date
    ↗ Tue 01/26/2021
    Tracking #:
    9505 5162 1839 1026 4732 35

| Insurance | | | $0.00 |
|-----------|-|-|-------|

    Up to $50.00 included

| Total | | | $7.95 |

---

| Grand Total: | | | $7.95 |

---

| Cash | | | $10.00 |
| Change | | | -$2.05 |

---

```
*******************************************
USPS is experiencing unprecedented volume
      increases and limited employee
        availability due to the impacts of
    COVID-19. We appreciate your patience.
*******************************************
```

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

---

UFN: 054096-0530
Receipt #: 840-59200226-4-3737717-2
Clerk: 6

# USPS Tracking®

FAQs >

Track Another     +
Package

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 9505516218391025473235

Remove ✕

Your item has been delivered and is available at a PO Box at 11:33 am on January
26, 2021 in LOS ANGELES, CA 90009.

USPS Tracking Plus™ Available ∨

## ✅ Delivered

January 26, 2021 at 11:33 am
Delivered, PO Box
LOS ANGELES, CA 90009

Get Updates ∨

---

Text & Email Updates                                        ∨

---

Tracking History                                            ∨

---

USPS Tracking Plus™                                         ∨

---

Product Information                                         ∨

---

See Less ∧

**Can't find what you're looking for?**



## CHASE

**Terms and Conditions (Remitter and Payee):**

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to
    prevent this from occurring
  - In most cases, the funds will be considered "abandoned"
    before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check
    is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has
    been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY    **Customer Copy**

**CASHIER'S CHECK**    1143642260

02/23/2021
Void after 7 years

**Remitter:**   DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

$** 5,446.00 **

**Pay To The**   CHAPTER 13 TRUSTEE
**Order Of:**

Memo: March 2021 Payment    Drawer: **JPMORGAN CHASE BANK, N.A.**
Note: For information only. Comment has no effect on bank's payment.   **NON NEGOTIABLE**

---

282111107 NEW 01/08 8810004306

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK    **CASHIER'S CHECK**    1143642260   91-2
1221

## CHASE    Date   02/23/2021
Void after 7 years

**Remitter:**   DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

**Pay To The**   CHAPTER 13 TRUSTEE
**Order Of:**

**Pay:** FIVE THOUSAND FOUR HUNDRED FORTY SIX DOLLARS AND 00 CENTS    $** 5,446.00 **

Do not write outside this box

Memo: Case # 6:18-bk-14772-WJ    **Drawer: JPMORGAN CHASE BANK, N.A.**
Note: For information only. Comment has no effect on bank's payment.

Reginald Chambers, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑈1143642260⑈ ⑆122100024⑆ 806002234⑈



**UNITED STATES POSTAL SERVICE.**

LAKE ELSINORE
500 W GRAHAM AVE
LAKE ELSINORE, CA 92530-9998
(800)275-8777

02/23/2021                           02:49 PM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| Rate Inquiries | 1 | | $0.00 |
| Priority Mail® 1 Day 1 | | | $7.95 |

Window FR Env
   Los Angeles, CA 90089
   Flat Rate
   Expected Delivery Date
     Thu 02/25/2021
   Tracking #:
     9505 5162 1677 1054 5683 31
   Insurance                     $0.00
     Up to $50.00 included

Total                                $7.95

Grand Total:                         $7.95

Debit Card Remitted                  $7.95
   Card Name: VISA
   Account #: XXXXXXXXXXXX0084
   Approval #:
   Transaction #: 701
   Receipt #: 030155
   Debit Card Purchase: $7.95
   AID: A0000000980840           Chip
   AL: US DEBIT
   PIN: Verified

**********************************
USPS is experiencing unprecedented volume
increases and limited employee
availability due to the impacts of
COVID-19. We appreciate your patience.
**********************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420

# USPS Tracking®

FAQs >

Track Another        +
Package

Get the free Informed Delivery® feature to receive
automated notifications on your packages     **Learn More**

**(https://reg.usps.com/xsell?
app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)**

Tracking Number: 9505516218371054568331     Remove ✕

Your item has been delivered and is available at a PO Box at 2:07 pm on February
24, 2021 in LOS ANGELES, CA 90009.

