1  Douglas A. Plazak, State Bar No. 181709
   dplazak@rhlaw.com
2  REID & HELLYER APC
   3685 Main Street, Suite 300
3  P.O. Box 1300
   Riverside, California 92502-1300
4  Telephone:  (951) 682-1771
   Facsimile:  (951) 686-2415
5
   Attorneys for Debtors
6

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                  **RIVERSIDE DIVISION**

11  In re:                          Case No. 6:18-bk-14772-WJ

12  David Wayne Hillyer and Kathleen    Chapter 7
    Annette Clelland
13                                  **DECLARATION OF KATHLEEN**
                                    **ANNETTE CLELLAND IN SUPPORT**
14                                  **OF CONFIRMATION OF PLAN**

15                                  Date:        11/22/2021
                                    Time:        11:00 a.m.
16                                  Courtroom:   #304, Third Floor
                                                 3420 Twelfth Street
17                                                 Riverside, CA 92501

18

19  ////

20  ////

21  ////

22  ////

23  ////

24  ////

25  ////

26  ////

27  ////

28  ////

**TO THE HONORABLE WAYNE JOHNSON, UNITED STATES**

**BANKRUPTCY JUDGE, ROD DANIELSON, CHAPTER 13 TRUSTEE AND**

**OTHER PARTIES IN INTEREST:**

I, Kathleen Annette Clelland, declare as follows:

1.      I am one of the Debtors.

2.      I have personal knowledge of the facts set forth herein, and if called upon as a witness to testify thereto, I could competently and truthfully do so.

3.      On June 5, 2018, my husband, David Wayne Hillyer and I, filed a Chapter 13 proceeding. The hearing on plan confirmation has been continued numerous times and the hearing on plan confirmation is on calendar for November 22, 2021, at 11:00 a.m.

4.      Pursuant to a Scheduling Order entered August 25, 2021 [Doc. #141], I submit this declaration setting forth the status of plan payments since the date of the filing of our Chapter 13 proceedings.

5.      Our first plan payment was due July 5, 2018. The procedure for making the first plan payment was to hand deliver to the Chapter 13 Trustee at the scheduled meeting of creditors. The meeting was scheduled for July 18, 2018, at 9:00 a.m. The Chapter 13 Trustee ("Trustee"), our attorney and we agreed on an amount to pay monthly in order to pay the arrearages on the first and second mortgages and all other creditors who file a proof of claim 100% of their claimed amount. Attached hereto as Exhibit 1 is a summary of the payments due from July 2018 through and including November 2021, as well as copies of the checks for February 2021 through November 2021.

6.      Prior to March 2020, we delivered our monthly payments to our attorney. Starting in March 2020, due to Covid and limited hours at Reid & Hellyer, APC, we commenced sending our payments directly to the Trustee payment center by overnight mail (no signature required).

7.     From July 2018 (date of filing) through and including November 2021, all payments scheduled to be paid to the Trustee have been paid. All payments after the creditor meeting in July 2018 through and including February 2020, were delivered to our attorney's office who then forwarded the payments to the Trustee. Being filed concurrently with this declaration is a declaration of Wendy M. Patrick, which sets forth the policy of Reid & Hellyer, APC as it relates to transmitting payments prior to plan confirmation.

8.     As part of the Trustee's recommendation for confirmation [Doc. #134], the Trustee stated that not all payments had been timely made. The Scheduling Order entered August 25, 2021, [Doc. #141], ordered us to provide a detailed response to the allegation by the Trustee that we have not made plan payments timely. Since we started making our payments directly to the Trustee in March 2020, our biggest challenge since the filing of our Chapter 13 occurred in December 2020. On December 23, 2020, at 10:57 a.m. Bridget Kelly, attorney for the Chapter 13 Trustee, contacted our attorney by email seeking information about the missing payments and the $7,361.70 delinquency. Our attorney's office reviewed the Trustee's website, sent us the Trustee's email, and advised us that our October 2020 and December 2020 payments had not been made. We discovered that the October 2020 payment had been sent but was lost in the mail. A claim was filed with our bank to locate the check and we were advised that it could take 90 days to resolve the issue. The December 2020 payment was delayed due to our daughter being exposed to Covid 19. Our family started the recommended quarantine time. As soon as that concluded, I purchased cashier's checks for the delinquency of $7,361.70. Those were posted to the Trustee's website on December 20, 2020. Unfortunately, on December 23, 2020, the Chapter 13 Trustee filed a Motion to Dismiss and Objection to Plan Confirmation [Doc. #120]. I request that the Court take Judicial Notice of Doc. #121, Opposition to Chapter 13 Trustee's Motion to Dismiss and Objection to Plan Confirmation; Declaration of Kathleen Annette Clelland; Declaration of Douglas A. Plazak and Declaration of Wendy M. Patrick as it relates to the method of payment transmittal.

9.      During our Chapter 13, we have taken the necessary steps to adjust our budget so that we accumulate our monthly plan payment to allow for it to be sent prior to the first of the month. This ensures that the payment is posted on or before the fifth of each month (the "Due Date").

10.      In March 2021, I was able to get the TFS payment system set up and scheduled the April 2021 payment for withdrawal on April 1, 2021. Our bank notified me that the ACH Debit occurred on April 2, 2021, instead of April 1, 2021, as scheduled. I then checked the "tfsbillpay" support site and learned that the payment had cleared the system and was on its way to the Trustee. See Exhibit 1.

11.      Our attorney's office contacted the Trustee to discuss the delay. There were discussions regarding other methods of making the payment, i.e., continuing to pay as I had been doing, or looking into Moneygram as an option. Following the conversation, our attorneys sent an email to the Trustee's legal counsel to discuss the issue.

12.      As a result of the complications with the TFS system, I returned to purchasing a cashier's check and sending to the Trustee by overnight mail (no signature required).

13.      The payment due October 5, 2021, was sent out by overnight mail (no signature required) to the Trustee's payment site on October 1, 2021. That payment posted to the Trustee's Website on October 6, 2021. An explanation for the October 1, 2021, plan payment check is below.

