Douglas A. Plazak, State Bar No. 181709
dplazak@rhlaw.com
REID & HELLYER APC
3685 Main Street, Suite 300
P.O. Box 1300
Riverside, California 92502-1300
Telephone: (951) 682-1771
Facsimile: (951) 686-2415

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>David Wayne Hillyer and Kathleen Annette Clelland | Case No. 6:18-bk-14772-WJ<br><br>Chapter 7<br><br>**DECLARATION OF DEBTORS IN SUPPORT OF CHAPTER 13 TRUSTEE'S STATEMENT REGARDING PLAN CONFIRMATION**<br><br>Date:      11/22/2021<br>Time:     11:00 a.m.<br>Courtroom: #304, Third Floor<br>                 3420 Twelfth Street<br>                 Riverside, CA 92501 |

////

////

////

////

////

////

////

////

**TO THE HONORABLE WAYNE JOHNSON, UNITED STATES BANKRUPTCY JUDGE, ROD DANIELSON, CHAPTER 13 TRUSTEE AND OTHER PARTIES IN INTEREST:**

We, David Wayne Hillyer and Kathleen Annette Clelland, declare as follows:

1. We are the Debtors.

2. We have personal knowledge of the facts set forth herein, and if called upon as witnesses to testify thereto, we could competently and truthfully do so.

3. Pursuant to the Scheduling Order entered August 25, 2021 [Doc. #141], paragraph 5, we declare that we have reviewed the Chapter 13 Trustee's Statement Regarding Plan Confirmation ("Trustee's Statement")[Doc. #148] and the proposed terms and conditions for Plan Confirmation. We agree with the terms of confirmation proposed by the Chapter 13 Trustee and will comply with them.

4. With reference to the Trustee's Statement regarding the amount of payments tendered versus the payments that have come due, as of November 1, 2021, we reviewed our payment records and determined as follows:

   (a) We have made all payments required since July 2018, some of which we acknowledge have been late.

   (b) Forty-one payments have been due by us as of November 2021.  Our records of total payments made directly by us or our attorneys is $218,078.30, which includes an extra $84.30 paid by us in December 2020.

   (c) On December 23, 2020, our attorneys received an email from Bridget Kelly of the Trustee's Office advising that we were delinquent $7,361.70.  We received a copy of the email from our attorneys and immediately made arrangements to pay the arrears.  We forwarded two cashier's checks, to the Trustee; CC #11436641867 for $5,446.00 dated December 23, 2020;

and CC #1143641868 for $2,000.00 dated December 24, 2020, which totaled $84.30 more than the amount indicated by Ms. Kelly. Those payments posted to the Trustee's Website on December 30, 2020, however on December 24, 2020, the Trustee had filed a Motion to Dismiss alleging that we were delinquent $7,361.70. A hearing was set on the Motion for January 11, 2021. The Trustee voluntarily dismissed the Motion to Dismiss on January 6, 2021, on the grounds that all payments due through and including January 2021 were made. See Exhibit 1.

(c) Attached hereto as Exhibit 2, is a copy of the Debtor Pay Schedules from the Trustee's website. Exhibit 1 was printed by our counsel on November 15, 2021. A review of Debtor Pay Schedules on the Trustee's website, indicates that as of November 2021, there is a credit balance of $84.30, which is consistent with our records.

4. Based on the foregoing, we respectfully request that this Court confirm the Plan pursuant to the terms set forth by the Chapter 13 Trustee.

We declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct

Executed on November 16, 2021, at Lake Elsinore, California.

_____
David Wayne Hillyer

_____
Kathleen Annette Clelland

# EXHIBIT 1

**Wendy Patrick**

| | |
|---|---|
| From: | Bridget Kelly <bridget@rodan13.com> |
| Sent: | Wednesday, December 23, 2020 10:57 AM |
| To: | Douglas Plazak; Wendy Patrick |
| Subject: | Hillyer #18-14772-WJ |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,
Per WJ's order, I need to file either a declaration recommending confirmation or a motion to dismiss. Your debtor is delinquent $7,361.70. Did the debtor make this payment? If so, when and how (i.e., by mail or TFS). Please let me know, I plan to file today.
Thank you,
Bridget

--

*This e-mail and any other e-mail messages sent by the Chapter 13 Trustee or his staff are for the sole use of the intended recipient(s). These e-mail messages contain information belonging to Rod Danielson, Chapter 13 Trustee. All e-mail messages sent by the Trustee or his staff are privileged or confidential (or both). Any disclosure, copying, distribution or inclusion in pleadings is prohibited. Failure to abide by these terms may result in termination of e-mail privileges of the recipient with this office. If you are not the intended recipient or if you received this e-mail in error, please delete. Thank you!*

1

# EXHIBIT 2

PRINT INQUIRY          Close Window          Click Here to Print this Page

| 6:18-bk-14772-WJ | DAVID WAYNE HILLYER (xxx-xx-1706) | LAKE ELSINORE • CA • 92530 | $5,446.00 MO | Bar Date(s): | 8/14/2018 (has passed) 12/3/2018 (has passed) |
| --- | --- | --- | --- | --- | --- |
|  | KATHLEEN ANNETTE CLELLAND (xxx-xx-1551) | LAKE ELSINORE • CA • 92530 |  | Confirmed: | Not Confirmed |
|  | Trustee: Rod Danielson | Attorney: REID & HELLYER |  | Case Status: | ACTIVE |

