1  Douglas A. Plazak, State Bar No. 181709
   dplazak@rhlaw.com
2  REID & HELLYER APC
   3685 Main Street, Suite 300
3  P.O. Box 1300
   Riverside, California 92502-1300
4  Telephone: (951) 682-1771
   Facsimile: (951) 686-2415
5
   Attorneys for Debtors
6

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  RIVERSIDE DIVISION

11  In re:                          Case No. 6:18-bk-14772-WJ

12  David Wayne Hillyer and Kathleen     Chapter 7
    Annette Clelland
13                                  **DECLARATION OF KATHLEEN
                                    ANNETTE CLELLAND IN SUPPORT
14                                  OF CONFIRMATION OF PLAN**

15                                  Date:       June 15, 2022
                                    Time:       3:00 p.m.
16                                  Courtroom:  #304, Third Floor
                                                3420 Twelfth Street
17                                                Riverside, CA 92501

18

19  ////

20  ////

21  ////

22  ////

23  ////

24  ////

25  ////

26  ////

27  ////

28  ////

**TO THE HONORABLE WAYNE JOHNSON, UNITED STATES**

**BANKRUPTCY JUDGE, ROD DANIELSON, CHAPTER 13 TRUSTEE AND**

**OTHER PARTIES IN INTEREST:**

I, Kathleen Annette Clelland, declare as follows:

1.    I am one of the Debtors.

2.    I have personal knowledge of the facts set forth herein, and if called upon as a witness to testify thereto, I could competently and truthfully do so.

3.    On June 5, 2018, my husband, David Wayne Hillyer and I, filed a Chapter 13 proceeding. The hearing on plan confirmation has been continued numerous times and the hearing on plan confirmation is on calendar for June 15, 2022, at 3:00 p.m.

4.    Pursuant to a Scheduling Order entered November 23, 2021 [Doc. #152] ("SO"), I submit this declaration setting forth the status of plan payments since the date of the filing of our Chapter 13 proceedings.

5.    Our first plan payment was due July 5, 2018. The procedure for making the first plan payment was to hand deliver to the Chapter 13 Trustee at the scheduled meeting of creditors. The meeting was scheduled for July 18, 2018, at 9:00 a.m. The Chapter 13 Trustee ("Trustee"), our attorney and we agreed on an amount to pay monthly in order to pay the arrearages on the first and second mortgages and all other creditors who file a proof of claim 100% of their claimed amount.

6.    All payments after the creditor meeting in July 2018 through and including February 2020, were delivered to our attorney's office who then forwarded the payments to the Trustee. Commencing in March 2020, due to Covid and limited hours at Reid & Hellyer, APC, we commenced sending our payments directly to the Trustee payment center by overnight mail (no signature required).

7.      From July 2018 (date of filing) through and including June 2022 (the June 2022 payment was sent June 1, 2022, but as of the date of this declaration has not posted to the Trustee's website), all payments scheduled to be paid to the Trustee have been paid.  At the prior hearing, the Chapter 13 Trustee accounting reflected that there was a deficiency of $1,730.30 due, which was sent by overnight mail to the Trustee's post office payment site on May 20, 2022 and posted as paid on May 24, 2022.  The amount sent was $1,730.35.  We agreed to bring that deficiency current prior to the rescheduled hearing for June 15, 2022.    See Exhibit 1.

8.      Pursuant to the SO, attached to Exhibit 1 is evidence that all Plan payments made from September 2021 to June 2022 were sent and delivered to the Trustee's post office payment site on or before the payment due date.  Exhibit 1 indicates the date of each cashier's check, the date delivered to the Trustee post office box and the date posted to the Trustee's website.  All payments were received timely at the post office box site.

9.      As of the date of this declaration, the following percentages of mortgage and automobile arrears and taxes have been paid:

J.P. Morgan Chase - mortgage arrears – 95.44%
Southland C.U. - second mortgage arrears - 100%
One Main - vehicle arrears - 100%
Franchise Tax Board - taxes due - 100%
IRS - taxes due - 100%

Unsecured claims will receive a 100% distribution from the Trustee when those payments commence.

In addition, the Trustee has continued to make the monthly conduit payments to J.P. Morgan Chase and Southland C.U.

10.      I recently looked at Zillow prices for our home and determined that Zillow has the property valued at approximately $625,400.  At the time of our filing, the Zillow value was approximately $385,000.  At that time, we had no equity in the property.  However, now we have approximately $323,000.00 in equity in the Property.  Empirically, therefore, we believe we made

the right decision to file Chapter 13 and continue to pay on our home and cure the arrearages.   See Exhibit 2.

11.    Based on the foregoing, as of this declaration, the principal balance due J.P. Morgan Chase as of May 9, 2022  is $218,189.05.  The arrearages due pursuant to the statement are $11,500.00.  The approximate balance owed to Southland CU pursuant to a statement dated April 30, 2022, is $72,123.93.  I called Southland CU in order to prepare this declaration since we do not have on-line access to the account nor do we receive statements. When I spoke with a Ms. Ledesma at Southland CU, she informed me the account was closed and was considered a charge off.  When I asked for an accounting of what has been paid to show a balance on the statement, she pulled up the last statement from 2015.  The statement is dated April 30, 2022, but it does not reflect the arrearage claim of $16,489.52 being paid.  That amount was paid in full through the Chapter 13 Trustee on  March 2, 2021.  The statement also does not reflect the monthly payments of $265.96 from August 30, 2018 to present, for a total of $12,800.12.  The principal balance shows no reduction since 2015.  Based on the estimated indebtedness on the property and the estimated current market value, the net equity in our home is approximately $323,000.00.  See Exhibit 3.

Again, we take comfort in knowing now that we made the right decision to keep our home and make the payments as required.

12.    Based on the foregoing, my husband and I respectfully request that this Court confirm the plan.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct

Executed on _June 1_ , 2022, at _Lake Elsinore_ California.

Kathleen Annelle Clelland

# EXHIBIT 1

David Wayne Hillyer and Katherine Ouellana
6:18-14772-WJ - Case Filed:  June 5, 2018

| MONTHLY PAYMENT DUE DATE | DATE AND METHOD OF PAYMENT | DELIVERY METHOD |
|---|---|---|
| July 5, 2018 | 07/18/2018/cashier's check | Hand delivered to Trustee at first meeting |
| August 1, 2018 | 08/01/2018/cashier's check - adjustment to plan payment after first meeting | Payment sent by Reid & Hellyer, APC |
| September 5, 2018 | 09/01/2018/cashier's check | Payment sent by Reid & Hellyer, APC |
| October 5, 2018 | 10/05/2018/cashier's check | Payment sent by Reid & Hellyer, APC |
| November 5, 2018 | 11/02/2018/cashier's check | Payment sent by Reid & Hellyer, APC |
| December 5, 2018 | 11/30/2018/cashier's check | Payment sent by Reid & Hellyer, APC |
| January 5, 2019 | 12/29/2018/cashier's check | Payment sent by Reid & Hellyer, APC |
| February 5, 2019 | 02/01/2019/cashier's check | Payment sent by Reid & Hellyer, APC |
| March 5, 2019 | Motion to Dismiss and Motion for Reconsideration pending - Hold on Payments | |
| April 5, 2019 | Motion to Dismiss and Motion for Reconsideration pending - 3/27/2019/cashier's check sent to R&H to hold pending resolution of Motion for Reconsideration | |
| May 5, 2019 | 05/06/2019/cashier's check sent to R&H to hold pending resolution of Motion for Reconsideration | |
| | | |