USPS Tracking Plus™ Available ∨

## ⓥ Delivered

February 24, 2021 at 2:07 pm
Delivered, PO Box
LOS ANGELES, CA 90009

Get Updates ∨

| Text & Email Updates | ∨ |
|---|---|
| Tracking History | ∨ |
| USPS Tracking Plus™ | ∨ |
| Product Information | ∨ |

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

City   WM Paperless...ployee Info   Aeries Studen...ystem Portal   Santa Rosa Ac... for Success   Mortgage Ass...| Chase.com   Young Living   Google   »

## ⇅ Upcoming Transactions

⚠ Please Note

- Your upcoming payment scheduled for today will begin processing soon! Generally, these payments will reflect as processing in the afternoon. Don't worry, as long as your payment is listed, it will start!

| Date | Payee | Type | Amount | TFS Fee | Total | |
|------|-------|------|--------|---------|-------|---|
| May 01, 2021 | Rod Danielson (TR) | Trustee Payment | $5,446.00 | $7.99 | $5,453.99 | ⊘ Cancel |
| April 01, 2021 | Rod Danielson (TR) | Trustee Payment | $5,446.00 | $7.99 | $5,453.99 | |

## ⇅ Processing Transactions

# CHASE ◯

Printed from Chase Personal Online

PREMIER PLUS CKG (...6985)

| Date | Description | Type | Amount |
|---|---|---|---|
| Apr 2, 2021 | TFS 888-729-2413 TFS PAY PPD ID: 9342065079 | ACH debit | −$5,453.99 |

You've reached the end of your account activity.

JPMorgan Chase Bank, N.A. Member FDIC          ©2021 JPMorgan Chase & Co.          Equal Opportunity Lender

**Wendy Patrick**

---

| | |
|---|---|
| **From:** | KATHLEEN CLELLAND <peach.n.buck@verizon.net> |
| **Sent:** | Wednesday, April 07, 2021 2:34 PM |
| **To:** | Wendy Patrick |
| **Subject:** | Fwd: Your TFS Payment Has Cleared |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Forwarding the email from TFS.  Still not posted to the NDC site.

Sent from my iPhone

Begin forwarded message:

> **From:** support@tfsbillpay.com
> **Date:** April 7, 2021 at 10:38:11 AM PDT
> **To:** peach.n.buck@verizon.net
> **Subject: Your TFS Payment Has Cleared**



David Hillyer,

Your TFS payment for $5,446.00 has cleared the TFS system and is on its way to Rod Danielson (TR)!

For reference purposes, the transaction ID for this payment is 8892650.

You can sign in to your TFS account to check your payment status or update your future payment schedule. You can also find answers to common questions at our support site.



**Terms and Conditions (Remitter and Payee):**

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
    - Please cash/deposit this Cashier's Check as soon as possible to
      prevent this from occurring
    - In most cases, the funds will be considered "abandoned"
      before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
    - Stop Payment can only be placed if the Cashier's Check
      is lost, stolen, or destroyed
    - We may not re-issue or refund the funds after the stop payment has
      been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY      Customer Copy
**CASHIER'S CHECK**

1143642783

04/30/2021
Void after 7 years

Remitter:    DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

$** 5,446.00 **

Pay To The    CHAPTER 13 TRUSTEE
Order Of:

Memo: May 2021 Payment                    Drawer: **JPMORGAN CHASE BANK, N.A.**
Note: For information only. Comment has no effect on bank's payment.    **NON NEGOTIABLE**

282111107 NEW 01/21 8910004306

HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK    **CASHIER'S CHECK**    HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK    91-2    1221

Date    04/30/2021    Void after 7 years    1143642783

Remitter:    DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

Pay To The    CHAPTER 13 TRUSTEE
Order Of:

Pay:    FIVE THOUSAND FOUR HUNDRED FORTY SIX DOLLARS AND 00 CENTS    $** 5,446.00 **

Drawer: **JPMORGAN CHASE BANK, N.A.**

Do not write outside this box

Memo: Case #6:18-bk-14772-WJ
Note: For information only. Comment has no effect on bank's payment.

Rebecca Griffin
Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑈114364278311⑈ ⑆1221000241⑆ 806002234⑈

# USPS Tracking®

FAQs ›

## Track Another Package +

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

**(https://reg.usps.com/xsell?**

app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

## Tracking Number: 9505516218371120586245

Remove ✕

Your item has been delivered and is available at a PO Box at 6:39 pm on May 1,
2021 in LOS ANGELES, CA 90009.