14.      In June 2021, our daughter sustained a sports injury, which required surgery and then ten to twelve months of physical therapy. A portion of the therapy requires a copay. As a result, we have incurred an additional $60.00 a week expense for physical therapy. We were able to absorb this additional cost within our budget, however, on September 21, 2021, we incurred a car repair of $900.00, which required us to use a portion of our accumulated funds for the October 2021 plan payment. As a result, it was necessary to wait until my husband's military pay was deposited on October 1, 2021, before I could purchase a cashier's check for the full amount of the

October 5, 2021, plan payment. That payment was sent out by overnight mail (no signature required) on October 1, 2021.

15.    As of the date of this declaration, the following percentages of mortgage and automobile arrears and taxes have been paid:

J.P. Morgan Chase - mortgage arrears - 71.65%
Southland C.U. - second mortgage arrears - 100%
One Main - vehicle arrears - 100%
Franchise Tax Board - taxes due - 100%
IRS - taxes due - 100%

Unsecured claims will receive a 100% distribution from the Trustee when those payments commence.

In addition, the Trustee has continued to make the monthly conduit payments to J.P. Morgan Chase and Southland C.U.

16.    Based on the foregoing, my husband and I respectfully request that this Court confirm the plan.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct

Executed on November 3, 2021, at Lake Elsinore, California.

Kathleen Annelle Clelland

# EXHIBIT 1

**David Wayne Hillyer and Kathleen Annette Clelland,**
**6:18-14772-WJ - Case Filed:  June 5, 2018**

| MONTHLY PAYMENT DUE DATE | DATE AND METHOD OF PAYMENT | DELIVERY METHOD |
|---|---|---|
| July 5, 2018 | 07/18/2018/cashier's check | Hand delivered to Trustee at first meeting |
| August 1, 2018 | 08/01/2018/cashier's check - adjustment to plan payment after first meeting | Payment sent by Reid & Hellyer, APC |
| September 5, 2018 | 09/01/2018/cashier's check | Payment sent by Reid & Hellyer, APC |
| October 5, 2018 | 10/05/2018/cashier's check | Payment sent by Reid & Hellyer, APC |
| November 5, 2018 | 11/02/2018/cashier's check | Payment sent by Reid & Hellyer, APC |
| December 5, 2018 | 11/30/2018/cashier's check | Payment sent by Reid & Hellyer, APC |
| January 5, 2019 | 12/29/2018/cashier's check | Payment sent by Reid & Hellyer, APC |
| February 5, 2019 | 02/01/2019/cashier's check | Payment sent by Reid & Hellyer, APC |
| March 5, 2019 | Motion to Dismiss and Motion for Reconsideration pending - Hold on Payments | |
| April 5, 2019 | Motion to Dismiss and Motion for Reconsideration pending - 3/27/2019/cashier's check sent to R&H to hold pending resolution of Motion for Reconsideration | |
| May 5, 2019 | 05/06/2019/cashier's check sent to R&H to hold pending resolution of Motion for Reconsideration | |
| | | |

| MONTHLY PAYMENT DUE DATE | DATE AND METHOD OF PAYMENT | DELIVERY METHOD |
|---|---|---|
| June 5, 2019 | 06/13/2019/cashier's check from R&H - funds held in Trust; turned over pursuant to Court Order | Payment sent by Reid & Hellyer, APC |
| July 5, 2019 | 07/03/2019/cashier's check from R&H - funds held in Trust; turned over pursuant to Court Order | Payment sent by Reid & Hellyer, APC |
| August 5, 2019 | 08/02/2019/cashier's check | Payment sent by Reid & Hellyer, APC |
| September 5, 2019 | 09/05/2019/cashier's check | Payment sent by Reid & Hellyer, APC |
| October 5, 2019 | 10/03/2019/cashier's check | Payment sent by Reid & Hellyer, APC |
| November 5, 2019 | 11/01/2019/cashier's check | Payment sent by Reid & Hellyer, APC |
| December 5, 2019 | 11/30/2019/cashier's check | Payment sent by Reid & Hellyer, APC |
| January 5, 2020 | 01/03/2020/cashier's check | Payment sent by Reid & Hellyer, APC |
| February 5, 2020 | 02/03/2020/cashier's check | Payment sent by Reid & Hellyer, APC |
| March 5, 2020 | 02/28/2020/cashier's check | Due to Covid and limited hours of Reid & Hellyer, APC, Debtors commenced making payments directly by overnight mail (no signature required) |
| April 5, 2020 | 04/01/2020/cashier's check | Debtors making payments directly by overnight mail (no signature required) |

| MONTHLY PAYMENT DUE DATE | DATE AND METHOD OF PAYMENT | DELIVERY METHOD |
|---|---|---|
| May 5, 2020 | 05/01/2020/cashier's check | Debtors making payments directly by overnight mail (no signature required) |
| June 5, 2020 | 06/24/2020/cashier's check | Debtors making payments directly by overnight mail (no signature required) |
| July 5, 2020 | 07/01/2020/cashier's check | Debtors making payments directly by overnight mail (no signature required) |
| August 5, 2020 | 07/20/2020/cashier's check | Debtors making payments directly by overnight mail (no signature required) |
| September 5, 2020 | 08/28/2020/cashier's check | Debtors making payments directly by overnight mail (no signature required) |
| October 5, 2020 | 10/03/2020/cashier's check | Check lost - claim filed with bank issuing cashier's check. |
| November 5, 2020 | 11/02/2020/cashier's check | Debtors making payments directly by overnight mail (no signature required) |
| December 5, 2020 | 12/23/2020/cashier's check 12/24/2020/cashier's check | Debtors making payments directly by overnight mail (no signature required) |
| January 5, 2021 | 12/31/2020/cashier's check | Debtors making payments directly by overnight mail (no signature required) |
| February 5, 2021 | 01/23/2021/cashier's check - attached | Debtors making payments directly by overnight mail (no signature required) 02/01/2021* |
| March 5, 2021 | 02/23/2021/cashier's check - attached | Debtors making payments directly by overnight mail (no signature required) |