## Debtor Pay Schedules

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
| --- | --- | --- | --- | --- | --- | --- |
| 7/5/2018 | 2.00 | $2,800.00 | MONTHLY | DAVID WAYNE HILLYER |  | None |
| 9/5/2018 | end of plan | $5,446.00 | MONTHLY | DAVID WAYNE HILLYER |  | None |

## Forgive Information

| Date | Amount | Description |
| --- | --- | --- |

## Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 1 | 7/2018 | $2,800.00 | $2,800.00 |  | $0.00 |
| 2 | 8/2018 | $2,800.00 | $2,800.00 |  | $0.00 |
| 3 | 9/2018 | $5,446.00 | $5,446.00 |  | $0.00 |
| 4 | 10/2018 | $5,446.00 | $5,446.00 |  | $0.00 |
| 5 | 11/2018 | $5,446.00 | $5,446.00 |  | $0.00 |
| 6 | 12/2018 | $5,446.00 | $7,261.00 |  | ($1,815.00) |
| 7 | 1/2019 | $5,446.00 | $5,446.00 |  | ($1,815.00) |
| 8 | 2/2019 | $5,446.00 | $5,446.00 |  | ($1,815.00) |
| 9 | 3/2019 | $5,446.00 |  |  | $3,631.00 |
| 10 | 4/2019 | $5,446.00 |  |  | $9,077.00 |
| 11 | 5/2019 | $5,446.00 |  |  | $14,523.00 |
| 12 | 6/2019 | $5,446.00 | $23,216.24 |  | ($3,247.24) |
| 13 | 7/2019 | $5,446.00 | $5,729.06 |  | ($3,530.30) |
| 14 | 8/2019 | $5,446.00 | $5,446.00 |  | ($3,530.30) |
| 15 | 9/2019 | $5,446.00 | $5,446.00 |  | ($3,530.30) |
| 16 | 10/2019 | $5,446.00 | $5,446.00 |  | ($3,530.30) |
| 17 | 11/2019 | $5,446.00 | $5,446.00 |  | ($3,530.30) |
| 18 | 12/2019 | $5,446.00 | $5,446.00 |  | ($3,530.30) |
| 19 | 1/2020 | $5,446.00 | $5,446.00 |  | ($3,530.30) |
| 20 | 2/2020 | $5,446.00 | $5,446.00 |  | ($3,530.30) |
| 21 | 3/2020 | $5,446.00 | $5,446.00 |  | ($3,530.30) |
| 22 | 4/2020 | $5,446.00 | $5,446.00 |  | ($3,530.30) |
| 23 | 5/2020 | $5,446.00 | $5,446.00 |  | ($3,530.30) |
| 24 | 6/2020 | $5,446.00 | $5,446.00 |  | ($3,530.30) |
| 25 | 7/2020 | $5,446.00 | $10,892.00 |  | ($8,976.30) |
| 26 | 8/2020 | $5,446.00 |  |  | ($3,530.30) |
| 27 | 9/2020 | $5,446.00 | $5,446.00 |  | ($3,530.30) |
| 28 | 10/2020 | $5,446.00 |  |  | $1,915.70 |
| 29 | 11/2020 | $5,446.00 | $5,446.00 |  | $1,915.70 |
| 30 | 12/2020 | $5,446.00 | $7,446.00 |  | ($84.30) |
| 31 | 1/2021 | $5,446.00 | $5,446.00 |  | ($84.30) |
| 32 | 2/2021 | $5,446.00 | $5,446.00 |  | ($84.30) |
| 33 | 3/2021 | $5,446.00 | $5,446.00 |  | ($84.30) |
| 34 | 4/2021 | $5,446.00 | $5,446.00 |  | ($84.30) |
| 35 | 5/2021 | $5,446.00 | $5,446.00 |  | ($84.30) |
| 36 | 6/2021 | $5,446.00 | $10,892.00 |  | ($5,530.30) |
| 37 | 7/2021 | $5,446.00 | $5,446.00 |  | ($5,530.30) |
| 38 | 8/2021 | $5,446.00 |  |  | ($84.30) |
| 39 | 9/2021 | $5,446.00 | $5,446.00 |  | ($84.30) |
| 40 | 10/2021 | $5,446.00 | $5,446.00 |  | ($84.30) |
| 41 | 11/2021 | $5,446.00 | $5,446.00 |  | ($84.30) |

**Total Delinquent Amount: ($84.30)**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3685 Main Street, Suite 300, Riverside, CA 92501
Mailing: P.O. Box 1300, Riverside, CA 92502-1300

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF DEBTORS IN SUPPORT OF CHAPTER 13 TRUSTEE'S STATEMENT REGARDING PLAN CONFIRMATION**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/04/2021 following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Rod Danielson (TR)**   notice-efile@rodan13.com
- **Nancy L Lee**   bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
- **Douglas A Plazak**   dplazak@rhlaw.com
- **Manuel Quiogue**   mq@lundquistconsulting.com
- **Valerie Smith**   claims@recoverycorp.com
- **United States Trustee (RS)**   ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) 11/17/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Wayne Johnson, United States Bankruptcy Judge, 3420 Twelfth Street, Riverside, CA 92501

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/17/2021 | Wendy M. Patrick | /s/ Wendy M. Patrick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**