| MONTHLY PAYMENT DUE DATE | DATE AND METHOD OF PAYMENT | DELIVERY METHOD |
|---|---|---|
| June 5, 2019 | 06/13/2019/cashier's check from R&H - funds held in Trust; turned over pursuant to Court Order | Payment sent by Reid & Hellyer, APC |
| July 5, 2019 | 07/03/2019/cashier's check from R&H - funds held in Trust; turned over pursuant to Court Order | Payment sent by Reid & Hellyer, APC |
| August 5, 2019 | 08/02/2019/cashier's check | Payment sent by Reid & Hellyer, APC |
| September 5, 2019 | 09/05/2019/cashier's check | Payment sent by Reid & Hellyer, APC |
| October 5, 2019 | 10/03/2019/cashier's check | Payment sent by Reid & Hellyer, APC |
| November 5, 2019 | 11/01/2019/cashier's check | Payment sent by Reid & Hellyer, APC |
| December 5, 2019 | 11/30/2019/cashier's check | Payment sent by Reid & Hellyer, APC |
| January 5, 2020 | 01/03/2020/cashier's check | Payment sent by Reid & Hellyer, APC |
| February 5, 2020 | 02/03/2020/cashier's check | Payment sent by Reid & Hellyer, APC |
| March 5, 2020 | 02/28/2020/cashier's check | Due to Covid and limited hours of Reid & Hellyer, APC, Debtors commenced making payments directly by overnight mail (no signature required) |
| April 5, 2020 | 04/01/2020/cashier's check | Debtors making payments directly by overnight mail (no signature required) |

| MONTHLY PAYMENT DUE DATE | DATE AND METHOD OF PAYMENT | DELIVERY METHOD |
|---|---|---|
| May 5, 2020 | 05/01/2020/cashier's check | Debtors making payments directly by overnight mail (no signature required) |
| June 5, 2020 | 06/24/2020/cashier's check | Debtors making payments directly by overnight mail (no signature required) |
| July 5, 2020 | 07/01/2020/cashier's check | Debtors making payments directly by overnight mail (no signature required) |
| August 5, 2020 | 07/20/2020/cashier's check | Debtors making payments directly by overnight mail (no signature required) |
| September 5, 2020 | 08/28/2020/cashier's check | Debtors making payments directly by overnight mail (no signature required) |
| October 5, 2020 | 10/03/2020/cashier's check | Check lost - claim filed with bank issuing cashier's check. |
| November 5, 2020 | 11/02/2020/cashier's check | Debtors making payments directly by overnight mail (no signature required) |
| December 5, 2020 | 12/23/2020/cashier's check 12/24/2020/cashier's check | Debtors making payments directly by overnight mail (no signature required) |
| January 5, 2021 | 12/31/2020/cashier's check | Debtors making payments directly by overnight mail (no signature required) |
| February 5, 2021 | 01/23/2021/cashier's check - attached | Debtors making payments directly by overnight mail (no signature required) 02/01/2021* |
| March 5, 2021 | 02/23/2021/cashier's check - attached | Debtors making payments directly by overnight mail (no signature required) |

| MONTHLY PAYMENT DUE DATE | DATE AND METHOD OF PAYMENT | DELIVERY METHOD |
|---|---|---|
| | | 03/01/2021* |
| April 5, 2021 | 04/02/2021/TFS - attached | 04/08/2021 * |
| May 5, 2021 | 04/30/2021/cashier's check - attached | Debtors making payments directly by overnight mail (no signature required)<br><br>05/05/2021* |
| June 5, 2021 | 05/27/2021/cashier's check - attached | Debtors making payments directly by overnight mail (no signature required)<br><br>06/02/2021* |
| July 5, 2021 | 06/21/2021/cashier's check - attached | Debtors making payments directly by overnight mail (no signature required)<br><br>06/29/2021* |
| August 5, 2021 | 07/20/2021/cashier's check - attached | Debtors making payments directly by overnight mail (no signature required)<br><br>07/28/2021* |
| September 5, 2021 | 08/28/2021/cashier's check - attached<br><br>Delivered to post office 08/31/21 | Debtors making payments directly by overnight mail (no signature required)<br><br>See attached<br><br>09/03/2021* |
| October 5, 2021 | 10/01/2021/cashier's check - attached<br><br>Delivered to post office 10/02/21 | Debtors making payments directly by overnight mail (no signature required)<br><br>See attached<br><br>10/06/2021* |

| MONTHLY PAYMENT DUE DATE | DATE AND METHOD OF PAYMENT | DELIVERY METHOD |
|---|---|---|
| November 5, 2021 | 10/27/2021/cashier's check - attached<br><br>Delivered to post office 10/28/2021 | Debtors making payments directly by overnight mail (no signature required)<br><br>See attached.<br><br>11/02/2021* |
| December 5, 2021 | 11/30/2021/cashier's check - attached<br><br>Delivered to post office 12/01/2021 | Debtors making payments directly by overnight mail (no signature required)<br><br>See attached.<br><br>12/07/2021* |
| January 5, 2022 | 12/31/2021/cashier's check - attached<br><br>Delivered to post office 01/04/2022 | Debtors making payments directly by overnight mail (no signature required)<br><br>See attached.<br><br>01/07/2022* |
| February 5, 2022 | 02/01/2022/cashier's check - attached<br><br>Delivered to post office 02/02/2022 | Debtors making payments directly by overnight mail (no signature required)<br><br>See attached.<br><br>02/07/2022* |
| March 5, 2022 | 03/01/2022/cashier's check - attached<br><br>Delivered to post office 03/02/2022 | Debtors making payments directly by overnight mail (no signature required)<br><br>See attached.<br><br>03/03/2022* |
| April 5, 2022 | 04/02/2022/cashier's check - attached<br><br>Delivered to post office 04/04/2022 | Debtors making payments directly by overnight mail (no signature required)<br><br>See attached. |

| MONTHLY PAYMENT DUE DATE | DATE AND METHOD OF PAYMENT | DELIVERY METHOD |
|---|---|---|
| | | 04/06/2022* |
| May 5, 2022 | 4/29/22/cashier's check - attached; sent out 4/30/22<br><br>Delivered to post office 05/02/2022 | Debtors making payments directly by overnight mail (no signature required)<br><br>See attached.<br><br>05/03/2022* |
| By June 15, 2022 | 05/20/22/cashier's check – attached;  sent out 05/20/22 Representing shortage due pursuant to Chapter 13 Trustee accounting.<br><br>Delivered to post office 05/21/2022 | Debtors making payments directly by overnight mail (no signature required)<br><br>See attached.<br><br>05/24/20222* |
| June 5, 2022 | 06/01/22/cashier's check - attached | Debtors making payments directly by overnight mail (no signature required)<br><br>See attached.<br><br>Pending receipt as of this Declaration. |

*Pursuant to Chapter 13 Trustee's Website.



## Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to
    prevent this from occurring
  - In most cases, the funds will be considered "abandoned"
    before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check
    is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has
    been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY                    Customer Copy
**CASHIER'S CHECK**

1143643732

08/28/2021
Void after 7 years

Remitter:   DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

$** 5,446.00 **

Pay To The     CHAPTER 13 TRUSTEE
Order Of:

Memo: *September 2021 Payment*            Drawer: JPMORGAN CHASE BANK, N.A.
Note: For information only. Comment has no effect on bank's payment.     **NON NEGOTIABLE**

---

282111107 NEW 01/21 8810004306

HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK    **CASHIER'S CHECK**    HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK

1143643732

Date    08/28/2021   Void after 7 years     1221

Remitter:   DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

Pay To The     CHAPTER 13 TRUSTEE
Order Of:

Pay:   FIVE THOUSAND FOUR HUNDRED FORTY SIX DOLLARS AND 00 CENTS     $** 5,446.00 **

Memo: *Case #6:18-bk-14772-WJ*            Drawer: JPMORGAN CHASE BANK, N.A.
Do not write outside this box
Note: For information only. Comment has no effect on bank's payment.

*Rebecca Griffin*
Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑆ 114364373 2⑈ ⑆122100024⑆ 806002234⑈



**UNITED STATES POSTAL SERVICE**

LAKE ELSINORE
500 W GRAHAM AVE
LAKE ELSINORE, CA 92530-9998
(800)275-8777

08/30/2021                                    01:51 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Rate Inquiries | 1 | | $0.00 |
| Req Passport Form | 1 | | $0.00 |
| Priority Mail® 1-Day 1 Window FR Env | | | $7.95 |

  Los Angeles, CA 90009
  Flat Rate
  Expected Delivery Date
    Tue 08/31/2021
  Tracking #
    9505 5162 1637 1242 6089 99
  Insurance                              $0.00
    Up to $50.00 included

| Total | | | $7.95 |

| Grand Total: | | | $7.95 |

| Debit Card Remitted | | | $7.95 |

  Card Name: VISA
  Account #: XXXXXXXXXXXX0242
  Approval #: 015116
  Transaction #: 565
  Receipt #: 039082
  Debit Card Purchase: $7.95
  AID: A0000000980840              Chip
  AL: US DEBIT
  PIN: Verified

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
USPS is experiencing unprecedented volume
    increases and limited employee
    availability due to the impacts of
COVID-19. We appreciate your patience.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
          1-800-222-1811.