**USPS Tracking Plus™ Available** ⌄

### ⊘ Delivered, PO Box

May 1, 2021 at 6:39 pm
LOS ANGELES, CA 90009

**Get Updates** ⌄

---

### Text & Email Updates

---

### Tracking History

---

### USPS Tracking Plus™

---

### Product Information

---



**UNITED STATES POSTAL SERVICE.**

```
              LAKE ELSINORE
             500 W GRAHAM AVE
        LAKE ELSINORE, CA 92530-9098
              (800)275-8777
04/30/2021                      02:05 PM
Product              Qty   Unit     Price
                           Price
Priority Mail® 1-Day 1              $7.95
Window FR Env
    Los Angeles, CA  90009
    Flat Rate
    Expected Delivery Date
    Sat 05/01/2021
    Tracking #:
    9505 5162 1837 1120 5862 45
    Insurance                     $0.00
    Up to $50.00 included
Total                             $7.95

Grand Total:                      $7.95

Cash                             $20.00
Change                          -$12.05

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
USPS is experiencing unprecedented volume
    increases and limited employee
    availability due to the impacts of
```

Feedback



## Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to
    prevent this from occurring
  - In most cases, the funds will be considered "abandoned"
    before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check
    is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has
    been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY          **Customer Copy**

**CASHIER'S CHECK**                                   1143643025

05/26/2021
Void after 7 years

Remitter:   DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

$** 5,446.00 **

Pay To The   CHAPTER 13 TRUSTEE
Order Of:

Memo: _June 2021 Payment_          Drawer: **JPMORGAN CHASE BANK, N.A.**
                                   **NON NEGOTIABLE**
Note: For information only. Comment has no effect on bank's payment.

282111107 NEW 01/21 8810004306

HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK    **CASHIER'S CHECK**    HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK

1143643025

Date   05/26/2021   Void after 7 years   1221

Remitter:   DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

Pay To The   CHAPTER 13 TRUSTEE
Order Of:

Pay:   FIVE THOUSAND FOUR HUNDRED FORTY SIX DOLLARS AND 00 CENTS          $** 5,446.00 **

Drawer:  **JPMORGAN CHASE BANK, N.A.**

_Rebecca Griffin_

Memo: _Case # 6:18-bk-14772-WJ_          Rebecca Griffin, Chief Administrative Officer
Note: For information only. Comment has no effect on bank's payment.          JPMorgan Chase Bank, N.A.
                                                                              Phoenix, AZ

⑈1143643025⑈ ⑆122100024⑆ 806002234⑈



**UNITED STATES POSTAL SERVICE.**

LAKE ELSINORE
500 W GRAHAM AVE
LAKE ELSINORE, CA 92530-9998
(800)275-8777

05/26/2021                          02:32 PM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| Rate Inquiries | 1 | | $0.00 |
| Priority Mail® 1-Day | 1 | | $7.95 |

Window FR Env
   Los Angeles, CA  90009
   Flat Rate
   Expected Delivery Date
      Thu 05/27/2021
   Tracking #:
      9505 5162 1836 1146 4019 81
   Insurance                                $0.00
      Up to $50.00 included
Total                                        $7.95

Grand Total:                                 $7.95

Cash                                         $8.00
Change                                      –$0.05

************************************************
USPS is experiencing unprecedented volume
      increases and limited employee
      availability due to the impacts of
COVID-19. We appreciate your patience.
************************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
               1-800-222-1811.

      Save this receipt as evidence of
insurance. For information on filing an
         insurance claim go to
   https://www.usps.com/help/claims.htm

         Preview your Mail
        Track your Packages
       Sign up for FREE @
   https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
      Thank you for your business.

      Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



      or call 1-800-410-7420.

UFN: 054096-0530
Receipt #: 840-59200226-1-3252359-1

# USPS Tracking®

FAQs >

## Track Another Package +

Get the free Informed Delivery® feature to receive
automated notifications on your packages          **Learn More**          (https://reg.usps.com/xsell?

app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

---

**Tracking Number: 9505516218361146401981**          Remove ✕

Your item has been delivered and is available at a PO Box at 9:47 am on May 28, 2021 in LOS ANGELES, CA 90009.