| MONTHLY PAYMENT DUE DATE | DATE AND METHOD OF PAYMENT | DELIVERY METHOD |
| --- | --- | --- |
| | | 03/01/2021* |
| April 5, 2021 | 04/02/2021/TFS - attached | 04/08/2021 *; * * |
| May 5, 2021 | 04/30/2021/cashier's check - attached | Debtors making payments directly by overnight mail (no signature required)<br><br>05/05/2021* |
| June 5, 2021 | 05/27/2021/cashier's check - attached | Debtors making payments directly by overnight mail (no signature required)<br><br>06/02/2021* |
| July 5, 2021 | 06/21/2021/cashier's check - attached | Debtors making payments directly by overnight mail (no signature required)<br><br>06/29/2021* |
| August 5, 2021 | 07/20/2021/cashier's check - attached | Debtors making payments directly by overnight mail (no signature required)<br><br>07/28/2021* |
| September 5, 2021 | 08/28/2021/cashier's check - attached | Debtors making payments directly by overnight mail (no signature required)<br><br>09/03/2021* |
| October 5, 2021 | 10/01/2021/cashier's check - attached | Debtors making payments directly by overnight mail (no signature required)<br><br>10/06/2021*; ** |

| MONTHLY PAYMENT DUE DATE | DATE AND METHOD OF PAYMENT | DELIVERY METHOD |
|---|---|---|
| November 5, 2021 | 10/27/2021/cashier's check - attached | Debtors making payments directly by overnight mail (no signature required)<br><br>11/02/2021* |

*Pursuant to Chapter 13 Trustee's Website.

** See explanation in Declaration.



**Terms and Conditions (Remitter and Payee):**

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to
    prevent this from occurring
  - In most cases, the funds will be considered "abandoned"
    before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check
    is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has
    been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY                    Customer Copy
**CASHIER'S CHECK**                                   1143642065

                                                01/23/2021
                                                Void after 7 years

Remitter:    DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

                                                        $** 5,446.00 **

Pay To The   CHAPTER 13 TRUSTEE
Order Of:

Memo: _February 2021 Payment_          Drawer: JPMORGAN CHASE BANK, N.A.
Note: For information only. Comment has no effect on bank's payment.   **NON NEGOTIABLE**

---

282111107 NEW 01/08 8810004306

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK    **CASHIER'S CHECK**    HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**CHASE**                           Date    01/23/2021           1143642065
                                            Void after 7 years              1221
Remitter:    DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

Pay To The   CHAPTER 13 TRUSTEE
Order Of:

Pay:    FIVE THOUSAND FOUR HUNDRED FORTY SIX DOLLARS AND 00 CENTS    $** 5,446.00 **

                                            Drawer: JPMORGAN CHASE BANK, N.A.

Memo: _Case #6:18-bk-14772-WJ_
Do not write outside this box          Reginald Chambers, Chief Administrative Officer
Note: For information only. Comment has no effect on bank's payment.   JPMorgan Chase Bank, N.A.
                                       Phoenix, AZ

⑈1143642065⑈  ⑆122100024⑆  806002234⑈



**UNITED STATES POSTAL SERVICE.**

LAKE ELSINORE
500 W GRAHAM AVE
LAKE ELSINORE, CA 92530-9998
(800)275-8777

01/25/2021                                02:14 PM
-------------------------------------------------
Product              Qty   Unit    Price
                           Price
-------------------------------------------------
Priority Mail® 1-Day 1             $7.95
Window FR Env
    Los Angeles, CA  90009
    Flat Rate
    Expected Delivery Date
    Tue 01/26/2021
    Tracking #:
    9505 5162 1839 1025 4732 35
    Insurance                      $0.00
    Up to $50.00 included
Total                              $7.95

-------------------------------------------------
Grand Total:                       $7.95
-------------------------------------------------
Cash                              $10.00
Change                            -$2.05
-------------------------------------------------

*****************************************
USPS is experiencing unprecedented volume
    increases and limited employee
    availability due to the impacts of
    COVID-19. We appreciate your patience.
*****************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
              1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
        insurance claim go to
  https://www.usps.com/help/claims.htm

        Preview your Mail
        Track your Packages
        Sign up for FREE @
        www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
      Thank you for your business.

      Tell us about your experience.
  Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



        or call 1-800-410-7420.

-------------------------------------------------

UFN: 054096-0530
Receipt #: 840-59200226-4-3737717-2
Clerk: 6

# USPS Tracking®

FAQs >

**Track Another Package** +

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 9505516218391025473235

Remove ✕

Your item has been delivered and is available at a PO Box at 11:33 am on January 26, 2021 in LOS ANGELES, CA 90009.

**USPS Tracking Plus™ Available** ⌄

## ⊘ Delivered

January 26, 2021 at 11:33 am
Delivered, PO Box
LOS ANGELES, CA 90009

**Get Updates** ⌄

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **USPS Tracking Plus™** | ⌄ |
| **Product Information** | ⌄ |

See Less ⌃

Can't find what you're looking for?



## Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to
    prevent this from occurring
  - In most cases, the funds will be considered "abandoned"
    before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check
    is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has
    been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY

Customer Copy

**CASHIER'S CHECK**

1143642260

02/23/2021
Void after 7 years

**Remitter:**    DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

$** 5,446.00 **

**Pay To The Order Of:**    CHAPTER 13 TRUSTEE

Memo: March 2021 Payment

Drawer: JPMORGAN CHASE BANK, N.A.

**NON NEGOTIABLE**

Note: For information only. Comment has no effect on bank's payment.

282111107 NEW 01/08 8810004306

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK    **CASHIER'S CHECK**    HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

1143642260    91-2

Date    02/23/2021    Void after 7 years    1221

**Remitter:**    DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

**Pay To The Order Of:**    CHAPTER 13 TRUSTEE

**Pay:**    FIVE THOUSAND FOUR HUNDRED FORTY SIX DOLLARS AND 00 CENTS

$** 5,446.00 **

Drawer: JPMORGAN CHASE BANK, N.A.