    Save this receipt as evidence of
insurance. For information on filing an
          insurance claim go to
  https://www.usps.com/help/claims.htm

        Preview your Mail
        Track your Packages
        Sign up for FREE @
  https://informeddelivery.usps.com

  Earn rewards on your business account
    purchases of Priority Mail labels
    with the USPS Loyalty program by
      using Click and Ship. Visit
      www.usps.com/smallbizloyalty
          for more info.

    United States Postal Service
      NOW HIRING NATIONWIDE
  Career Path Positions with Benefits
        Apply online at

# USPS Tracking®

FAQs ›

## Track Another Package  +

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?

app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 9505516218371242608993

Remove ✕

Your item has been delivered and is available at a PO Box at 5:14 pm on August
31, 2021 in LOS ANGELES, CA 90009.

USPS Tracking Plus™ Available ⌄

## ⊘ Delivered, PO Box

August 31, 2021 at 5:14 pm
LOS ANGELES, CA 90009

Get Updates ⌄

---

**Text & Email Updates**                                         ⌄

---

**Tracking History**                                              ⌃

**August 31, 2021, 5:14 pm**
Delivered, PO Box
LOS ANGELES, CA 90009
Your item has been delivered and is available at a PO Box at 5:14 pm on August 31,
2021 in LOS ANGELES, CA 90009.



**Terms and Conditions (Remitter and Payee):**

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
    - Please cash/deposit this Cashier's Check as soon as possible to
      prevent this from occurring
    - In most cases, the funds will be considered "abandoned"
      before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
    - Stop Payment can only be placed if the Cashier's Check
      is lost, stolen, or destroyed
    - We may not re-issue or refund the funds after the stop payment has
      been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY          **Customer Copy**

**CASHIER'S CHECK**                          1143643973

                                          10/01/2021
                                          Void after 7 years
Remitter:    DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

                                                    $** 5,446.00 **

Pay To The    CHAPTER 13 TRUSTEE
Order Of:

Memo: _October 2021 Payment_          Drawer   **JPMORGAN CHASE BANK, N.A.**
Note: For information only. Comment has no effect on bank's payment.    **NON NEGOTIABLE**

                                                    282111107 NEW 01/21 8810004306

**CASHIER'S CHECK**                          1143643973    91-2
                                                           1221
                              Date   10/01/2021   Void after 7 years

Remitter:    DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

Pay To The    CHAPTER 13 TRUSTEE
Order Of:

Pay:    FIVE THOUSAND FOUR HUNDRED FORTY SIX DOLLARS AND 00 CENTS    $** 5,446.00 **

                                          Drawer:   **JPMORGAN CHASE BANK, N.A.**

Do not write outside this box
Memo: _Case # 6:18-bk-14772-WJ_          Rebecca Griffin
Note: For information only. Comment has no effect on bank's payment.    Rebecca Griffin, Chief Administrative Officer
                                          JPMorgan Chase Bank, N.A.
                                          Phoenix, AZ

⑈ 1143643973⑈ ⑆ 122100024⑆ 80600 2234⑈



**UNITED STATES POSTAL SERVICE.**

LAKE ELSINORE
500 W GRAHAM AVE
LAKE ELSINORE, CA 92530-9998
(800)275-8777

10/01/2021                          10:56 AM

| Product | Qty | Unit Price | Price |
|---------|-----|-----------|-------|
| Priority Mail® 1-Day 1 | | | $7.95 |
| Window FR Env | | | |

    Los Angeles, CA 90009
    Flat Rate
    Expected Delivery Date
      Sat 10/02/2021
    Tracking #:
      9505 5162 1839 1274 5628 03
    Insurance                         $0.00
      Up to $50.00 included

Total                                  $7.95

Rate Inquiries        1                $0.00

Grand Total:                           $7.95

Cash                                  $10.00
Change                                -$2.05

**************************************
USPS is experiencing unprecedented volume
increases and limited employee
availability due to the impacts of
COVID-19. We appreciate your patience.
**************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

Earn rewards on your business account
purchases of Priority Mail labels
with the USPS Loyalty program by
using Click and Ship. Visit
www.usps.com/smallbizloyalty
for more info.

United States Postal Service
NOW HIRING NATIONWIDE
Career Path Positions with Benefits
Apply online at
www.usps.com/careers

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.

# USPS Tracking®

FAQs >

## Track Another Package  +

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?

app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 9505516218391274562803

Remove ✕

Your item has been delivered and is available at a PO Box at 9:51 am on October
2, 2021 in LOS ANGELES, CA 90009.

**USPS Tracking Plus™ Available** ⌄

 **Delivered, PO Box**

October 2, 2021 at 9:51 am
LOS ANGELES, CA 90009

**Get Updates** ⌄

---

**Text & Email Updates**                                              ⌄

---

**Tracking History**                                                  ⌃

**October 2, 2021, 9:51 am**
Delivered, PO Box
LOS ANGELES, CA 90009
Your item has been delivered and is available at a PO Box at 9:51 am on October 2,
2021 in LOS ANGELES, CA 90009.



### Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to
    prevent this from occurring
  - In most cases, the funds will be considered "abandoned"
    before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check
    is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has
    been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY          Customer Copy

**CASHIER'S CHECK**                                    1143644172

10/27/2021
Void after 7 years

Remitter:    DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

$** 5,446.00 **

Pay To The    CHAPTER 13 TRUSTEE
Order Of:

Memo: _November 2021 Payment_          Drawer: JPMORGAN CHASE BANK, N.A.
Note: For information only. Comment has no effect on bank's payment.          **NON NEGOTIABLE**

282111107 NEW 01/21 8810004306

HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK    **CASHIER'S CHECK**    HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK

1143644172

Date    10/27/2021    Void after 7 years          1221

Remitter:    DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

Pay To The    CHAPTER 13 TRUSTEE
Order Of:

Pay:    FIVE THOUSAND FOUR HUNDRED FORTY SIX DOLLARS AND 00 CENTS          $** 5,446.00 **

Do not write outside this box

Memo: _Case # 6:18-bk-14772-WJ_          Drawer: JPMORGAN CHASE BANK, N.A.
Note: For information only. Comment has no effect on bank's payment.

_Rebecca Griffin_
Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑈1143644172⑈ ⑆122100024⑆ 806002234⑈



**UNITED STATES POSTAL SERVICE.**

LAKE ELSINORE
500 W GRAHAM AVE
LAKE ELSINORE, CA 92530-3884
(800)275-8777

10/27/2021                              02:11 PM

Product          Qty    Unit        Price
                        Price

Priority Mail® 1-Day 1              $8.70
Window FR Env
    Los Angeles, CA 90009
    Flat Rate
    Expected Delivery Date
       Thu 10/28/2021
    Tracking #:
       9505 5102 1838 1300 4855 60
    Insurance                       $0.00
       Up to $50.00 included
Total                               $8.70

SYRP PWTR 16NE      1      $3.99    $3.99


Grand Total:                       $12.69

Debit Card Remitted                $12.69
    Card Name: VISA
    Account #: XXXXXXXXXX3232
    Approval #: 081117
    Transaction #: 879
    Receipt #: 028422
    Debit Card Purchase: $12.69
    AID: A0000000980840
    AL: US DEBIT
    PIN: Verified


************************************
USPS is experiencing unprecedented volume
increases and limited employee
availability due to the impacts of
COVID-19. We appreciate your patience.
************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

Earn rewards on your Priority Mail
purchases of Priority Mail labels
with the USPS Loyalty program by
using Click and Ship. Visit
www.usps.com/smallbizloyalty
for more info

United States Postal Service
NOW HIRING NATIONWIDE
Career Path Positions with Benefits
Apply online at
www.usps.com/careers

All sales final on stamps and postage

# USPS Tracking®

FAQs >

## Track Another Package  +

Get the free Informed Delivery® feature to receive
automated notifications on your packages     **Learn More**

**(https://reg.usps.com/xsell?**
**app=UspsTools&ref=ho** nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 9505516218381300435560          Remove ✕

Your item has been delivered and is available at a PO Box at 10:44 am on October
28, 2021 in LOS ANGELES, CA 90009.