USPS Tracking Plus™ Available ∨

## ⊘ Delivered, PO Box

May 28, 2021 at 9:47 am
LOS ANGELES, CA 90009

Get Updates ∨

---

| Text & Email Updates | ∨ |
| --- | --- |

| Tracking History | ∨ |
| --- | --- |

| USPS Tracking Plus™ | ∨ |
| --- | --- |

| Product Information | ∨ |
| --- | --- |

Feedback



## Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to
    prevent this from occurring
  - In most cases, the funds will be considered "abandoned"
    before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check
    is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has
    been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY    **Customer Copy**

**CASHIER'S CHECK**

1143643216

06/21/2021
Void after 7 years

Remitter:    DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

$** 5,446.00 **

Pay To The    CHAPTER 13 TRUSTEE
Order Of:

Memo: July 2021 Payment

Note: For information only. Comment has no effect on bank's payment.

Drawer: **JPMORGAN CHASE BANK, N.A.**
NON NEGOTIABLE

---

282111107 NEW 01/21 8810004306

HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK

**CASHIER'S CHECK**    1143643216

**CHASE**

Remitter:    DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

Date    06/21/2021    Void after 7 years

Pay To The    CHAPTER 13 TRUSTEE
Order Of:

Pay:    FIVE THOUSAND FOUR HUNDRED FORTY SIX DOLLARS AND 00 CENTS    $** 5,446.00 **

Drawer:    **JPMORGAN CHASE BANK, N.A.**

Rebecca Griffin

Do not write outside this box

Memo: Case #6:18-bk-14772-WJ

Note: For information only. Comment has no effect on bank's payment.

Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑾1143643216⑾ ⑆1221000024⑆ 806002234⑾



**UNITED STATES POSTAL SERVICE.**

LAKE ELSINORE
500 W GRAHAM AVE
LAKE ELSINORE, CA 92530-9998
(800)275-8777

06/22/2021                                    12:19 PM

---

| Product | Qty | Unit Price | Price |
|---|---|---|---|

---

Priority Mail® 1-Day 1                        $7.95
Window FR Env
    Los Angeles, CA 90009
    Flat Rate
    Expected Delivery Date
        Wed 06/23/2021
    Tracking #:
        9505 5162 1839 1173 5344 99
    Insurance                                 $0.00
        Up to $50.00 included
Total                                         $7.95

BLNK PPRCRAFT          1       $6.99          $6.99

2020 TB FD SM BM       1       $1.89          $1.89

---

Grand Total:                                  $16.83

---

Debit Card Remitted                           $16.83
    Card Name: VISA
    Account #: XXXXXXXXXXXX3232
    Approval #: 071915
    Transaction #: 270
    Receipt #: 033692
    Debit Card Purchase: $16.83
    AID: A0000000980840             Chip
    AL: US DEBIT
    PIN: Verified

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
USPS is experiencing unprecedented volume
        increases and limited employee
        availability due to the impacts of
    COVID-19. We appreciate your patience.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
        insurance claim go to
    https://www.usps.com/help/claims.htm

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
    Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



# USPS Tracking®

FAQs >

## Track Another Package  +

Get the free Informed Delivery® feature to receive
automated notifications on your packages     **Learn More**     (https://reg.usps.com/xsell?
app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 9505516218391173534499

Remove ✕

Your item has been delivered and is available at a PO Box at 5:29 pm on June 24,
2021 in LOS ANGELES, CA 90009.

USPS Tracking Plus™ Available ∨

## ⊘ Delivered, PO Box

June 24, 2021 at 5:29 pm
LOS ANGELES, CA 90009

Get Updates ∨

---

Text & Email Updates                                            ∨

---

Tracking History                                               ∧

**June 24, 2021, 5:29 pm**
Delivered, PO Box
LOS ANGELES, CA 90009
Your item has been delivered and is available at a PO Box at 5:29 pm on June 24, 2021
in LOS ANGELES, CA 90009.

Feedback

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3685 Main Street, Suite 300, Riverside, CA 92501
Mailing: P.O. Box 1300, Riverside, CA 92502-1300

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF KATHLEEN ANNETTE CLELLAND IN SUPPORT OF CONFIRMATION OF PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/12/2021 following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Rod Danielson (TR)**    notice-efile@rodan13.com
- **Nancy L Lee**    bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
- **Douglas A Plazak**    dplazak@rhlaw.com
- **Manuel Quiogue**    mq@lundquistconsulting.com
- **Valerie Smith**    claims@recoverycorp.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 07/13/2021 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Wayne Johnson, United States Bankruptcy Judge, 3420 Twelfth Street, Riverside, CA 92501

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/13/2021 | Wendy M. Patrick | /s/ Wendy M. Patrick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                      **F 9013-3.1.PROOF.SERVICE**