Do not write outside this box

Memo: Case #6:18-bk-14772-WJ

Note: For information only. Comment has no effect on bank's payment.

Reginald Chambers, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

Security
Features
Details on
Back

⑈1143642260⑈ ⑆122100024⑆ 806002234⑈

UNITED STATES
**POSTAL SERVICE.**

```
            LAKE ELSINORE
          500 W GRAHAM AVE
       LAKE ELSINORE, CA 92530-9998
            (800)275-8777
02/23/2021                      02:49 PM
```

| Product | Qtv | Unit Price | Price |
|---------|-----|-----------|-------|
| Rate Inquiries | 1 | | $0.00 |
| Priority Mail® 1-Day 1 | | | $7.95 |

```
Window FR Env
   Los Angeles, CA  90009
   Flat Rate
   Expected Delivery Date
      Thu 02/25/2021
   Tracking #.
      9505 5162 1837 1054 5683 31
Insurance                       $0.00
   Up to $50.00 included
Total                           $7.95
```

```
Grand Total:                    $7.95
```

```
Debit Card Remitted             $7.95
   Card Name: VISA
   Account #: XXXXXXXXXXXX0084
   Approval #
   Transaction #: 791
   Receipt #: 036155
   Debit Card Purchase: $7.95
   AID: A0000000980840          Chip
   AL: US DEBIT
   PIN: Verified
```

```
******************************************
USPS is experiencing unprecedented volume
      increases and limited employee
      availability due to the impacts of
COVID-19. We appreciate your patience.
******************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

    Save this receipt as evidence of
insurance. For information on filing an
      insurance claim go to
   https://www.usps.com/help/claims.htm

         Preview your Mail
         Track your Packages
         Sign up for FREE @
         www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
      Thank you for your business.

    Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,
```



```
         or call 1-800-410-7420.
```

# USPS Tracking®

**Track Another Package** +

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 9505516218371054568331

Remove ✕

Your item has been delivered and is available at a PO Box at 2:07 pm on February
24, 2021 in LOS ANGELES, CA 90009.

**USPS Tracking Plus™ Available** ⌄

## ⊘ Delivered

February 24, 2021 at 2:07 pm
Delivered, PO Box
LOS ANGELES, CA 90009

**Get Updates** ⌄

---

| Text & Email Updates | ⌄ |
| --- | --- |

| Tracking History | ⌄ |
| --- | --- |

| USPS Tracking Plus™ | ⌄ |
| --- | --- |

| Product Information | ⌄ |
| --- | --- |

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

CHASE ◯

Printed from Chase Personal Online

PREMIER PLUS CKG (...6985)

| Date | Description | Type | Amount |
|---|---|---|---|
| Apr 2, 2021 | TFS 888-729-2413 TFS PAY PPD ID: 9342065079 | ACH debit | −$5,453.99 |

You've reached the end of your account activity.

JPMorgan Chase Bank, N.A. Member FDIC          ©2021 JPMorgan Chase & Co.          Equal Opportunity Lender


**CHASE**

<u>**Terms and Conditions (Remitter and Payee):**</u>

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to
    prevent this from occurring
  - In most cases, the funds will be considered "abandoned"
    before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check
    is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has
    been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY          **Customer Copy**
**CASHIER'S CHECK**                          1143642783

                                    04/30/2021
                                    Void after 7 years

Remitter:    DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

                                                      $** 5,446.00 **

**Pay To The**    CHAPTER 13 TRUSTEE
**Order Of:**

Memo:  *May 2021 Payment*          Drawer: JPMORGAN CHASE BANK, N.A.
Note: For information only. Comment has no effect on bank's payment.    **NON NEGOTIABLE**

---

                                                      282111107 NEW 01/21 8810004306
HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK    **CASHIER'S CHECK**    HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK

**CHASE**                                              1143642783   91-2
                                    Date   04/30/2021   Void after 7 years   1221
Remitter:    DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

**Pay To The**    CHAPTER 13 TRUSTEE
**Order Of:**

Pay:    FIVE THOUSAND FOUR HUNDRED FORTY SIX DOLLARS AND 00 CENTS      $** 5,446.00 **

Do not write outside this box

Memo:  *Case #6:18-bk-14772-WJ*          Drawer: JPMORGAN CHASE BANK, N.A.
Note: For information only. Comment has no effect on bank's payment.
                                    *Rebecca Griffin*
                                    Rebecca Griffin, Chief Administrative Officer
                                    JPMorgan Chase Bank, N.A.
                                    Phoenix, AZ                          

⑈1143642783⑈ ⑆122100024⑆ 80600 2234⑈

# USPS Tracking®

FAQs >

## Track Another Package  +

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 9505516218371120586245

Remove ✕

Your item has been delivered and is available at a PO Box at 6:39 pm on May 1,
2021 in LOS ANGELES, CA 90009.

USPS Tracking Plus™ Available ⌄

### ⊘ Delivered, PO Box

May 1, 2021 at 6:39 pm
LOS ANGELES, CA 90009

Get Updates ⌄

Text & Email Updates

Tracking History

USPS Tracking Plus™

Product Information



```
         UNITED STATES
         POSTAL SERVICE.

         LAKE ELSINORE
         500 W GRAHAM AVE
      LAKE ELSINORE, CA 92530-9998
           (800)275-8777
04/30/2021                    02:05 PM
---------------------------------------
Product        Qty    Unit      Price
                      Price
---------------------------------------
Priority Mail® 1-Day 1          $7.95
Window FR Env
    Los Angeles, CA  90009
    Flat Rate
    Expected Delivery Date
    Sat 05/01/2021
    Tracking #:
    9505 5162 1837 1120 5862 45
Insurance                       $0.00
    Up to $50.00 included
Total                           $7.95
---------------------------------------
Grand Total:                    $7.95
---------------------------------------
Cash                           $20.00
Change                        -$12.05

****************************************
USPS is experiencing unprecedented volume
    increases and limited employee
    availability due to the impacts of
```