**USPS Tracking Plus™** Available ⌄

## ⊘ Delivered, PO Box

October 28, 2021 at 10:44 am
LOS ANGELES, CA 90009

**Get Updates** ⌄

---

**Text & Email Updates**                                    ⌄

---

**Tracking History**                                        ⌃

**October 28, 2021, 10:44 am**
Delivered, PO Box
LOS ANGELES, CA 90009
Your item has been delivered and is available at a PO Box at 10:44 am on October 28,
2021 in LOS ANGELES, CA 90009.



### Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
    - Please cash/deposit this Cashier's Check as soon as possible to
      prevent this from occurring
    - In most cases, the funds will be considered "abandoned"
      before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
    - Stop Payment can only be placed if the Cashier's Check
      is lost, stolen, or destroyed
    - We may not re-issue or refund the funds after the stop payment has
      been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY          Customer Copy

**CASHIER'S CHECK**                              1143644441

11/30/2021
Void after 7 years

Remitter:    DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

$** 5,446.00 **

**Pay To The**    CHAPTER 13 TRUSTEE
**Order Of:**

Memo: December 2021 Payment                Drawer JPMORGAN CHASE BANK, N.A.
Note: For information only. Comment has no effect on bank's payment.        NON NEGOTIABLE

---

282111107 NEW 01/21 8810004306

**CASHIER'S CHECK**                1143644441        91-2
                                                      1221
CHASE                    Date    11/30/2021    Void after 7 years

Remitter:    DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

**Pay To The**    CHAPTER 13 TRUSTEE
**Order Of:**

**Pay:**    FIVE THOUSAND FOUR HUNDRED FORTY SIX DOLLARS AND 00 CENTS        $** 5,446.00 **

Do not write outside this box                    Drawer JPMORGAN CHASE BANK, N.A.

Memo: Case #6:18-bk-14772-WJ                      Rebecca Griffin
Note: For information only. Comment has no effect on bank's payment.    Rebecca Griffin, Chief Administrative Officer
                                                 JPMorgan Chase Bank, N.A.
                                                 Phoenix, AZ

⑈ 1143644441 ⑈  ⑆ 1221000 24 ⑈  80600 2234 ⑈



**UNITED STATES POSTAL SERVICE.**

LAKE ELSINORE FINANCE
31724 CASINO DR
LAKE ELSINORE CA 92530-4510
(800)275-8777

11/30/2021                    10:33 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Rate Inquiries | 1 | | $0.00 |
| Req Passport Form | 1 | | $0.00 |
| Priority Mail® 1 Day 1 | | | $8.70 |
| Window FR Env | | | |
| Los Angeles, CA 90069 | | | |
| Flat Rate | | | |
| Expected Delivery Date | | | |
| Thu 12/02/2021 | | | |
| Tracking #: | | | |
| 9505 5162 1837 1334 6253 10 | | | |
| Insurance | | | $0.00 |
| Up to $50.00 included | | | |
| Total | | | $8.70 |

| | | |
|---|---|---|
| Grand Total: | | $8.70 |
| Cash | | $9.00 |
| Change | | $0.30 |

```
*************************************
USPS is experiencing unprecedented volume
increases and limited employee
availability due to the impacts of
COVID-19. We appreciate your patience.
*************************************
```

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm

Preview your Mail
Track your Packages
· Sign up for FREE @
https://informeddelivery.usps.com

Earn rewards on your business account
purchases of Priority Mail labels
with the USPS Loyalty program by
using Click and Ship. Visit
www.usps.com/smallbizloyalty
for more info.

United States Postal Service
NOW HIRING NATIONWIDE
Career Path Positions with Benefits
Apply online at
www.usps.com/careers

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 9505516218371334625310

Remove ✕

Your item arrived at the Post Office at 1:22 pm on December 1, 2021 in LOS ANGELES, CA 90009.

USPS Tracking Plus™ Available ⌄

## Arrived at Post Office

December 1, 2021 at 1:22 pm
LOS ANGELES, CA 90009

**Change Delivery Instructions** ⌄

---

**Text & Email Updates**                                      ⌄

---

**Delivery Instructions**                                      ⌄

---

**Tracking History**                                          ⌃

**December 1, 2021, 1:22 pm**
Arrived at Post Office
LOS ANGELES, CA 90009
Your item arrived at the Post Office at 1:22 pm on December 1, 2021 in LOS ANGELES, CA 90009.



### Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
    - Please cash/deposit this Cashier's Check as soon as possible to
      prevent this from occurring
    - In most cases, the funds will be considered "abandoned"
      before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
    - Stop Payment can only be placed if the Cashier's Check
      is lost, stolen, or destroyed
    - We may not re-issue or refund the funds after the stop payment has
      been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY          Customer Copy

## CASHIER'S CHECK                                    1143644687

12/31/2021
Void after 7 years

**Remitter:**   DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

$** 5,446.00 **

**Pay To The**   CHAPTER 13 TRUSTEE
**Order Of:**

Memo: _January 2022 Payment_          Drawer: JPMORGAN CHASE BANK, N.A.
Note: For information only. Comment has no effect on bank's payment.          NON NEGOTIABLE

---

202111107 NEW 01/21 8810004306

HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK          **CASHIER'S CHECK**          1143644687   91-2
                                                                                                              1221
                                                                         Date   12/31/2021   Void after 7 years

**Remitter:**   DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

**Pay To The**   CHAPTER 13 TRUSTEE
**Order Of:**

**Pay:**   FIVE THOUSAND FOUR HUNDRED FORTY SIX DOLLARS AND 00 CENTS          $** 5,446.00 **

Drawer: **JPMORGAN CHASE BANK, N.A.**

Do not write outside this box
Memo: _Case #6-18-bk-14772-WJ_          _Rebecca Griffin_
Note: For information only. Comment has no effect on bank's payment.          Rebecca Griffin, Chief Administrative Officer
                                                                             JPMorgan Chase Bank, N.A.
                                                                             Phoenix, AZ

⑈1143644687⑈ ⑆122100024⑆ 806002234⑈



UNITED STATES
POSTAL SERVICE.

LAKE ELSINORE FINANCE
31724 CASINO DR
LAKE ELSINORE, CA 92530-4510
(800)275-8777

12/31/2021                        03:50 PM

Product              Qty    Unit      Price
                            Price

Priority Mail® 1-Day 1                $7.95
Window FR Env
    Los Angeles, CA 90009
    Flat Rate
    Expected Delivery Date
        Mon 01/03/2022
    Tracking #:
        9505 5162 1836 1365 4550 22
    Insurance                         $0.00
        Up to $50.00 included
Total                                 $7.95

Rate Inquiries        1               $0.00

Grand Total:                          $7.95

Debit Card Remitted                   $7.95
    Card Name: VISA
    Account #: XXXXXXXXXXXX3232
    Approval #: 005018
    Transaction #: 048
    Receipt #: 029638
    Debit Card Purchase: $7.95
    AID: A0000000980840        Chip
    AL: US DEBIT
    PIN: Verified

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
USPS is experiencing unprecedented volume
    increases and limited employee
    availability due to the impacts of
COVID-19. We appreciate your patience.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
          1-800-222-1811.

    Save this receipt as evidence of
insurance. For information on filing an
          insurance claim go to
    https://www.usps.com/help/claims.htm
        or call 1-800-222-1811

        Preview your Mail
        Track your Packages
        Sign up for FREE @
    https://informeddelivery.usps.com

Earn rewards on your business account
    purchases of Priority Mail labels
    with the USPS Loyalty program by
    using Click and Ship. Visit
    www.usps.com/smallbizloyalty
          for more info.