Feedback



**Terms and Conditions (Remitter and Payee):**

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
    - Please cash/deposit this Cashier's Check as soon as possible to
      prevent this from occurring
    - In most cases, the funds will be considered "abandoned"
      before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
    - Stop Payment can only be placed if the Cashier's Check
      is lost, stolen, or destroyed
    - We may not re-issue or refund the funds after the stop payment has
      been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY          Customer Copy
**CASHIER'S CHECK**                          1143643025

05/26/2021
Void after 7 years

Remitter:   DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

$** 5,446.00 **

Pay To The    CHAPTER 13 TRUSTEE
Order Of:
Memo: June 2021 Payment                      Drawer: JPMORGAN CHASE BANK, N.A.
Note: For information only. Comment has no effect on bank's payment.   NON NEGOTIABLE

---

282111107 NEW 01/21 8810004306

HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK    **CASHIER'S CHECK**    HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK

**CHASE**                                      Date    05/26/2021    1143643025    91-2
                                                       Void after 7 years            1221
Remitter:   DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

Pay To The    CHAPTER 13 TRUSTEE
Order Of:

Pay:   FIVE THOUSAND FOUR HUNDRED FORTY SIX DOLLARS AND 00 CENTS    $** 5,446.00 **

                                               Drawer: JPMORGAN CHASE BANK, N.A.

Memo: Case # 6:18-bk-14772-WJ                  Rebecca Griffin
Note: For information only. Comment has no effect on bank's payment.   Rebecca Griffin, Chief Administrative Officer
Do not write outside this box                  JPMorgan Chase Bank, N.A.
                                               Phoenix, AZ

⑆1143643025⑆ ⑈122100024⑈ 806002234⑈



**UNITED STATES POSTAL SERVICE.**

```
                LAKE ELSINORE
               500 W GRAHAM AVE
          LAKE ELSINORE, CA 92530-9998
               (800)275-8777
05/26/2021                      02:32 PM
------------------------------------------
Product            Qty   Unit      Price
                         Price
------------------------------------------
Rate Inquiries      1              $0.00

Priority Mail® 1-Day 1            $7.95
Window FR Env
   Los Angeles, CA  90009
   Flat Rate
   Expected Delivery Date
     Thu 05/27/2021
   Tracking #:
     9505 5162 1836 1146 4019 81
   Insurance                      $0.00
     Up to $50.00 included
Total                            $7.95

------------------------------------------
Grand Total:                     $7.95

------------------------------------------
Cash                             $8.00
Change                          -$0.05
------------------------------------------


******************************************
USPS is experiencing unprecedented volume
      increases and limited employee
     availability due to the impacts of
   COVID-19. We appreciate your patience.
******************************************

Text your tracking number to 28777 (2USPS)
 to get the latest status. Standard Message
  and Data rates may apply. You may also
 visit www.usps.com USPS Tracking or call
             1-800-222-1811.

     Save this receipt as evidence of
insurance. For information on filing an
         insurance claim go to
   https://www.usps.com/help/claims.htm

        Preview your Mail
        Track your Packages
        Sign up for FREE @
   https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
       Thank you for your business.

     Tell us about your experience.
  Go to: https://postalexperience.com/Pos
 or scan this code with your mobile device.
```



```
       or call 1-800-410-7420.
```

------------------------------------------

```
UFN: 054096-0530
Receipt #: 840-59200226-1-3252359-1
```

# USPS Tracking®

FAQs >

## Track Another Package +

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

---

**Tracking Number:** 9505516218361146401981

Remove ✕

Your item has been delivered and is available at a PO Box at 9:47 am on May 28,
2021 in LOS ANGELES, CA 90009.

USPS Tracking Plus™ Available ⌄

## ⊘ Delivered, PO Box

May 28, 2021 at 9:47 am
LOS ANGELES, CA 90009

Get Updates ⌄

---

| Text & Email Updates | ⌄ |
| --- | --- |

| Tracking History | ⌄ |
| --- | --- |

| USPS Tracking Plus™ | ⌄ |
| --- | --- |

| Product Information | ⌄ |
| --- | --- |

Feedback



## Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to
    prevent this from occurring
  - In most cases, the funds will be considered "abandoned"
    before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check
    is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has
    been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY       Customer Copy
**CASHIER'S CHECK**

1143643216

06/21/2021
Void after 7 years

Remitter:   DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

$** 5,446.00 **

Pay To The    CHAPTER 13 TRUSTEE
Order Of:
Memo: _July 2021 Payment_                  Drawer: JPMORGAN CHASE BANK, N.A.
Note: For information only. Comment has no effect on bank's payment.       **NON NEGOTIABLE**

282111107 NEW 01/21 8810004306

HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK    **CASHIER'S CHECK**    HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK

1143643216   91-2
                                                                        1221
Date   06/21/2021   Void after 7 years

Remitter:   DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

Pay To The    CHAPTER 13 TRUSTEE
Order Of:

Pay:   FIVE THOUSAND FOUR HUNDRED FORTY SIX DOLLARS AND 00 CENTS       $** 5,446.00 **

Drawer:   JPMORGAN CHASE BANK, N.A.