All sales final on stamps and postage.
Refunds for guaranteed services only.
    Thank you for your business.

    Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

Track Another Package +

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=Us sTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/sta

**Tracking Number:** 9505516218381365455022

Remove X

Your item has been delivered and is available at a PO Box at 5:39 pm on January 4, 2022 in LOS
ANGELES, CA 90009.

USPS Tracking Plus® Available ∨

## ☑ Delivered, PO Box

January 4, 2022 at 5:39 pm
LOS ANGELES, CA 90009

Get Updates ∨

---

Text & Email Updates                                                ∨

---

Tracking History                                                    ∧

**January 4, 2022, 5:39 pm**
Delivered, PO Box
LOS ANGELES, CA 90009
Your item has been delivered and is available at a PO Box at 5:39 pm on January 4, 2022 in LOS
ANGELES, CA 90009.

**January 4, 2022, 1:59 pm**
Arrived at Post Office
LOS ANGELES, CA 90009

**January 4, 2022, 2:06 am**
Departed USPS Regional Facility
LOS ANGELES CA DISTRIBUTION CENTER

Feedback



## CHASE ⬡

### Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
    - Please cash/deposit this Cashier's Check as soon as possible to
      prevent this from occurring
    - In most cases, the funds will be considered "abandoned"
      before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
    - Stop Payment can only be placed if the Cashier's Check
      is lost, stolen, or destroyed
    - We may not re-issue or refund the funds after the stop payment has
      been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY          Customer Copy

**CASHIER'S CHECK**                          1143644970

                                    02/01/2022
                                    Void after 7 years
Remitter:    DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

                                                    $** 5,446.00 **

Pay To The   CHAPTER 13 TRUSTEE
Order Of:

Memo:   February 2022 Payment
Note: For information only. Comment has no effect on bank's payment.     Drawer   **JPMORGAN CHASE BANK, N.A.**
                                                                        **NON NEGOTIABLE**

---

                                                    202111107 NEW 01/21 8810004306

CHASE ⬡            **CASHIER'S CHECK**            1143644970    91-2
                                    Date   02/01/2022   Void after 7 years    1221
Remitter:    DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

Pay To The   CHAPTER 13 TRUSTEE
Order Of:

Pay:   FIVE THOUSAND FOUR HUNDRED FORTY SIX DOLLARS AND 00 CENTS    $** 5,446.00 **

Do not write outside this box
Memo:   Case # 6:18-bk-14772-WJ          Drawer   **JPMORGAN CHASE BANK, N.A.**
Note: For information only. Comment has no effect on bank's payment.
                                        Rebecca Griffin
                                        Rebecca Griffin, Chief Administrative Officer
                                        JPMorgan Chase Bank, N.A.
                                        Phoenix, AZ

⑈1143644970⑈ ⑆122100024⑆ 806002234⑈



**UNITED STATES POSTAL SERVICE.**

LAKE ELSINORE FINANCE
31724 CASINO DR
LAKE ELSINORE, CA 92530-4510
(800)275-8777

02/01/2022                          04:24 PM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| Priority Mail® 1-Day 1 | | | $8.95 |

Window FR Env
    Los Angeles, CA 90009
    Flat Rate
    Expected Delivery Date
        Wed 02/02/2022
    Tracking #:
        9505 5162 1838 2032 4598 86
    Insurance                       $0.00
    Up to $50.00 included
Total                               $8.95

Grand Total:                        $8.95

Debit Card Remitted                 $8.95
    Card Name: VISA
    Account #: XXXXXXXXXXXX3232
    Approval #: 092419
    Transaction #: 329
    Receipt #: 029944
    Debit Card Purchase: $8.95
    AID: A0000000980840          Chip
    AL: US DEBIT
    PIN: Verified

***************************************
USPS is experiencing unprecedented volume
    increases and limited employee
    availability due to the impacts of
COVID-19. We appreciate your patience.
***************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
        insurance claim go to
https://www.usps.com/help/claims.htm
    or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



# USPS Tracking®

FAQs >

**Track Another Package +**

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=UsPsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/sta

**Tracking Number:** 9505516218382032459886

Remove ✕

Your item has been delivered and is available at a PO Box at 10:08 am on February 2, 2022 in
LOS ANGELES, CA 90009.

USPS Tracking Plus® Available ∨

## ✅ Delivered, PO Box

February 2, 2022 at 10:08 am
LOS ANGELES, CA 90009

**Get Updates** ∨

---

**Text & Email Updates**                                        ∨

---

**Tracking History**                                             ∧

**February 2, 2022, 10:08 am**
Delivered, PO Box
LOS ANGELES, CA 90009
Your item has been delivered and is available at a PO Box at 10:08 am on February 2, 2022 in LOS
ANGELES, CA 90009.

**February 2, 2022, 7:40 am**
Arrived at Post Office
VENICE, CA 90291

**February 2, 2022, 7:23 am**
Arrived at USPS Facility
LOS ANGELES, CA 90045



### Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
    - Please cash/deposit this Cashier's Check as soon as possible to
      prevent this from occurring
    - In most cases, the funds will be considered "abandoned"
      before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
    - Stop Payment can only be placed if the Cashier's Check
      is lost, stolen, or destroyed
    - We may not re-issue or refund the funds after the stop payment has
      been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY     **Customer Copy**

**CASHIER'S CHECK**

1143645213

03/01/2022
Void after 7 years

**Remitter:**    DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

$** 5,446.00 **

**Pay To The Order Of:**    CHAPTER 13 TRUSTEE

Memo: *March 2022 Payment*

Note: For information only. Comment has no effect on bank's payment.

Drawer    **JPMORGAN CHASE BANK, N.A.**

**NON NEGOTIABLE**

---

282111107 NEW 01/21 8810004306

HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK    **CASHIER'S CHECK**    HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK

1143645213    91-2
1221

Date    03/01/2022    Void after 7 years

**Remitter:**    DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

**Pay To The Order Of:**    CHAPTER 13 TRUSTEE

**Pay:**    FIVE THOUSAND FOUR HUNDRED FORTY SIX DOLLARS AND 00 CENTS    $** 5,446.00 **

Do not write outside this box

Memo: Case #6:18-bk-14772-WJ

Note: For information only. Comment has no effect on bank's payment.

Drawer    **JPMORGAN CHASE BANK, N.A.**

Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑈ ⑈ ⑈ 643645213 ⑈ ⑈ ⑈ 122100024 ⑈ 80600 2234 ⑈ ⑈



**UNITED STATES POSTAL SERVICE**

LAKE ELSINORE FINANCE
31724 CASINO DR
LAKE ELSINORE, CA 92530-4510
(800)275-8777

03/01/2022                    02:57 PM

| Product | Qty | Unit Price | Price |
|---------|-----|-----------|-------|
| Priority Mail® 1-Day 1 | | | $8.95 |
| Window FR Env | | | |

Los Angeles, CA 90009
Flat Rate
Expected Delivery Date
Wed 03/02/2022
Tracking #:
9505 5162 1838 2060 4678 22
Insurance                              $0.00
Up to $50.00 included

Total                                    $8.95

Grand Total:                             $8.95

Debit Card Remitted                      $8.95
Card Name: VISA
Account #: XXXXXXXXXXXX3232
Approval #: 015717
Transaction #: 873
Receipt #: 030513
Debit Card Purchase: $8.95
AID: A0000000980840        Chip
AL: US DEBIT
PIN: Verified

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
USPS is experiencing unprecedented volume
increases and limited employee
availability due to the impacts of
COVID-19. We appreciate your patience.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
Insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



# USPS Tracking®

**Track Another Package  +**

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=Us sTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/sta

---

**Tracking Number:** 9505516218382060467822

Remove ✕

Your item has been delivered and is available at a PO Box at 9:51 am on March 2, 2022 in LOS
ANGELES, CA 90009.