Memo: _Case # 6:18-bk-14772-WJ_              _Rebecca Griffin_
Note: For information only. Comment has no effect on bank's payment.   Rebecca Griffin, Chief Administrative Officer
Do not write outside this box                                          JPMorgan Chase Bank, N.A.
                                                                       Phoenix, AZ

⑈1143643216⑈ ⑆1221000 24⑈ 806022 34⑈



**UNITED STATES POSTAL SERVICE.**

LAKE ELSINORE
500 W GRAHAM AVE
LAKE ELSINORE, CA 92530-9998
(800)275-8777

06/22/2021                                12:19 PM
--------------------------------------------------
Product              Qty    Unit      Price
                            Price
--------------------------------------------------
Priority Mail® 1-Day 1                    $7.95
Window FR Env
    Los Angeles, CA 90009
    Flat Rate
    Expected Delivery Date
        Wed 06/23/2021
    Tracking #:
        9505 5162 1839 1173 5344 99
    Insurance                             $0.00
        Up to $50.00 included
Total                                     $7.95

BLNK PPRCRAFT       1     $6.99          $6.99

2020 TB FD SM BM    1     $1.89          $1.89

--------------------------------------------------
Grand Total:                            $16.83
--------------------------------------------------
Debit Card Remitted                     $16.83
    Card Name: VISA
    Account #: XXXXXXXXXXXX3232
    Approval #: 071915
    Transaction #: 270
    Receipt #: 033692
    Debit Card Purchase: $16.83
    AID: A0000000980840          Chip
    AL: US DEBIT
    PIN: Verified
--------------------------------------------------

****************************************
USPS is experiencing unprecedented volume
    increases and limited employee
    availability due to the impacts of
COVID-19. We appreciate your patience.
****************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

    Save this receipt as evidence of
insurance. For information on filing an
        insurance claim go to
    https://www.usps.com/help/claims.htm

        Preview your Mail
        Track your Packages
        Sign up for FREE @
    https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
    Thank you for your business.

    Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



# USPS Tracking®

FAQs ›

## Track Another Package  +

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

---

**Tracking Number:** 9505516218391173534499

Remove ✕

Your item has been delivered and is available at a PO Box at 5:29 pm on June 24, 2021 in LOS ANGELES, CA 90009.

**USPS Tracking Plus™ Available** ⌄

## ⊘ Delivered, PO Box

June 24, 2021 at 5:29 pm
LOS ANGELES, CA 90009

**Get Updates** ⌄

---

**Text & Email Updates**                                     ⌄

---

**Tracking History**                                          ⌃

**June 24, 2021, 5:29 pm**
Delivered, PO Box
LOS ANGELES, CA 90009
Your item has been delivered and is available at a PO Box at 5:29 pm on June 24, 2021
in LOS ANGELES, CA 90009.

Feedback



**Terms and Conditions (Remitter and Payee):**

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to
    prevent this from occurring
  - In most cases, the funds will be considered "abandoned"
    before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check
    is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has
    been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY          **Customer Copy**

**CASHIER'S CHECK**                                    1143643466

                                         07/20/2021
                                         Void after 7 years

**Remitter:**    DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

                                                         $** 5,446.00 **

**Pay To The**    CHAPTER 13 TRUSTEE
**Order Of:**

Memo: August 2021 Payment          Drawer: **JPMORGAN CHASE BANK, N.A.**
Note: For information only. Comment has no effect on bank's payment.    **NON NEGOTIABLE**

---

282111107 NEW 01/21 8810004306

HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK    **CASHIER'S CHECK**    HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK

**CHASE**                                    Date   07/20/2021   Void after 7 years   1143643466   01-2
**Remitter:**    DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND                            1221

**Pay To The**    CHAPTER 13 TRUSTEE
**Order Of:**

**Pay:**    FIVE THOUSAND FOUR HUNDRED FORTY SIX DOLLARS AND 00 CENTS    $** 5,446.00 **

Do not write outside this box
Memo: Case #6:18-bk-14772-WJ          Drawer: **JPMORGAN CHASE BANK, N.A.**
Note: For information only. Comment has no effect on bank's payment.

Rebecca Griffin
Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑈1143643466⑈ ⑆122100024⑉ 806002234⑈



**UNITED STATES POSTAL SERVICE®**

LAKE ELSINORE
500 W GRAHAM AVE
LAKE ELSINORE, CA 92530-9998
(800)275-8777

07/23/2021                          11:58 AM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| Priority Mail® 1-Day 1 Window FR Env | | | $7.95 |

       Los Angeles, CA 90009
       Flat Rate
       Expected Delivery Date
         — Sat 07/24/2021
       Tracking #:
         — 9505 5162 1838 1204 4171 43
       Insurance                        $0.00
          Up to $50.00 included
Total                                   $7.95

Grand Total:                            $7.95

Debit Card Remitted                     $7.95
   Card Name: VISA
   Account #: XXXXXXXXXXXX3232
   Approval #: 085814
   Transaction #: 637
   Receipt #: 027106
   Debit Card Purchase: $7.95
   AID: A0000000980840          Chip
   AL: US DEBIT
   PIN: Verified

****************************************
USPS is experiencing unprecedented volume
    increases and limited employee
    availability due to the impacts of
  COVID-19. We appreciate your patience.
****************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
  and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

    Save this receipt as evidence of
 insurance. For information on filing an
        insurance claim go to
   https://www.usps.com/help/claims.htm

        Preview your Mail
        Track your Packages
        Sign up for FREE @
   https://informeddelivery.usps.com

 All sales final on stamps and postage.
 Refunds for guaranteed services only.
       Thank you for your business.

    Tell us about your experience.
 Go to: https://postalexperience.com/Pos
 or scan this code with your mobile device,



# USPS Tracking®

FAQs >

## Track Another Package  +

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 9505516218381204417143

Remove ✕

Your item has been delivered and is available at a PO Box at 12:23 pm on July 24,
2021 in LOS ANGELES, CA 90009.

**USPS Tracking Plus™ Available** ⌄

## ⊘ Delivered, PO Box

July 24, 2021 at 12:23 pm
LOS ANGELES, CA 90009

**Get Updates** ⌄

| Text & Email Updates | ⌄ |
|---|---|
| Tracking History | ⌄ |
| USPS Tracking Plus™ | ⌄ |
| Product Information | ⌄ |

Feedback



**Terms and Conditions (Remitter and Payee):**

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to
    prevent this from occurring
  - In most cases, the funds will be considered "abandoned"
    before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check
    is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has
    been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY          **Customer Copy**
**CASHIER'S CHECK**                          1143643732

08/28/2021
Void after 7 years

Remitter:    DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

$** 5,446.00 **

Pay To The    CHAPTER 13 TRUSTEE
Order Of:

Memo: September 2021 Payment          Drawer: JPMORGAN CHASE BANK, N.A.
Note: For information only. Comment has no effect on bank's payment.    **NON NEGOTIABLE**