USPS Tracking Plus® Available ⌄

## ⊘ Delivered, PO Box

March 2, 2022 at 9:51 am
LOS ANGELES, CA 90009

**Get Updates** ⌄

---

**Text & Email Updates**                                                           ⌄

---

**Tracking History**                                                                 ⌃

**March 2, 2022, 9:51 am**
Delivered, PO Box
LOS ANGELES, CA 90009
Your item has been delivered and is available at a PO Box at 9:51 am on March 2, 2022 in LOS
ANGELES, CA 90009.

**March 2, 2022, 9:44 am**
Arrived at Post Office
LOS ANGELES, CA 90009

**March 2, 2022, 5:37 am**
Arrived at USPS Facility
LOS ANGELES, CA 90045

Feedback



**Terms and Conditions (Remitter and Payee):**

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
    - Please cash/deposit this Cashier's Check as soon as possible to
      prevent this from occurring
    - In most cases, the funds will be considered "abandoned"
      before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
    - Stop Payment can only be placed if the Cashier's Check
      is lost, stolen, or destroyed
    - We may not re-issue or refund the funds after the stop payment has
      been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY          Customer Copy

**CASHIER'S CHECK**                                     1143645490

04/02/2022
Void after 7 years

**Remitter:**   DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

$** 5,446.00 **

**Pay To The**   CHAPTER 13 TRUSTEE
**Order Of:**

Memo: _April 2022 Payment_          Drawer: JPMORGAN CHASE BANK, N.A.

Note: For information only. Comment has no effect on bank's payment.          **NON NEGOTIABLE**

---

282111107 NEW 01/21 8810004306

HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK          **CASHIER'S CHECK**          HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK          91-2
                                                                                                              1221

**CHASE**                                          Date    04/02/2022    Void after 7 years          1143645490

**Remitter:**    DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

**Pay To The**   CHAPTER 13 TRUSTEE
**Order Of:**

**Pay:**   FIVE THOUSAND FOUR HUNDRED FORTY SIX DOLLARS AND 00 CENTS          $** 5,446.00 **

Do not write outside this box

Memo: _Case #6:18-bk-14772-WJ_          Drawer: JPMORGAN CHASE BANK, N.A.

Note: For information only. Comment has no effect on bank's payment.          _Rebecca Griffin_
                                                                              Rebecca Griffin, Chief Administrative Officer
                                                                              JPMorgan Chase Bank, N.A.
                                                                              Phoenix, AZ

⑈1143645490⑈ ⑆122100024⑆ 806002234⑈



**UNITED STATES POSTAL SERVICE**

LAKE ELSINORE FINANCE
31724 CASINO DR
LAKE ELSINORE, CA 92530-4510
(800)275-8777

04/02/2022                          12:55 PM

| Product | Qty | Unit Price | Price |
|---------|-----|-----------|-------|
| Rate Inquiries | 1 | | $0.00 |
| Priority Mail® 1-Day 1 | | | $8.95 |

Window FR Env
   Los Angeles, CA 90009
   Flat Rate
   Expected Delivery Date
      Mon 04/04/2022
   Tracking #:
      9505 5152 1836 2092 4613 64
   Insurance                        $0.00
      Up to $50.00 included

Total                               $8.95

Grand Total:                        $8.95

Debit Card Remitted                 $8.95
   Card Name: VISA
   Account #: XXXXXXXXXXXX3232
   Approval #: 065515
   Transaction #: 493
   Receipt #: 031183
   Debit Card Purchase: $8.95
   AID: A0000000980840         Chip
   AL: US DEBIT
   PIN: Verified

************************************************
     Every household in the U.S. is now
      eligible to receive a second set
            of 4 free test kits.
         Go to www.covidtests.gov
************************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
 and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

     Save this receipt as evidence of
insurance. For information on filing an
       insurance claim go to
  https://www.usps.com/help/claims.htm
       or call 1-800-222-1811

         Preview your Mail
        Track your Packages
        Sign up for FREE @
  https://informeddelivery.usps.com

  All sales final on stamps and postage.
  Refunds for guaranteed services only.
        Thank you for your business.

       Tell us about your experience.
  Go to: https://postalexperience.com/Pos
  or scan this code with your mobile device.



# USPS Tracking®

FAQs ⟩

**Track Another Package  +**

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

**(https://reg.usps.com/xsell?**
app=Us sTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/ste

**Tracking Number:** 9505516218362092461364

Remove ✕

Your item has been delivered and is available at a PO Box at 11:09 am on April 4, 2022 in LOS
ANGELES, CA 90009.

**USPS Tracking Plus® Available** ∨

## ✅ Delivered, PO Box

April 4, 2022 at 11:09 am
LOS ANGELES, CA 90009

**Get Updates** ∨

---

**Text & Email Updates**                                                                 ∨

---

**Tracking History**                                                                        ∧

**April 4, 2022, 11:09 am**
Delivered, PO Box
LOS ANGELES, CA 90009
Your item has been delivered and is available at a PO Box at 11:09 am on April 4, 2022 in LOS
ANGELES, CA 90009.

**April 4, 2022, 11:03 am**
Arrived at Post Office
LOS ANGELES, CA 90009

**April 3, 2022, 9:28 am**
Arrived at USPS Regional Facility
LOS ANGELES CA INTERNATIONAL DISTRIBUTION CENTER

Feedba

**April 3, 2022, 4:22 am**
Departed USPS Regional Facility
LOS ANGELES CA DISTRIBUTION CENTER

**April 3, 2022, 3:27 am**
Arrived at USPS Regional Facility
LOS ANGELES CA DISTRIBUTION CENTER

**April 3, 2022, 12:51 am**
Departed USPS Regional Facility
SAN DIEGO CA DISTRIBUTION CENTER

**April 2, 2022, 8:10 pm**
Arrived at USPS Regional Origin Facility
SAN DIEGO CA DISTRIBUTION CENTER

**April 2, 2022, 12:54 pm**
USPS in possession of item
LAKE ELSINORE, CA 92530

**USPS Tracking Plus®** ∨

**Product Information** ∨

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**



## Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to
    prevent this from occurring
  - In most cases, the funds will be considered "abandoned"
    before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check
    is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has
    been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY    **Customer Copy**

**CASHIER'S CHECK**    1143645717

04/29/2022
Void after 7 years

**Remitter:**    DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

$** 5,446.00 **

**Pay To The Order Of:**    CHAPTER 13 TRUSTEE

Memo: May 2022 Payment    Drawer: **JPMORGAN CHASE BANK, N.A.**
Note: For information only. Comment has no effect on bank's payment.    **NON NEGOTIABLE**

---

282111107 NEW 01/21 8810004306

HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK    **CASHIER'S CHECK**    HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK    91-2

1143645717    1221
Date    04/29/2022    Void after 7 years

**Remitter:**    DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

**Pay To The Order Of:**    CHAPTER 13 TRUSTEE

**Pay:**    FIVE THOUSAND FOUR HUNDRED FORTY SIX DOLLARS AND 00 CENTS    $** 5,446.00 **

Do not write outside this box
Memo: Case #6:18-bk-14772-WJ
Note: For information only. Comment has no effect on bank's payment.

Drawer: **JPMORGAN CHASE BANK, N.A.**

Rebecca Griffin
Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑈1143645717⑈ ⑆122100024⑆ 806002234⑈



**UNITED STATES POSTAL SERVICE.**

LAKE ELSINORE FINANCE
31724 CASINO DR
LAKE ELSINORE, CA 92530-4510
(800)275-8777

04/30/2022                          10:49 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® 1-Day 1 | | | $8.95 |

Window FR Env
    Los Angeles, CA 90009
    Flat Rate
    Expected Delivery Date
        Mon 05/02/2022
    Tracking #:
        9505 5162 1838 2120 4875 48
    Insurance                      $0.00
        Up to $50.00 included
Total                              $8.95

Grand Total:                       $8.95

Debit Card Remitted                $8.95
    Card Name: VISA
    Account #: XXXXXXXXXXXX3232
    Approval #: 054913
    Transaction #: 427
    Receipt #: 032114
    Debit Card Purchase: $8.95
    AID: A0000000980840       Chip
    AL: US DEBIT
    PIN: Verified

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
    Every household in the U.S. is now
      eligible to receive a second set
          of 4 free test kits.
        Go to www.covidtests.gov
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
  and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

  Save this receipt as evidence of
insurance. For information on filing an
      insurance claim go to
  https://www.usps.com/help/claims.htm
      or call 1-800-222-1811

        Preview your Mail
        Track your Packages
        Sign up for FREE @
    https://informeddelivery.usps.com

  All sales final on stamps and postage.
  Refunds for guaranteed services only.
      Thank you for your business.