282111107 NEW 01/21 8810004306

HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK    **CASHIER'S CHECK**    HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK

**CHASE**                                           1143643732
                                    Date    08/28/2021    Void after 7 years    1221

Remitter:    DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

Pay To The    CHAPTER 13 TRUSTEE
Order Of:

Pay:    FIVE THOUSAND FOUR HUNDRED FORTY SIX DOLLARS AND 00 CENTS    $** 5,446.00 **

Do not write outside this box

Memo: Case #6:18-bk-14772-WJ          Drawer: JPMORGAN CHASE BANK, N.A.
Note: For information only. Comment has no effect on bank's payment.    Rebecca Griffin
                                    Rebecca Griffin, Chief Administrative Officer
                                    JPMorgan Chase Bank, N.A.
                                    Phoenix, AZ

⑈1143643732⑈ ⑆122100024⑆ 806002234⑈



**UNITED STATES POSTAL SERVICE**®

LAKE ELSINORE
500 W GRAHAM AVE
LAKE ELSINORE, CA 92530-9998
(800)275-8777

08/30/2021                           01:51 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Rate Inquiries | 1 | | $0.00 |
| Req Passport Form | 1 | | $0.00 |
| Priority Mail® 1-Day | 1 | | $7.95 |

Window FR Env
    Los Angeles, CA 90009
    Flat Rate
    Expected Delivery Date
        Tue 08/31/2021
    Tracking #:
        9505 5162 1837 1242 6089 93
    Insurance                        $0.00
        Up to $50.00 included
Total                                $7.95

Grand Total:                         $7.95

Debit Card Remitted                  $7.95
    Card Name: VISA
    Account #: XXXXXXXXXXXX3232
    Approval #: 015116
    Transaction #: 565
    Receipt #: 039082
    Debit Card Purchase: $7.95
    AID: A0000000980840         Chip
    AL: US DEBIT
    PIN: Verified

***********************************************
USPS is experiencing unprecedented volume
    increases and limited employee
    availability due to the impacts of
COVID-19. We appreciate your patience.
***********************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

    Save this receipt as evidence of
insurance. For information on filing an
        insurance claim go to
    https://www.usps.com/help/claims.htm

        Preview your Mail
        Track your Packages
        Sign up for FREE @
    https://informeddelivery.usps.com

Earn rewards on your business account
    purchases of Priority Mail labels
    with the USPS Loyalty program by
    using Click and Ship. Visit
    www.usps.com/smallbizloyalty
        for more info.

    United States Postal Service
        NOW HIRING NATIONWIDE
Career Path Positions with Benefits
        Apply online at

# USPS Tracking®

FAQs >

## Track Another Package  +

Get the free Informed Delivery® feature to receive
automated notifications on your packages      **Learn More**

(https://reg.usps.com/xsell?
app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 9505516218371242608993                Remove ✕

Your item has been delivered and is available at a PO Box at 5:14 pm on August
31, 2021 in LOS ANGELES, CA 90009.

**USPS Tracking Plus™ Available** ⌄

## ⊘ **Delivered, PO Box**

August 31, 2021 at 5:14 pm
LOS ANGELES, CA 90009

**Get Updates** ⌄

---

**Text & Email Updates**                                              ⌄

---

**Tracking History**                                                    ⌃

**August 31, 2021, 5:14 pm**
Delivered, PO Box
LOS ANGELES, CA 90009
Your item has been delivered and is available at a PO Box at 5:14 pm on August 31,
2021 in LOS ANGELES, CA 90009.



## Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to
    prevent this from occurring
  - In most cases, the funds will be considered "abandoned"
    before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check
    is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has
    been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY          Customer Copy

**CASHIER'S CHECK**          1143643973

10/01/2021
Void after 7 years

**Remitter:**   DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

$** 5,446.00 **

**Pay To The Order Of:**   CHAPTER 13 TRUSTEE

Memo: *October 2021 Payment*

**Drawer: JPMORGAN CHASE BANK, N.A.**
**NON NEGOTIABLE**

Note: For information only. Comment has no effect on bank's payment.

---

282111107 NEW 01/21 8810004306

**CASHIER'S CHECK**          1143643973   91-2
                                          1221

Date   10/01/2021   Void after 7 years

**Remitter:**   DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

**Pay To The Order Of:**   CHAPTER 13 TRUSTEE

**Pay:**   FIVE THOUSAND FOUR HUNDRED FORTY SIX DOLLARS AND 00 CENTS

$** 5,446.00 **

Do not write outside this box
Memo: *Case # 6:18-bk-14772-WJ*
Note: For information only. Comment has no effect on bank's payment.

Drawer: **JPMORGAN CHASE BANK, N.A.**

*Rebecca Griffin*
Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑈1143643973⑈ ⑆122100024⑆ 806002234⑈



**UNITED STATES POSTAL SERVICE.**

LAKE ELSINORE
500 W GRAHAM AVE
LAKE ELSINORE, CA 92530-9998
(800)275-8777

10/01/2021                         10:56 AM
------------------------------------------
Product            Qty    Unit     Price
                          Price
------------------------------------------
Priority Mail® 1-Day 1            $7.95
Window FR Env
    Los Angeles, CA 90009
    Flat Rate
    Expected Delivery Date
        Sat 10/02/2021
    Tracking #:
        9505 5162 1839 1274 5628 03
    Insurance                     $0.00
        Up to $50.00 included
Total                             $7.95

Rate Inquiries      1             $0.00

------------------------------------------
Grand Total:                      $7.95
------------------------------------------
Cash                             $10.00
Change                           -$2.05
------------------------------------------


********************************************
USPS is experiencing unprecedented volume
    increases and limited employee
    availability due to the impacts of
    COVID-19. We appreciate your patience.
********************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

    Save this receipt as evidence of
insurance. For information on filing an
        insurance claim go to
    https://www.usps.com/help/claims.htm

        Preview your Mail
        Track your Packages
        Sign up for FREE @
    https://informeddelivery.usps.com

Earn rewards on your business account
    purchases of Priority Mail labels
    with the USPS Loyalty program by
        using Click and Ship. Visit
        www.usps.com/smallbizloyalty
            for more info.