      Tell us about your experience
  Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



# USPS Tracking®

FAQs >

## Track Another Package +

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=UsⁱsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/sta

**Tracking Number:** 9505516218382120487548

Remove ✕

Your item has been delivered and is available at a PO Box at 8:58 am on May 2, 2022 in LOS
ANGELES, CA 90009.

USPS Tracking Plus® Available ⌄

## ⊘ Delivered, PO Box

May 2, 2022 at 8:58 am
LOS ANGELES, CA 90009

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**May 2, 2022, 8:58 am**
Delivered, PO Box
LOS ANGELES, CA 90009
Your item has been delivered and is available at a PO Box at 8:58 am on May 2, 2022 in LOS ANGELES,
CA 90009.

**May 2, 2022, 8:57 am**
Arrived at Post Office
LOS ANGELES, CA 90009

**May 1, 2022, 9:46 am**
Arrived at USPS Regional Facility
LOS ANGELES CA INTERNATIONAL DISTRIBUTION CENTER

Feedback

**May 1, 2022, 8:56 am**
Departed USPS Regional Facility
LOS ANGELES CA DISTRIBUTION CENTER

**April 30, 2022, 10:51 pm**
Arrived at USPS Regional Facility
LOS ANGELES CA DISTRIBUTION CENTER

**April 30, 2022, 9:19 pm**
Departed USPS Regional Facility
SAN BERNARDINO CA DISTRIBUTION CENTER

**April 30, 2022, 5:13 pm**
Arrived at USPS Regional Origin Facility
SAN BERNARDINO CA DISTRIBUTION CENTER

**April 30, 2022, 10:48 am**
USPS in possession of item
LAKE ELSINORE, CA 92530

---

**USPS Tracking Plus®**                                    ⌄

---

**Product Information**                                    ⌄

---

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**



## Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
    - Please cash/deposit this Cashier's Check as soon as possible to
      prevent this from occurring
    - In most cases, the funds will be considered "abandoned"
      before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
    - Stop Payment can only be placed if the Cashier's Check
      is lost, stolen, or destroyed
    - We may not re-issue or refund the funds after the stop payment has
      been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY

**CASHIER'S CHECK**

Customer Copy

1143645910

05/20/2022
Void after 7 years

Remitter:   DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

$** 1,730.75 **

Pay To The   CHAPTER 13 TRUSTEE
Order Of:

Memo: _Shortage Payment_

Drawer: **JPMORGAN CHASE BANK, N.A.**

**NON NEGOTIABLE**

Note: For information only. Comment has no effect on bank's payment.

---

282111107 NEW 01/21 8810004306

**CASHIER'S CHECK**

Date   05/20/2022   Void after 7 years

1143645910   91-2
1221

Remitter:   DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

Pay To The   CHAPTER 13 TRUSTEE
Order Of:

Pay:   ONE THOUSAND SEVEN HUNDRED THIRTY DOLLARS AND 75 CENTS          $** 1,730.75 **

HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK

Do not write outside this box

Memo: _Case #6:18-bk-14772-WJ_

Note: For information only. Comment has no effect on bank's payment.

Drawer: **JPMORGAN CHASE BANK, N.A.**

_Rebecca Griffin_

Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑈1143645910⑈ ⑆122100024⑆ 806002234⑈



**UNITED STATES POSTAL SERVICE.**

LAKE ELSINORE FINANCE
31724 CASINO DR
LAKE ELSINORE, CA 92530-4510
(800)275-8777

05/20/2022                          12:46 PM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| Rate Inquiries | 1 | | $0.00 |
| Priority Mail® 1-Day 1 | | | $8.95 |

Window FR Env
    Los Angeles, CA 90009
    Flat Rate
    Expected Delivery Date
      Sat 05/21/2022
    Tracking #:
      9505 5162 1836 2140 4731 27
    Insurance                       $0.00
      Up to $50.00 included
Total                               $8.95

Grand Total:                        $8.95

Cash                               $10.00
Change                             -$1.05

```
**************************************
    Every household in the U.S. is now
    eligible to receive a second set
         of 4 free test kits.
         Go to www.covidtests.gov
**************************************
```

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

UFN: 054096-0530
Receipt #: 840-59000026-1-3801995-1

# USPS Tracking®

FAQs >

Track Another Package  +

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/sta

**Tracking Number:** 9505516218362140473127

Remove ✕

Your item has been delivered and is available at a PO Box at 8:25 am on May 21, 2022 in LOS
ANGELES, CA 90009.

USPS Tracking Plus® Available ⌄

## ⊘ Delivered, PO Box

May 21, 2022 at 8:25 am
LOS ANGELES, CA 90009

Get Updates ⌄

---

Text & Email Updates                                                    ⌄

---

Tracking History                                                        ⌃

**May 21, 2022, 8:25 am**
Delivered, PO Box
LOS ANGELES, CA 90009
Your item has been delivered and is available at a PO Box at 8:25 am on May 21, 2022 in LOS
ANGELES, CA 90009.

**May 21, 2022, 8:19 am**
Arrived at Post Office
LOS ANGELES, CA 90009

**May 21, 2022, 5:44 am**
Arrived at USPS Regional Facility
LOS ANGELES CA INTERNATIONAL DISTRIBUTION CENTER

**May 21, 2022, 5:06 am**
Departed USPS Regional Facility
LOS ANGELES CA DISTRIBUTION CENTER

**May 21, 2022, 1:20 am**
Arrived at USPS Regional Facility
LOS ANGELES CA DISTRIBUTION CENTER

**May 20, 2022, 12:45 pm**
USPS in possession of item
LAKE ELSINORE, CA 92530

---

**USPS Tracking Plus®**                                    ∨

**Product Information**                                     ∨

Feedback

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs



### Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to
    prevent this from occurring
  - In most cases, the funds will be considered "abandoned"
    before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check
    is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has
    been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY    **Customer Copy**

**CASHIER'S CHECK**                1143645979

06/01/2022
Void after 7 years

**Remitter:**   DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

$** 5,446.00 **

**Pay To The**   CHAPTER 13 TRUSTEE
**Order Of:**

Memo: June 2022 Payment                Drawer: **JPMORGAN CHASE BANK, N.A.**
Note: For information only. Comment has no effect on bank's payment.    **NON NEGOTIABLE**

---

282111107 NEW 01/21 8810004306

**CASHIER'S CHECK**        HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK

**CHASE**                                    1143645979    91-2
                                    Date   06/01/2022   Void after 7 years   1221
**Remitter:**   DAVID WAYNE HILLYER/KATHLEEN ANNETTE CLELLAND

**Pay To The**   CHAPTER 13 TRUSTEE
**Order Of:**

**Pay:**   FIVE THOUSAND FOUR HUNDRED FORTY SIX DOLLARS AND 00 CENTS    $** 5,446.00 **

Do not write outside this box           Drawer: **JPMORGAN CHASE BANK, N.A.**
Memo: Case #6:18-bk-14772-WJ            Rebecca Griffin
Note: For information only. Comment has no effect on bank's payment.    Rebecca Griffin, Chief Administrative Officer
                                    JPMorgan Chase Bank, N.A.
                                    Phoenix, AZ

⑃"1143645979"⑃ ⑃1221000 24⑃ 8060Q 2234"⑃ .