    United States Postal Service
        NOW HIRING NATIONWIDE
Career Path Positions with Benefits
        Apply online at
        www.usps.com/careers

All sales final on stamps and postage.
Refunds for guaranteed services only.
        Thank you for your business.

    Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

# USPS Tracking®

## Track Another Package  +

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 9505516218391274562803

Remove ✕

Your item has been delivered and is available at a PO Box at 9:51 am on October
2, 2021 in LOS ANGELES, CA 90009.

**USPS Tracking Plus™ Available** ⌄

---

## ⊘ **Delivered, PO Box**

October 2, 2021 at 9:51 am
LOS ANGELES, CA 90009

**Get Updates** ⌄

---

**Text & Email Updates**                                                          ⌄

---

**Tracking History**                                                                 ⌃

**October 2, 2021, 9:51 am**
Delivered, PO Box
LOS ANGELES, CA 90009
Your item has been delivered and is available at a PO Box at 9:51 am on October 2,
2021 in LOS ANGELES, CA 90009.



**CHASE**

<u>**Terms and Conditions (Remitter and Payee):**</u>

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
   - Please cash/deposit this Cashier's Check as soon as possible to
     prevent this from occurring
   - In most cases, the funds will be considered "abandoned"
     before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
   - Stop Payment can only be placed if the Cashier's Check
     is lost, stolen, or destroyed
   - We may not re-issue or refund the funds after the stop payment has
     been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY                    **Customer Copy**

**CASHIER'S CHECK**                                   1143644172

10/27/2021
Void after 7 years

**Remitter:**    DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

$** 5,446.00 **

**Pay To The**     CHAPTER 13 TRUSTEE
**Order Of:**

Memo: November 2021 Payment                Drawer:  **JPMORGAN CHASE BANK, N.A.**
Note: For information only. Comment has no effect on bank's payment.     **NON NEGOTIABLE**

---

282111107 NEW 01/21 8810004306

HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK    **CASHIER'S CHECK**    HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK

**CHASE**                                          1143644172                1221
**Remitter:**    DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND    Date    10/27/2021    Void after 7 years

**Pay To The**     CHAPTER 13 TRUSTEE
**Order Of:**

**Pay:**    FIVE THOUSAND FOUR HUNDRED FORTY SIX DOLLARS AND 00 CENTS        $** 5,446.00 **

                                                Drawer:  **JPMORGAN CHASE BANK, N.A.**

Memo: Case # 6:18-bk-14772-WJ

Note: For information only. Comment has no effect on bank's payment.    Rebecca Griffin
Do not write outside this box                      Rebecca Griffin, Chief Administrative Officer
                                                JPMorgan Chase Bank, N.A.
                                                Phoenix, AZ

⑆1143644172⑈ ⑆122100024⑆ 806002234⑈



**UNITED STATES POSTAL SERVICE.**

LAKE ELSINORE
500 W GRAHAM AVE
LAKE ELSINORE, CA 92530-9998
(800)275-8777

10/27/2021                              02:11 PM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| Priority Mail® 1-Day 1 | | | $8.70 |
| Window FR Env | | | |

    Los Angeles, CA 90009
    Flat Rate
    Expected Delivery Date
        Thu 10/28/2021
    Tracking #:
        9505 5162 1838 1300 4355 60
    Insurance                           $0.00
        Up to $50.00 included
Total                                   $8.70

SYMP PWTR SCNE       1     $3.99        $3.99

Grand Total:                           $12.69

Debit Card Remitted                    $12.69
    Card Name: VISA
    Account #: XXXXXXXXXXXX3232
    Approval #: 081117
    Transaction #: 879
    Receipt #: 028422
    Debit Card Purchase: $12.69
    AID: A0000000980840          Chip
    AL: US DEBIT
    PIN: Verified

************************************************
USPS is experiencing unprecedented volume
    increases and limited employee
    availability due to the impacts of
COVID-19. We appreciate your patience.
************************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

Earn rewards on your business account
purchases of Priority Mail labels
with the USPS Loyalty program by
using Click and Ship. Visit
www.usps.com/smallbizloyalty
for more info.

United States Postal Service
NOW HIRING NATIONWIDE
Career Path Positions with Benefits
Apply online at
www.usps.com/careers

# USPS Tracking®

FAQs >

## Track Another Package  +

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 9505516218381300435560

Remove ✕

Your item has been delivered and is available at a PO Box at 10:44 am on October
28, 2021 in LOS ANGELES, CA 90009.

USPS Tracking Plus™ Available ⌄



## ⊘ Delivered, PO Box

October 28, 2021 at 10:44 am
LOS ANGELES, CA 90009

**Get Updates** ⌄

---

**Text & Email Updates**                                          ⌄

---

**Tracking History**                                              ⌃

**October 28, 2021, 10:44 am**
Delivered, PO Box
LOS ANGELES, CA 90009
Your item has been delivered and is available at a PO Box at 10:44 am on October 28,
2021 in LOS ANGELES, CA 90009.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
3685 Main Street, Suite 300, Riverside, CA 92501
Mailing:  P.O. Box 1300, Riverside, CA 92502-1300

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF KATHLEEN ANNETTE CLELLAND IN SUPPORT OF CONFIRMATION OF PLAN**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/04/2021 following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Rod Danielson (TR)**    notice-efile@rodan13.com
- **Nancy L Lee**    bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
- **Douglas A Plazak**    dplazak@rhlaw.com
- **Manuel Quiogue**    mq@lundquistconsulting.com
- **Valerie Smith**    claims@recoverycorp.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 11/04/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Wayne Johnson, United States Bankruptcy Judge, 3420 Twelfth Street, Riverside, CA 92501

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 11/04/2021 | Wendy M. Patrick | /s/ Wendy M. Patrick |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                    **F 9013-3.1.PROOF.SERVICE**