**UNITED STATES POSTAL SERVICE.**

LAKE ELSINORE FINANCE
31724 CASINO DR
LAKE ELSINORE, CA 92530-4510
(800)275-8777

06/01/2022                              12:56 PM

| Product | Qty | Unit Price | Price |
|---------|-----|-----------|-------|
| Rate Inquiries | 1 | | $0.00 |
| Req Passport Form | 1 | | $0.00 |
| Priority Mail® 1-Day | 1 | | $8.95 |

Window FR Env
   Los Angeles, CA 90009
   Flat Rate
   Expected Delivery Date
     Thu 06/02/2022
   Tracking #:
     9505 5162 1839 2152 6313 45
   Insurance                              $0.00
     Up to $50.00 included

| Total | | | $8.95 |

| Grand Total | | | $8.95 |

| Debit Card Remitted | | | $8.95 |

   Card Name: VISA
   Account #: XXXXXXXXXXXX3232
   Approval #: 045615
   Transaction #: 745
   Receipt #: 040434
   Debit Card Purchase: $8.95
   AID: A0000000980840          Chip
   AL: US DEBIT
   PIN: Verified

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Every household in the U.S. is now
aligible to receive a third set
of 8 free test kits.
Go to www.covidtests.gov
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

# EXHIBIT 2

  

ting    **Your home**    Offers & Closings    Account se

## Your home

 Add a home



● OFF MARKET

# 15149 Chaumont St

## Lake Elsinore, CA 92530

Zestimate: $625,400
4 Beds · 2 Baths · 1,800 Sq Ft

🌐 **Public view**



EDIT FACTS        LIST HOME        MORE

 **Looking to save?**
Refinancing your mortgage at a lower interest rate could mean significant savings. Find a lender in minutes and see if you could

# EXHIBIT 3



700 Kansas Lane
LA4-6633
Monroe, LA 71203

 Thank you for your payment of
$1,773.66 on 04/25/2022.

Statement date 05/09/2022

| Next payment date | Next payment amount |
|---|---|
| 08/01/2022 | $1,924.38 |

02008 MSD Z 12932 C · BRE AFE ACE
DAVID WAYNE HILLYER
KATHLEEN ANNETTE CLELLAND
15149 CHAUMONT STREET
LAKE ELSINORE CA 92530

We are providing more details for customers who have filed for bankruptcy, including those discharged of personal liability. We may also show if someone with interest in the property has filed for bankruptcy.

### Mortgage information

| | |
|---|---|
| Account number | 0060587839 |
| Property address | 15149 Chaumont Street |
| | Lake Elsinore, CA 92530 |
| Original principal balance | $227,000.00 |
| Unpaid principal balance | $218,139.05 |
| Maturity date | 08/2047 |
| Interest rate | 6.00000% |
| Escrow balance | ($3,571.79) |
| Unapplied funds | $2,472.38 |
| Corporate advance balance | $2,614.85 |
| Bankruptcy status: 13 | ACTIVE |

### Past payments breakdown

| | Paid since last statement | Paid year-to-date |
|---|---|---|
| Principal | $312.86 | $824.16 |
| Interest | $1,092.51 | $2,186.58 |
| Escrow | $3,868.29 | $20,596.01 |
| Total unapplied funds | ($3,500.00) | $2,472.38 |
| Total | $1,773.66 | $25,879.13 |

### Explanation of post-petition payment

| | |
|---|---|
| Principal | $319.16 |
| Interest | $1,086.21 |
| Escrow | $519.01 |
| Regular monthly payment | $1,924.38 |
| New fees/charges | $0.00 |
| Total payment amount | $1,924.38 |

### Resources

 Call customer service    1-866-243-6651 (24/7 automated line)
Monday - Friday        8 a.m. - 6 p.m. (ET)

 Si tiene alguna pregunta o necesita ayuda para traducirla, comuníquese con nosotros llamando al 1-866-243-6651 o visita www.chase.com/Statement

### Pre-petition arrearage payments
(amounts past due prior to bankruptcy filing)

| | |
|---|---|
| Paid last month | $0.00 |
| Paid since bankruptcy filing | $87,277.52 |
| Current balance of pre-petition arrearage | $11,500.00 |

The current balance of pre-petition arrearage is subject to change until the proof of claim filing deadline. The arrearage balance may include post-petition monthly payments as a result of a court order or your chapter 13 plan

### Important bankruptcy and account information

**Our records show that you are currently a debtor in bankruptcy, or were one in the past for which your personal liability for the mortgage loan was discharged. If neither of those are true, there may be someone with an interest in the property who has filed for bankruptcy. We are sending this statement to you for informational purposes only.**

The Payment Amounts and Dates reflected on this statement only include post-petition amounts that are outstanding and do not include other payments that may be due under the Bankruptcy plan. This statement may not reflect payments that have been made to the Trustee and may not be consistent with your Trustee's records. If your plan requires you to make post-petition mortgage payments directly to the Trustee, any such payments should be remitted to the Trustee directly in accordance with the orders of the Bankruptcy Court. Please contact your Attorney or Trustee with questions regarding application of payments.

To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation.

More Important Messages on inside pages.

▽                        Please note: This statement is not a request for payment. It is for informational purposes only.        ▽





Federally Insured by NCUA
P.O. Box 3003
Los Alamitos, CA 90720-1303
800.426.1917 · SouthlandCu.org
Checkline: 866.426.1916

## Statement of Account

**CHARGEOFF EQUITY LOC-80% PR+0**

| ACCOUNT NUMBER | STATEMENT CLOSING DATE | PAGE NUMBER |
|---|---|---|
| XXX6883 | 04/30/22 | 1 of 1 |

Past Due Amount $ 72,123.93

Payment Enclosed
$

KATHLEEN A CLELLAND
15149 CHAUMONT ST
LAKE ELSINORE CA 92530-7326

Check here if your mailing address, email address or telephone number has changed and add your new information on the reverse side of this coupon.

- Make Check payable to Southland Credit Union
- Write your account number on the front of your check
- Return the payment stub portion with your payment

**CHARGEOFF EQUITY LOC-80% PR+0 ID 98**

| Beginning Balance | Ending Balance | Current Amount Due | Past Due Amount | Total Amount Due | Payment Due Date | ANNUAL PERCENTAGE RATE | Daily Periodic Rate | YTD Interest Charged |
|---|---|---|---|---|---|---|---|---|
| $ 73,207.72 | $ 69,941.76 | $ 72,123.93 | $ 72,123.93 | $ 72,123.93 | 10/00/00 | .000% | .000000% | $ 0.00 |

Joint Owner(s): DAVID HILLYER

### TRANSACTIONS

| Trans. Date | Payments / Transactions | Fees | INTEREST CHARGES | Principal | Balance | Transaction Description |
|---|---|---|---|---|---|---|
| 04/01/22 | | | | | 70,207.72 | Balance Forward |
| 04/30/22 | -265.96 | 0.00 | 0.00 | -265.96 | 69,941.76 | Payment by Check CHP-13 TRUSTEE PYMNTS |

| FEES | | | | INTEREST CHARGED | | |
|---|---|---|---|---|---|---|
| Trans. Date | Transaction Description | Amount | Trans. Date | Transaction Description | | Amount |
| | Total Fees For This Period | 0.00 | | Total INTEREST Charged For This Period | | 0.00 |

| YEAR-TO-DATE TOTALS | | | INTEREST CHARGE DETAIL | | | |
|---|---|---|---|---|---|---|
| Total Fees Charged YTD | $ 0.00 | | Date From | Annual Percentage Rate | Rate Type | Description |
| Total Interest Charged YTD | $ 0.00 | | 04/01 | .000% | Variable | Regular |

*Per your request.*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
3685 Main Street, Suite 300, Riverside, CA 92501
Mailing:  P.O. Box 1300, Riverside, CA 92502-1300

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF KATHLEEN ANNETTE CLELLAND IN SUPPORT OF CHAPTER 13 TRUSTEE'S STATEMENT REGARDING PLAN CONFIRMATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/01/2022 following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Rod Danielson (TR)**    notice-efile@rodan13.com
- **Nancy L Lee**    bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
- **Douglas A Plazak**    dplazak@rhlaw.com
- **Manuel Quiogue - INACTIVE -**    mq@lundquistconsulting.com
- **Valerie Smith**    claims@recoverycorp.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) June 2, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Wayne Johnson, United States Bankruptcy Judge, 3420 Twelfth Street, Riverside, CA 92501

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/02/2022 | Wendy M. Patrick | /s/ Wendy M. Patrick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**